Comparision of Actual wording to what was presented in the document.

**This:**
**[7 CFR 764.151] FO loan funds may only be used to:**
See subparagraphs B through F for FO uses.

**Became this:**
pursuant to 3-FLP (Rev.2) Amend. 1 Par. 131A [7CFR 764.151(a)] **FO loan funds may only be used to: Acquire or enlarge a farm or make a down payment on a farm.**

**This:**
"**Make capital improvements** to a farm owned by the applicant, for construction, purchase or improvement of farm dwellings, service buildings or other facilities and improvements **essential to the farming operation.** In the case of leased property, the applicant must have a lease to ensure use of the improvement over its useful life or to ensure that the applicant receives compensation for any remaining economic life upon termination of the lease;"

**Became this:**
"3-FLP(Rev.2) Amend.4[7CFR 764.151(b) which states "*FO loan funds may only be used to :***Make capital improvements that are essential to the farming operation."**--

*This*
"**FO funds can be used to** purchase, improve, or **build** any type of structure, including a*--dwelling that either **adequately meets family needs and is modest in size, cost, and design,**provided the structure is related to the farming enterprise. The dwelling shall be located on the farm when FO funds are used to purchase the dwelling. However, if the applicant--*already owns a dwelling located close to the farm, FO funds may be used to repair or improve the dwelling."

**Became this:**

"page 7-2, Para. 131 C, states that FO loan funds can be used to build a dwelling on the farm that adequately meets the family's needs and is modest in size, cost and design." **Note here that the word either is conspicuously left out.**

We additionally feel that the following statements were and are false and misleading.

1. "You *have requested FO loan funds to pay living expenses via paying ones self for labor to allow loan installments to be made. This is NOT an allowed purpose(use) of loan funds"*
2. **"**You *have requested FO loan funds to complete the construction of a large dwelling."*
3. "You have requested FO loan funds to make loan payments."

> christopher julian Mar 17, 10:24 PM

Julian Exhibit B Page 1 of 1