**Wanda J Johnson** <WJohnson@vsu.edu>  Thu, Jan 10, 2013 at 2:29 PM
To: Christopher Julian <christopher.b.julian@gmail.com>

Hello Mr. & Mrs. Julian,

According to the letter you sent to me, you requested mediation within the proper time frame. The clock stops when I receive your request, and starts again after we have concluded the mediation. I received your request around the 13th, so you have about 20 days after the mediation to appeal to NAD if you so desire. I will be in touch with you probably tomorrow regarding the mediation. Please let me know if you have any other questions. Take care.

Wanda Johnson

**From:** Christopher Julian [mailto:christopher.b.julian@gmail.com]
**Sent:** Wednesday, January 09, 2013 3:40 PM
**To:** Wanda J Johnson

3/13/13 2:03 PM

Gmail - UVA Mediation                    https://mail.google.com/mail/u/0/?ui=2&ik=8c70848c41&view=pt&...

**Wanda J Johnson** <WJohnson@vsu.edu>  Mon, Jan 28, 2013 at 5:07 PM
To: Christopher Julian <christopher.b.julian@gmail.com>

Hello Mr. Julian,

First of all, I would like for you to know that I was unable to reach you by phone on the number that you gave to me. I tried several times with no success. We are considered a non-certified state as of October 2012. There is documentation that needed to be completed by myself and the University which we are currently preparing for Washington. I am recooperating from a heart attack which caused me to miss so deadlines. We plan to be re-certified for April 2013.

Wanda Johnson

Julian Exhibit C Page 1 of 1