## SECOND NOTICE OF INCOMPLETE APPLICATION

November 9, 2012

**Christopher Barton Julian**
**Renee Graham Julian**
**474 Orchard View Drive**
**Ararat, VA 24053**

Mr. and Mrs. Julian:

Your application for Farm Service Agency loan assistance is still incomplete. Because we have not received all of the required items, we have been unable to complete processing of the application. We must receive the following information before we can finish processing your request for assistance:

1) Details concerning Mrs. Julians non-farm income as a substutue teacher in the Patrick County School System.

2) Amount of owner withdrawals for years 2009, 2010, 2011 and/or 2012 YTD to complete form FSA-2002, "Three-year Financial History".

If you do not submit this information by **November 19, 2012** your application will be withdrawn. No review, mediation, or appeal rights will be provided.

Pg 1 of 2

The U.S. Department of Agriculture (USDA) prohibits discrimination in all of its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, political beliefs, genetic information, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).

To file a complaint of discrimination, write to USDA, Assistant Secretary for Civil Rights, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Stop 9410, Washington, DC 20250-9410, or call toll-free at (866) 632-9992 (English) or (800) 877-8339 (TDD) or (866) 377-8642 (English Federal-relay) or (800) 845-6136 (Spanish Federal-relay). USDA is an equal opportunity provider and employer.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

For more information or if you have any questions, please contact the **Chatham FSA- Farm Loan Office at 19783 US HWY 29, Suite D, Chatham, VA 24531 or telephone (434)432-9455.**

| 1A. Authorized Agency Official Name | 1B. Signature | 1C. Title |
|---|---|---|
| James F. Rigney, Jr. | *[signature]* | Farm Loan Officer |

cc: R. Kevin Bohon, District Director

**FSA-2307**
(01-16-08)

This form is available electronically.

U.S. DEPARTMENT OF AGRICULTURE
Farm Service Agency
19783 U.S. HWY 29, suite D   Phone: (434)432-9455
Chatham, VA 24531   Fax: (434)432-0548

Position 4

## NOTICE OF COMPLETE APPLICATION

November 21, 2012

**Christopher Barton Julian**
**Renee Graham Julian**
**474 Orchard View Drive**
**Ararat, VA 24053**

This notice is to certify that your application for Farm Service Agency loan assistance was received complete on **November 19, 2012**. Your request will be processed as quickly as possible.

If changes occur in your operation or financial situation before final action is taken, or if we need clarification of items on the application, we may ask you to provide additional information.

For more information or if you have any questions, please contact the Chatham FSA Office at (434) 432-9455.

| 1A. Authorized Agency Official Name | B. Signature | C. Title |
|---|---|---|
| James F. Rigney, Jr. | *James F. Rigney Jr.* | Farm Loan Officer |

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

**USDA**
United States Department of Agriculture

Farm and Foreign Agricultural Services

Farm Service Agency

Farm Service Agency
19783 U.S. Highway No. 29, Suite D
Chatham, VA 24531
(434) 432-9455 Ext. 4

November 28, 2012

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7005 3110 0000 0039 1376

Christopher Barton Julian
Renee Graham Julian
474 Orchard View Drive
Ararat, VA 24053

Dear Mr. and Mrs. Julian:

This letter responds to your application received on October 10, 2012 for a Farm Ownership Loan(FO). The Agency is unable to approve your loan request as your loan request is to use FO loan funds for ineligible purposes. 3-FLP (Rev.2) Amend. 4 Para 356 **[7CFR 764.401(b)(2)] The proposed use of loan funds is not authorized for the type of loan requested.**

You have requested FO loan funds to pay living expenses via paying ones self for labor to allow loan installments to be made. This is NOT an allowed purpose (use) of loan funds. This decision is made pursuant to 3-FLP (Rev.2) Amend. 1 Par. 131A [7CFR 764.151(a)] **FO loan funds may only be used to: Acquire or enlarge a farm or make a down payment on a farm.**

You have requested FO loan funds to complete the construction of a large dwelling. 3-FLP (Rev. 2) Amend.4 **[7CFR 764.151(b)]** which states "FO loan funds may only be used to: **Make capital improvements that are essential to the farming operation.** Page 7-2, Para. 131 C, states that FO loan funds can be used to build a dwelling on the farm that adequately meets the family's needs and is modest in size, cost and design. The improvements completed as you have proposed are not essential to the farming operation. The improvements exceed what is adequate to meet the family's needs as defined by FSA.

You have requested FO loan funds to make make loan payments. 3-FLP (Rev. 2) Amend. 1 Par. 133C Refinancing of real estate debt is prohibited. FO loan funds may not be used to make loan payments, i.e., refinance loans.

Pg 1 of 3



USDA is an equal opportunity provider and employer.

pg 2 of 3

If you believe this decision is wrong, you have the following options:

### Reconsideration
You may request that the Farm Loan Manager reconsider this determination by filing a written request no later than 30 calendar days after you receive this notice according to FSA's appeal procedures found at 7 CFR Part 780. If you request reconsideration, you have the right to an informal hearing with the Farm Loan Manager that you or your representative may attend personally or by telephone. If you chose to seek reconsideration, you may later appeal the determination to the National Appeals Division (NAD). To request reconsideration, write to the Farm Loan Manager at the following address and explain why you believe this determination is erroneous:

Farm Loan Manager
Farm Service Agency
19783 US Highway 29, Suite D
Chatham, VA 24531.

### Mediation
Mediation through the Virginia State mediation program is available as part of FSA's informal appeal process. Mediation may enable us to narrow the issue and resolve the matter by mutual agreement. The Virginia State mediation program may require you to pay all or part of the cost of mediation. If you request mediation, the running of the time frame in which you may file an appeal stops. When mediation closes, the clock restarts and you will have the balance of the days remaining in that period to file an appeal. To request mediation, you must submit your written request not later than 30 calendar days after the date of this notice. To request mediation, write to the Virginia State mediation program at the following address and provide a copy to FSA:

Virginia Agricultural Mediation Program
Virginia State University
P. O. Box 9081
Petersburg, VA 23806

### Appeal to National Appeals Division (NAD)
You may appeal this determination to the National Appeals Division (NAD) by filing a written request no later than 30 calendar days after you receive this notice according to the NAD appeal procedures found at 7 CFR Part 11. If you appeal to NAD, you have the right to a hearing that you or your representative may attend. Once a hearing with NAD begins, you waive any rights you might have to reconsideration, appeal to FSA, and mediation. To appeal, you must write to NAD at the following address, explain why you believe this determination is erroneous, and provide a copy to FSA. You must personally sign your written appeal to NAD and include a copy of this letter.

 USDA is an equal opportunity provider and employer.

3