Virginia Agricultural Mediation Program
Virginia State University
P.O. Box 9081
Petersburg, VA. 23806

December 10, 2012

Dear Sir or Madame,

    This letter is regarding our application of October 10, 2012 for a farm ownership loan (FO). While we respect the opinion of the loan manager, we believe that our loan request is for eligible purposes and therefore request mediation in this matter.

    While we did break out the paying of labor cost, all of the other listed capital improvements were listed as material only cost. These labor costs are necessary to make the capital improvements and are therefore legitimate capital expenditures. They were broken out in this manner because the completion of these tasks will happen over a two-year time span and as we attempt to expand a small commercial operation it's how we intend to account for them on the books of the business.

    We do not believe that 7CFR 764.151(a) is applicable at all in our circumstance, as we already own the farm and all the dwellings currently on the property. This would additionally apply to the final statement that we are refinancing real estate debt. There is currently zero debt on the farm or house currently on the premise. Therefore, there is no debt to be refinanced.

    The statement is made that FO funds may only be used to "**Make Capital improvements that are essential to the farming operation**". We believe that this statement is being used out of context. One of the rules of statutory construction is to look for the signifiers "and" and "or" therefore; it is more of a catch all provision, that "improvements essential to the farming operation" is an additional category that can have an FO loan. That is, there could be improvements that are not farm dwellings, service buildings or "facilities" that could still be "improvements" essential to the farming operation. This is further evidenced by the presence of dwellings in the conjunctive list, as living quarters on a farm would never be essential to a farming operation.
See 7 CFR764.151.(b) quoted below.

**"7 CFR 764.151(b)] Make capital improvements to a farm owned by the applicant, for construction, purchase or improvement of farm dwellings, service buildings or other facilities and improvements essential to the farming operation. In the case of leased property, the applicant must have a lease to ensure use of the improvement over its useful life or to ensure that the applicant receives compensation for any remaining economic life upon termination of the lease;"**

It would be our premise that 7 CFR764.151(a) is not applicable in our circumstance. We currently are debt free on the land and buildings, and all of the expenditures we have identified for uses of the funds are in fact capital improvements eligible for funding under 7 CFR764.151(b).

We did not request the FO funds be used to construct or complete a large dwelling, only that we use a portion of the funds to make capital improvements to the existing house to secure it from deterioration. While the dwelling is large, it was not practical to build a house on the side of a mountain without a basement. We intend in the future to hopefully use the basement as an interim facility for making wine until such time as we can justify a winery and later as a potential suite for rent.

We are attempting to establish a Farm Winery and Inn Keeper small business model in a rural community. We have in good faith farmed and preformed capital improvements to the property over the last five years and as a result of changes to the banking laws specifically REG B are unable to obtain credit elsewhere.

While we believe that we will be challenged to make this model work, we believe we have a good chance of success with the appropriation of these funds. We would note that our site survey analysis was done on an application built with USDA grant funds for this purpose. That the state of Virginia currently has tax incentives in place to encourage this type of development and that there is currently a shortage of wine grape production in the state boosting per ton pricing. Additionally, wine grapes are the largest production crop in the world.

Our farm shows promise for wine grape production and the use of apples in the production of wine, is also a viable opportunity. However, without funding we may be forced to subdivide the farm and sell off lots. We believe that a significant opportunity for the development of a rural small business that could boost economic activity in the region, will be lost if funding is not obtained. Additionally, it was our understanding that the FSA's mission was to help establish small commercial operations and to help get them to commercial viability. There are numerous positive economic impacts of our securing funding and conversely numerous negative impacts if funding is not obtained. Given the value of the current collateral and the purposed capital improvements use of funds; it is likely the borrowers are taking the only real risk.

For your reference we have provided a copy of the original declination letter and a copy of the proposed capital improvements schedule. We ask in addition, consideration be given to the fact that there is significant investment being made in the planting of a future crop and that the long term care of this investment is an **improvement essential to the farming operation.**

Sincerely,
Chris and Renee Julian
474 Orchard View Drive
Ararat, VA. 24053

CC: FSA Farm Loan Manager,
CC: James Rigney

| Task | Sub Task | Materials No Labor cost | Labor | Proposed Completion date |
|---|---|---|---|---|
| Complete Framing of Residence Total | | 29,600.00 | - | |
| Install Exterior Windsors Clad Windows and Doors Total | | 33,000.00 | - | 2/1/2013 |
| Install Exterior Siding James Hardy Plank Total | | 8,500.00 | - | 2/1/2013 |
| Complete Exterior Boxing Harrdy Soffit and PVC Board Total | | 5,100.00 | - | |
| Install standing Seam 24 gauge Metal Roof Total | | 30,000.00 | - | 7/30/2013 |
| Install a 2500 gallon Cistern Total | | 3,000.00 | - | 8/30/2013 |
| Install Water Lines for drip irrigation Total | | 7,300.00 | - | 5/30/2013 |
| Install 7 acres of Trellis Total | | 22,500.00 | - | 6/30/2013 |
| Plant 7 acres appropriate varietial Grape Vines Total | | 33,000.00 | - | |
| 60 % planted by Total | | - | - | 5/30/2013 |
| 100% planted by Total | | - | - | 5/30/2014 |
| 1 Full time Position for 2 years Total | | - | 70,000.00 | |
| 1 Full time Position for 2 years Total Total | | - | - | |
| 2 Part time employess for 2 Years Total | | - | 58,000.00 | |
| 2 Part time employess for 2 Years Total Total | | - | - | |
| Grand Total | | 300,000.00 | 172,000.00 | 128,000.00 |