Gmail - Mediation [Incident: 130124-000007]                    https://mail.google.com/mail/u/0/?ui=2&ik=8c70848c41&view=pt&...

                    **Christopher Julian <christopher.b.julian@gmail.com>**

_____

# Mediation [Incident: 130124-000007]
1 message

_____

**Farm Service Agency - Ask FSA** <askfsa@mailnj.custhelp.com>              Tue, Jan 29, 2013 at 2:19 PM
Reply-To: Farm Service Agency - Ask FSA <askfsa@mailnj.custhelp.com>
To: christopher.b.julian@gmail.com

Recently you requested personal assistance from our on-line support
center. Below is a summary of your request and our response.

If this issue is not resolved to your satisfaction, you may reopen it
within the next 7 days.

Thank you for allowing us to be of service to you.

To access your question from our support site, click the following
link or paste it into your web browser.
http://askfsa.custhelp.com/app/account/questions/detail/i_id/29156


Subject
----------------------------------------------------------------
Mediation


Discussion Thread
----------------------------------------------------------------
Response Via Email(Anne.Steppe) - 01/29/2013 02:19 PM
Dear Mr. Julian:

Please do not hesitate to write to me again through AskFSA or directly through this e-mail chain.  I wish you and
Mrs. Julian the best as you go through the appeals process.

Customer By Email (USDA Christopher Julian) - 01/29/2013 02:13 PM
I guess we will end this discussion here with my final statement. If UVA
lost their mediation certification in October as I was informed by Ms.
Wanda Johnson, then why were we given the option in the first place. and
why after we requested mediation did no one in the FSA office call or write
to inform us that this option was no longer available? I will take these
matters up with the contacts you have given me.

Thanks for your time and efforts.
Chris Julian

On Tue, Jan 29, 2013 at 1:47 PM, Farm Service Agency - Ask FSA <
askfsa@mailnj.custhelp.com> wrote:

\>
\>>
\>
\>

Response Via Email(Anne.Steppe) - 01/29/2013 01:47 PM
Dear Mr. and Mrs. Julian:

First and foremost, please respond to the letter you received so that time does not run out on your opportunity to
appeal the Agency's decision to deny your loan request.  That is of the utmost importance regardless of the other
issues you have raised.

Mr. Pete Adamson is the Virginia Farm Loan Chief.  You may talk to him about having your loan application
handled by another loan officer other than the 2 you have named.  Mr. Adamson's telephone number is:  (804)
287-1527.

If you would like to speak with someone in the National Office, Ms. Connie Holman is the Direct Loans Branch
Chief.  Her direct telephone number is (202) 690-0756.  Ms. Holman's door is always open, and she will be happy
to discuss any and all issues and answer any lingering questions you may have.

Customer By Email (USDA Christopher Julian) - 01/29/2013 12:27 PM
We are not sure at this juncture whom you mean by our local FSA officials,
(local or regional) but, I want to take this opportunity to document for
you some additional concerns we have about this.

You see, we have consistently met with opposition from locals and local
officials in our development and work on this farm.  I won't get into those
details here but, I want it noted that we are opposed at this point to
working with Mr. Rigney and Mr. Kraszewski.  We assume Mr. Rigney works for
Mr. Kraszewski and he has been none to friendly through out this entire
process.  Mr. Kraszewski was on the original declination letter, and Mr.
Rigney, whom we had dealt with on all previous correspondence was not.

Our dreams for this farm involve planting wine grapes and producing apple
and various varietal wines.  If there are any local businesses that may be
opposed to our operation we would have to consider the folks that will be
our competition.  The three closest wine operations are Chateau Morrisette,
Villa Appalachia, and Foggy Ridge Cider.  These three businesses regularly
work together.  Two of these three including the largest operation in the
region are located in Floyd, Virginia.

It has come to our attention that Mr. Kraszewski has lived in or has a
second home in Floyd which is a small and tight community about 45 minutes
from us.  We feel, therefore; that Mr. Krasewski and Mr. Rigney need to be
removed from these discussions on the basis of a perception of potential
prejudice and perhaps malice in the original decision.

We have received the mediation letter and are put off by the total failure
to acknowledge the issues we've had with the mediation process.
Furthermore, the letter indicates that we should choose and contact a
mediator but, that the choice must be approved by our local FSA office as
well.  We are uncomfortable with this as well for the reasons stated above.

For your reference copy and paste this into your browser.
http://www.spokeo.com/search?q=Ronald+Kraszewski&sns1=t30&global=true#Virginia

You seem very nice and I apologize for your being caught up in this. I ask
that you understand that this is all very important to us, and all we
really want, is for it to be fair.

Your thoughts on this would be greatly appreciated the communication gave
us 15 days to reply and 5 of those are now gone.


Chris Julian
980-254-1295

On Tue, Jan 29, 2013 at 8:02 AM, Farm Service Agency - Ask FSA <
askfsa@mailnj.custhelp.com> wrote:

> 
>> 
> 
> 


Response Via Email(Anne.Steppe) - 01/29/2013 08:02 AM
Dear Mr. and Mrs. Julian:

Though it won't be of much comfort, we found this situation disconcerting as well.  I am glad you wrote to us to
bring this matter to our attention and to give us the opportunity to answer your questions.

