

| USDA United States Department of Agriculture | Farm and Foreign Agricultural Services | Farm Service Agency | Virginia Farm Service Agency 1606 Santa Rosa Road, Suite 138 Richmond, VA 23229 |

January 24, 2013

Christopher Barton Julian
Renee Graham Julian
474 Orchard View Drive
Ararat, VA  24053

Dear Mr. and Mrs. Julian:

This is in response to your letter dated December 10, 2012 requesting mediation. Your request for mediation was received in a timely manner.

We are prepared to proceed with mediation in good faith whereby all issues will be open for discussion. The mediator will facilitate communication but will have no authority to issue a decision. The purpose of mediation is to arrive at an understanding, whereby there is no need for further appeals.

At this time, Virginia does not have a State Certified Mediation Program; thus the Farm Service Agency State Executive Director determines whether resources are available for mediation and I have determined Farm Service Agency will participate in paying half the funds needed to hold a mediation meeting on the farm loan issues. If you wish to proceed with mediation, you will be responsible for paying half the mediation cost, which will vary based on the mediator and the time involved.

You may select a mediator from the enclosed list of registered mediators in Virginia, or you may suggest a qualified mediator who is not on the list. This should be done as quickly as possible, but within the next 15 days. Both parties, you and Farm Service Agency, must agree with your selection. After you have selected and made contact with a mediator, please contact me in writing, within 15 calendar days of this letter, for concurrence. The mediator will be responsible for selecting the time, date, and location of the mediation session.

Mediation does not take the place of or limit your right to a further appeal to the National Appeals Division (NAD). You should refer to your adverse decision letter dated November 28, 2012 for complete instructions on appealing directly to NAD. When you requested mediation, the running of the time period in which you may file an appeal stops. When mediation closes, the clock restarts and you will have the balance of the days remaining in that period to file an appeal.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.



USDA is an equal opportunity provider and employer.

Christopher Barton Julian
Renee Graham Julian
Page 2

The Federal agency that administers compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or part of an individual's income is derived from any public assistance programs. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W. Washington, D.C. 20250-9410, or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

Sincerely,

*Brent Whitlock* for

J. Calvin Parrish
State Executive Director

Enclosure

cc: Kevin Bohon
District Director

Ronald A. Kraszewski
Farm Loan Manager
Pittsylvania FSA County Office

**Mediation**

VA Association of Community Conflict Resolution website lists nonprofit organizations that mediate conflict throughout the State of Virginia.

When considering the Ararat Area, Better Agreements is located in the New River Valley and can be reached at 540-552-1200 or 866-832-5093. Conflict Resolution Center is located in Roanoke and can be reached at 540-342-2063 x 307

Mediate.com/Virginia and vamediation.org are two websites that provide a network of mediators/Conflict Resolution Professionals in the State of Virginia.

Several mediators listed in your area:

- Bobbie Raynes in Pulaski   540-980-8490
- Kim Kristensen in Salem   540-808-3162
- Margaret Beazley in Roanoke   540-797-7787
- Rose Marie Dudley in Roanoke   540-344-6772

FSA does not endorse any of the above; FSA only lists publicly listed mediators to help facilitate your request for mediation. This list is by no means exhaustive and you may use this list or search and provide your own mutually agreed on mediator.