February 5, 2013
Calvin Parrish
State Executive Director
Virginia Farm Service Agency
1606 Santa Rosa Road, Suite 138
Richmond, VA. 23229

Dear Mr. Parrish:

In regards to our request for mediation we have requested that NCAMP provide us with a qualified agricultural mediator in Greensboro NC. This should be a central location for both parties. We were informed by Ms Mayo on February 4th that she was in contact with you and that NCAMP would handle the mediation process going forward.

In regards to the issues. Having, never been involved with the FSA or USDA or any mediation process like this before; We would anticipate that the issues to be mediated will be limited to those raised in the declination letter and believe that we have addressed our perspective on those in our original request for mediation and we are prepared for a discussion on those issues. However, in our original loan application we were asked to pay a credit report fee of 20.25 to FSA. Given the nature of some of the issues raised in the declination we respectfully request a copy of these reports be provided to us via mail as soon as possible. If there is a charge for the copies please feel free to bill us.

Sincerely,

*Chris Julian*

Chris & Renee Julian
474 Orchard View Drive
Ararat, Va. 24053
980-254-1295
cbjulian@msn.com


cc: Diane L. Moon.