Gmail - Julian Mediation                                    https://mail.google.com/mail/u/1/?ui=2&ik=8c70848c41&view=pt&...



Christopher Julian <christopher.b.julian@gmail.com>

## Julian Mediation
9 messages

**Joan kimmel** <joangkimmel@gmail.com>                                    Fri, Feb 8, 2013 at 2:39 PM
To: christopher.b.julian@gmail.com, "Rigney, Jimmy - FSA, Chatham, VA" <jimmy.rigney@va.usda.gov>,
ncampoutreach <ncampoutreach@bellsouth.net>

Mr. and Mrs. Julian,
I believe when FSA sent your denial letter you responded with a letter stating why you disagreed with their assessment, if possible could you please email me a copy of that correspondence.

Mr. Rigney,
Could you please sent the Julians a copy of the credit report used in this matter.

Thank You, I hope you all have a pleasant weekend.

Joan Kimmel

**christopher.b.julian** <christopher.b.julian@gmail.com>                  Fri, Feb 8, 2013 at 3:14 PM
To: Joan kimmel <joangkimmel@gmail.com>

We are currently out of town and will send it to you Sunday Night.

Sent from my iPhone
[Quoted text hidden]

**Joan kimmel** <joangkimmel@gmail.com>                                    Fri, Feb 8, 2013 at 4:06 PM
To: "christopher.b.julian" <christopher.b.julian@gmail.com>

OK, Thanks

Joan Kimmel
[Quoted text hidden]

**Christopher Julian** <christopher.b.julian@gmail.com>                    Sun, Feb 10, 2013 at 4:44 PM
To: Joan kimmel <joangkimmel@gmail.com>
Cc: "Rigney, Jimmy - FSA, Chatham, VA" <jimmy.rigney@va.usda.gov>, ncampoutreach
<ncampoutreach@bellsouth.net>

Ms. Kimmel,

You will find attached a PDF file copy of our request for mediation that was originally sent to the Virginia Agricultural Mediation Program along with copies to Mr. Rigney and Mr Kraszewski on 12/10/2012.

Gmail - Julian Mediation                                   https://mail.google.com/mail/u/1/?ui=2&ik=8c70848c41&view=pt&...

Please let me know if you need further information.

Chris & Renee Julian
[Quoted text hidden]


Mediation Request.pdf
2041K

---

**Joan kimmel** <joangkimmel@gmail.com>                                   Sun, Feb 10, 2013 at 4:57 PM
To: Christopher Julian <christopher.b.julian@gmail.com>

Mr. and Mrs. Julian
Thank you for sending this document, I was able to open and print it. We are still waiting for an answer to Mr. Rigney's question, it should be coming very soon.

Joan Kimmel
[Quoted text hidden]

---

**Christopher Julian** <christopher.b.julian@gmail.com>                   Sun, Feb 10, 2013 at 5:24 PM
To: Joan kimmel <joangkimmel@gmail.com>
Bcc: cbjulian <cbjulian@msn.com>

Ms. Kimmel,

I have a question or two myself on the agreement to mediate with acknowledgement of access to information and confidentiality agreement. As I understand from this agreement, it in no way limits the use of information I currently posses nor limits any information I may have received to date. Only information obtained during the mediation process. Can you confirm this for me?

Thank you.

Chris & Renee Julian
[Quoted text hidden]

---

**Joan kimmel** <joangkimmel@gmail.com>                                   Mon, Feb 11, 2013 at 1:56 PM
To: Christopher Julian <christopher.b.julian@gmail.com>, ncampoutreach <ncampoutreach@bellsouth.net>, "Rigney, Jimmy - FSA, Chatham, VA" <jimmy.rigney@va.usda.gov>

Good Afternoon Mr. and Mrs. Julian,

The short answer to your question is "yes". The agreement's purpose is to avoid participants using the mediation process to solely gather information, called "Discovery", for their case instead of using the experience in the way it was intended. I hope that answers your question.

Joan Kimmel
[Quoted text hidden]

Gmail - Julian Mediation                                              https://mail.google.com/mail/u/1/?ui=2&ik=8c70848c41&view=pt&...

**Christopher Julian** <christopher.b.julian@gmail.com>                Mon, Feb 11, 2013 at 6:35 PM
To: Joan kimmel <joangkimmel@gmail.com>

Yes thank you.
[Quoted text hidden]

---

**Christopher Julian** <christopher.b.julian@gmail.com>                Tue, Feb 12, 2013 at 7:26 PM
To: Joan kimmel <joangkimmel@gmail.com>
Cc: "Rigney, Jimmy - FSA, Chatham, VA" <jimmy.rigney@va.usda.gov>, ncampoutreach <ncampoutreach@bellsouth.net>

Ms. Kimmel,

   I received an envelope today from Mr. Rigney which contained a current, as of 2/8/2013, credit report. We requested a copy of the credit report used in our loan review, not a report dated after the fact. We find it inappropriate for FSA to make credit inquiries at this time. They have already denied our loan application and every inquiry affects our credit rating. We respectfully request a copy of the report FSA used for our loan review be provided to us. The report should have an as of date prior to the declination letter which was dated November 28, 2012.

Thank you,
Chris & Renee Julian

On Fri, Feb 8, 2013 at 2:39 PM, Joan kimmel <joangkimmel@gmail.com> wrote:
[Quoted text hidden]

Julian Exhibit J Page 3 of 3