You may have received the new appeals letter by now.  Please work with your local FSA officials if you have any
questions, and please feel free to always write us through AskFSA if you have questions or concerns you want to
discuss.

Customer By Email (USDA Christopher Julian) - 01/24/2013 04:43 PM
Well I have to say that this is very disconcerting information.  Only
because I was internet savvy, was I able weeks ago to contact Mrs Wanda
Johnson.  On two separate occasions she indicated to us she would be
contacting us within the next few days.  I also contacted her on 1/10/13 to
get assurance that my time clock had been stopped based on my understanding
of the rules.  She did write back and confirm that I would have 20 days to
request an appeal after mediation concluded.  I am absolutely dismayed that
she would not even bother to tell us on any one of those occasions that
their program was no longer certified nor would they be handling our
mediation.  In fact, she mentioned to me there was a mediator in Wytheville
VA which is close by.  We have left her several messages  starting Friday

18th and again this week and she has not returned our calls.

I originally requested mediation rather than a discussion with the loan
officer because, I felt a sense of hostility from the loan officer during
our initial meeting.  We have been working on this since September 2012 and
were surprised by the declination, although, we do not have a great deal of
experience working with the FSA or the USDA.  At this point, we are
experiencing real stress on our finances and the farms operations
additionally, the prolonged process has been emotionally taxing.  We will
await further communication however, we are increasingly concerned about
the impartiality of the process.

Chris & Renee Julian


On Thu, Jan 24, 2013 at 3:27 PM, Farm Service Agency - Ask FSA <
askfsa@mailnj.custhelp.com> wrote:

>
>>
>
>

Response Via Email(Anne.Steppe) - 01/24/2013 03:27 PM
Dear Mr. Julian:

I just heard from Mr. Pete Adamson, Farm Loan Chief for the State of Virginia.  Not only was Mr. Adamson only
recently made aware that Virginia State University did not act on your request, it was also discovered that Virginia
State University is no longer certified for mediation.  The Virginia Farm Service Agency had to create another
mechanism within the state to handle mediation requests such as yours.  It is my understanding that another letter
is on its way to you advising you of the "new" mediation options.  Please be certain to follow the  instructions
provided and if you have any questions, please contact your local FSA office for clarification.

Thank you for writing and for your continued interest in FSA's farm loan programs.

Response Via Email(Anne.Steppe) - 01/24/2013 03:11 PM
Dear Mr. Julian:

Thank you so much for writing back.  You have given me sufficient information.  I am forwarding this information to
the Loan Making Director, the Direct Loan and Funds Management Branch Branch Chief, and the Director for
Program Development, which oversee our Mediation programs.

It may be that there was miscommunication between FSA and Virginia State University.  We are going to have to
follow up with the Virginia State Farm Loan Chief and various other parties to see where the breakdown occurred.
 I regret any inconvenience this may have caused you, and I thank you for contacting FSA.  We are always
appreciative when we are provided an opportunity to address a customer's concerns.

If you do not hear from an FSA official within a week or so, please feel free to contact me again.  As long as you
identify your inquiry as being a Farm Loan inquiry, I will receive your e-mail and will be able to follow up, as

necessary.

Again, thank you for responding back to me.

Customer By Email (USDA Christopher Julian) - 01/24/2013 02:58 PM
My mediation was requested via certified mail and was addressed to Virginia
Agricultural Mediation Program Virginia State University P.O. Box 9081
Petersburg, VA 23806. I also sent certified copies to the farm loan officer
and the regional farm loan manager on the same day. Sure absolutely what
other information would you like? I have saved copies of all FSA and
mediation correspondence.

Thanks,
Chris Julian


On Thu, Jan 24, 2013 at 2:27 PM, Christopher Julian <
christopher.b.julian@gmail.com> wrote:

> My mediation was requested via certified mail and was addressed to
> Virginia Agricultural Mediation Program Virginia State University P.O. Box
> 9081 Petersburg, VA 23806. I also sent certified copies to the farm loan
> officer and the regional farm loan manager on the same day. Sure absolutely
> what other information would you like? I have saved copies of all FSA and
> mediation correspondence.
>
> Thanks,
> Chris Julian
>
>
> On Thu, Jan 24, 2013 at 2:00 PM, Farm Service Agency - Ask FSA <
> askfsa@mailnj.custhelp.com> wrote:
>
>>
>>>>
>>
>>
>

Response Via Email(Anne.Steppe) - 01/24/2013 02:00 PM
Dear USDA Customer:

You should have already gone through mediation and perhaps a hearing with the National Appeals Staff after this
length of time.  How did you request mediation?  Was it in writing?  To whom?  Was your request mailed,
submitted by telephone, e-mail, or hand-delivered?  Or did you speak directly with your Farm Loan Officer or
Farm Loan Manager?  Are you willing to provide additional information that will help me help you?


Question Reference #130124-000007
---------------------------------------------------------------

Category Level 1: Farm Loan Programs
Category Level 2: Other
Date Created: 01/24/2013 12:56 PM
Last Updated: 01/29/2013 02:19 PM
Status: Solved

[---001:008919:45883---]