**United States Department of Agriculture**  Farm and Foreign Agricultural Services   Farm Service Agency   Farm Service Agency
19783 U.S. Highway No. 29, Suite D
Chatham, VA 24531
(434) 432-9455 Ext. 4

February 8, 2013

Christopher Barton Julian
Renee Graham Julian
474 Orchard View Drive
Ararat, VA 24053

Dear Mr. and Mrs. Julian:

Please find enclosed the Credit Report as you requested.

Sincerely,

*James F. Rigney Jr.*

James F. Rigney, Jr.
Farm Loan Officer

**FSA** USDA is an equal opportunity provider and employer.

WebEquity Lookup Window                                                                Page 1 of 8

## MicroMerge Credit Profile

**PROVIDED FOR**
**USDA Farm Service Agency**
1606 Santa Rosa Road, Suite 209
Richmond, VA 23229
804-287-1500

DATE 02/08/13 SOURCES ☑ EQUIFAX ☑ EXPERIAN ☑ TRANS UNION

### APPLICATION DATA

| | NAME | JULIAN, CHRISTOPHER B | SOCIAL | 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 | DOB | 03/31/1959 |
|---|---|---|---|---|---|---|
| **APPLICANT** | ADDRESS | 474 ORCHARD VIEW DR , ARARAT VA 24053 | | | | |
| **CO-APPLICANT** | NAME | JULIAN, RENEE G | SOCIAL | 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 | DOB | 07/29/1960 |

### PUBLIC RECORDS

COURT                *** NO PUBLIC RECORDS ***                                    AMOUNT
PLAINTIFF                                                                          FILED
TYPE                                                                               PAID
REF NO.                                                                            REPORTED BY

### SCORE MODELS

#### APPLICANT (AVG 726 )

| SCORECARD REASONS | **EQUIFAX BEACON**<br>Proportion of balances to credit limits is too high on bank revolving or other revolving<br>Number of bank or national revolving accounts with balances<br>Amount owed on revolving account is too high<br>Proportion of loan balances to loan amounts is too high | **720** |
|---|---|---|
| SCORECARD REASONS | Risk Based Pricing Compliance<br>Real Estate<br>**EXPERIAN Experian/Fair Isaac Risk Model V2**<br>RATIO OF BALANCE TO LIMIT ON BANK REVOLVING OR OTHER REV ACCTS TOO HIGH<br>AMOUNT OWED ON ACCOUNTS IS TOO HIGH<br>TOO MANY INQUIRIES LAST 12 MONTHS<br>LENGTH OF TIME REVOLVING ACCOUNTS HAVE BEEN ESTABLISHED | **733** |

#### CO-APPLICANT (AVG 734 )

| SCORECARD REASONS | **EQUIFAX BEACON**<br>Proportion of balances to credit limits is too high on bank revolving or other revolving<br>Amount owed on revolving account is too high<br>Number of bank or national revolving accounts with balances<br>Lack of recent information loan information | **735** |
|---|---|---|
| SCORECARD REASONS | Risk Based Pricing Compliance<br>Real Estate<br>**EXPERIAN Experian/Fair Isaac Risk Model V2**<br>RATIO OF BALANCE TO LIMIT ON BANK REVOLVING OR OTHER REV ACCTS TOO HIGH<br>AMOUNT OWED ON ACCOUNTS IS TOO HIGH<br>TOO MANY INQUIRIES LAST 12 MONTHS<br>LENGTH OF TIME REVOLVING ACCOUNTS HAVE BEEN ESTABLISHED | **733** |

### CREDIT

| ICOA | CREDITOR<br>ACCOUNT NUMBER | REPORTED<br>OPENED | HIGH<br>CREDIT | BALANCE<br>PAST DUE | MO PAYM<br>TERMS | MONS<br>RATED | 30 \| 60 \| 90+<br>PAYMENT PATTERN | TYPF |
|---|---|---|---|---|---|---|---|---|
| I | CNHCAPITAL<br>4392331496198<br>**EQUIFAX EXPERIAN TRANS UNION**<br>AT:Installment (fixed number of payments).<br>TT:Farm Implement Dealers<br>SD:Pays account as agreed<br>OD:Individual | 02/13<br>01/10 | $12000 | $5139<br>- | $223<br>60 Mth | 37 | 0x30 0x60 0x90<br>111111111111<br>111111111111 | I1 |

WebEquity Lookup Window                                                                              Page 2 of 8

| Account | Dates | High Credit | Balance | Past Due | MR | History | Rating |
|---|---|---|---|---|---|---|---|
| A DISCOVER FIN SVCS LL<br>601100311022<br>**EQUIFAX EXPERIAN TRANS UNION**<br>AT:Revolving or Option (open-end account).<br>TT:Credit Card, Terms REV<br>KB:Bank Credit Cards<br>SD:Pays account as agreed<br>OD:Authorized user | 01/13<br>08/98 | $7000 | $2643 | $53 | 99 | 111111111111<br>111111111111 | R1 |
| A AMEX<br>349991713441<br>**EQUIFAX EXPERIAN TRANS UNION**<br>AT:Revolving or Option (open-end account).<br>TT:Credit Card, Terms REV<br>KB:Bank Credit Cards<br>SD:Pays account as agreed<br>OD:Authorized user | 01/13<br>11/09 | $22600 | $20959 | - | 20 | 111111111111<br>11111111 | R1 |
| A BK OF AMER<br>431307284380<br>**EQUIFAX**<br>AT:Revolving or Option (open-end account).<br>TT:National Credit Card Cos.<br>SD:Pays account as agreed<br>OD:Authorized user | 01/13<br>10/09 | $11398 | $11022 | $232 | 35 | | R1 |
| I BK OF AMER<br>426428588673<br>**EQUIFAX**<br>AT:Revolving or Option (open-end account).<br>TT:All Banks<br>SD:Pays account as agreed<br>OD:Individual<br>N1:CREDIT CARD<br>N2:AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 01/13<br>11/91 | $11300 | $758 | $15 | 99 | | R1 |
| J BB&T<br>561187<br>**EQUIFAX EXPERIAN TRANS UNION**<br>AT:Revolving or Option (open-end account).<br>TT:Check Credit Or Line Of Credit<br>KB:All Banks Non-Specific<br>SD:Pays account as agreed<br>OD:Joint | 01/10<br>01/96 | $500 | $0 | $10 | 99 | 111111111111<br>111111111111 | R1 |
| C FST CIT BK<br>611690<br>**EQUIFAX EXPERIAN TRANS UNION**<br>AT:Revolving or Option (open-end account).<br>TT:Line of Credit<br>KB:Banks and S and Ls<br>SD:Pays account as agreed<br>OD:Co Maker<br>N1:Account closed by consumer | 11/09<br>09/09 | $5000 | $0 | $0 | 02 | 0x30 0x60 0x90 -11 | R1 |
| J BB&T<br>561201<br>**EQUIFAX EXPERIAN TRANS UNION**<br>AT:Revolving or Option (open-end account).<br>TT:Check Credit Or Line Of Credit<br>KB:All Banks Non-Specific<br>SD:Pays account as agreed<br>OD:Joint | 09/09<br>01/96 | $500 | $0 | $10 | 99 | 111111111111<br>111111111111 | R1 |

I

| WebEquity Lookup Window | | | | | | | Page 3 of 8 |
|---|---|---|---|---|---|---|---|
| 1000065<br>**EQUIFAX EXPERIAN TRANS UNION**<br>AT: Revolving or Option (open-end account).<br>TT: Line of Credit<br>KB: Banks and S and Ls<br>SD: Pays account as agreed<br>OD: Individual<br>N1: Account closed by consumer | 11/91 | $500 | - | - | 48 | -11111111111<br>111111111111 | R1 |
| A CHASE-BP<br>422765101160<br>**EQUIFAX EXPERIAN TRANS UNION**<br>AT: Revolving or Option (open-end account).<br>TT: Credit Card, Terms REV<br>KB: Bank Credit Cards<br>SD: Pays account as agreed<br>OD: Authorized user | 01/09<br>03/87 | $800 | $0 | $0 | 51 | -11111111111<br>111111111111 | R1 |
| I BB&T<br>561347<br>**EQUIFAX EXPERIAN TRANS UNION**<br>AT: Revolving or Option (open-end account).<br>TT: Check Credit Or Line Of Credit<br>KB: All Banks Non-Specific<br>SD: Pays account as agreed<br>OD: Individual | 02/07<br>01/02 | $500 | $0 | $0 | 62 | 111111111111<br>111111111111 | R1 |
| I GECRB/JCP<br>60088919<br>**EQUIFAX EXPERIAN**<br>AT: Revolving or Option (open-end account).<br>TT: Complete Dept. Stores<br>SD: Pays account as agreed<br>OD: Individual<br>N1: PAID ACCOUNT / ZERO BALANCE<br>N2: CHARGE | 01/13<br>04/96 | $ | $0 | $0 | 95 | 0x30 0x60 0x90<br>------------<br>------------ | R1 |
| I KOHLS/CHASE<br>02632703<br>**EQUIFAX EXPERIAN TRANS UNION**<br>AT: Revolving or Option (open-end account).<br>TT: Revolving Charge Account<br>KB: Complete Department Stores<br>SD: Pays account as agreed<br>OD: Individual<br>N1: Credit line closed-grantor request-reported by subscriber | 10/09<br>03/97 | $2000 | $0 | $0 | 24 | -11111111111<br>111111111111 | R1 |
| J BB&T<br>19012288147<br>**EQUIFAX EXPERIAN TRANS UNION**<br>AT: Revolving or Option (open-end account).<br>TT: Credit Line Secured, Revolving<br>KB: All Banks Non-Specific<br>SD: Pays account as agreed<br>OD: Joint<br>N1: Credit line closed-consumer request-reported by subscriber | 01/07<br>10/01 | $50000 | $0 | $0 | 63 | -11111111111<br>111111111111 | R1 |
| A BANK OF AMERICA<br>1623<br>**EXPERIAN**<br>AT: Revolving or Option (open-end account).<br>TT: Credit Card, Terms REV<br>KB: Bank Credit Cards<br>SD: No rating<br>OD: Authorized user | 11/11<br>10/09 | $7252 | $0 | $0 | 13 | 0x30 0x60 0x90<br>--------1111<br>1 | R0 |

WebEquity Lookup Window

Page 4 of 8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2097<br>**EXPERIAN**<br>AT:Revolving or Option (open-end account).<br>TT:Credit Card, Terms REV<br>KB:Bank Credit Cards<br>SD:No rating<br>OD:Authorized user | 10/09 | $7252 | - | - | 15 | -11111111111<br>111 | R0 |
| I BANK OF AMERICA<br>5935<br>**EXPERIAN TRANS UNION**<br>AT:Revolving or Option (open-end account).<br>TT:Credit Card, Terms REV<br>KB:Bank Credit Cards<br>SD:Pays account as agreed<br>OD:Individual | 02/13<br>11/91 | $11300 | $3174 | $52 | 99 | 0x30 0x60 0x90<br>11-11-----11<br>-----------1 | R1 |
| A BK OF AMER<br>0205<br>**EXPERIAN TRANS UNION**<br>AT:Revolving or Option (open-end account).<br>KB:Banks and S and Ls<br>SD:Pays account as agreed<br>OD:Authorized user | 01/13<br>10/09 | $11398 | $11022 | $232<br>MIN | 39 | 0x30 0x60 0x90<br>-11111111111<br>111111111111 | R1 |
| I BB&T<br>425116809394<br>**EXPERIAN**<br>AT:Revolving or Option (open-end account).<br>TT:Credit Card, Terms REV<br>KB:Bank Credit Cards<br>SD:Pays account as agreed<br>OD:Individual<br>N1:Credit line closed-grantor request-reported by subscriber | 10/06<br>05/94 | $6700 | $0 | $0 | 58 | 0x30 0x60 0x90<br>-11111111111<br>111111111111 | R1 |
| J BB&T<br>9336610898279<br>**EQUIFAX EXPERIAN TRANS UNION**<br>AT:Installment (fixed number of payments).<br>TT:Conventional Real Estate Loan, Including Purchase Money First<br>KB:Bank - Mortgage Department<br>SD:Pays account as agreed<br>OD:Joint | 01/07<br>10/01 | $133000 | CLOSED<br>- | $1104<br>180 Mth | 62 | -11111111111<br>111111111111 | I1 |
| BK OF AMER<br>431307284382<br>**EQUIFAX**<br>AT:Revolving or Option (open-end account).<br>TT:National Credit Card Cos.<br>SD:No rating | 11/11<br>10/09 | $ | CLOSED<br>- | $0<br>- | - | | R0 |

**CREDIT SUMMARY**

| | COUNT | W/BAL | BALANCE | PAYMENTS | PASTDUE | 30 | 60 | 90 | LAST LATE |
|---|---|---|---|---|---|---|---|---|---|
| MORTGAGE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| INSTALLMENT | 1 | 1 | 5,139 | 223 | 0 | 0 | 0 | 0 | |
| REVOLVING | 19 | 6 | 49,578 | 604 | 0 | 0 | 0 | 0 | |
| COLLECTION | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| OTHER | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| TOTAL | 20 | 7 | $54,717 | $827 | $0 | 0 | 0 | 0 | |

| | | | | |
|---|---|---|---|---|
| PAID AS AGREED | 19 | LIENS | 0 | |
| CURR DELINQUENT | 0 | JUDGEMENTS | 0 | |
| TOTAL DELINQUENT | 0 | FORECLOSURES | 0 | |
| INQUIRES | 3 | BANKRUPTCIES | 0 | **68% Available** |
| PUBLIC RECORDS | 0 | GARNISHMENTS | 0 | |
| | | OTHER PUBLIC RECORDS | 0 | |

Address

WebEquity Lookup Window                                                                 Page 5 of 8

## APPLICANT

| | | | | | |
|---|---|---|---|---|---|
| ADDRESS | 474 ORCHARD VIEW DR | City,State,Zip | ARARAT, VA 24053 | Date | 02/13 |
| ADDRESS | 338 S SHARON AMITY RD | City,State,Zip | CHARLOTTE, NC 28211 | Date | 03/11 |
| ADDRESS | 454 HUNTER LN | City,State,Zip | CHARLOTTE, NC 28211 | Date | 01/13 |

## CO-APPLICANT

| | | | | | |
|---|---|---|---|---|---|
| ADDRESS | 454 HUNTER LN | City,State,Zip | CHARLOTTE, NC 28211 | Date | 01/13 |
| ADDRESS | 10500 KETTERING DR APT 408 | City,State,Zip | CHARLOTTE, NC 28226 | Date | 01/13 |
| ADDRESS | 474 ORCHARD VIEW DR | City,State,Zip | ARARAT, VA 24053 | Date | 01/13 |

## EMPLOYMENT

### APPLICANT

| | | | |
|---|---|---|---|
| COMPANY NAME DATE HIRED INCOME | NATIONS BANK | OCCUPATION SEPARATION DATE | |
| COMPANY NAME DATE HIRED INCOME | NCNB | OCCUPATION SEPARATION DATE | |
| COMPANY NAME DATE HIRED INCOME | NONE | OCCUPATION SEPARATION DATE | |

### CO-APPLICANT

| | | | |
|---|---|---|---|
| COMPANY NAME DATE HIRED INCOME | BB T | OCCUPATION SEPARATION DATE | |
| COMPANY NAME DATE HIRED INCOME | SOUTHERN NATIONAL BA | OCCUPATION SEPARATION DATE | DATA PROCESS |
| COMPANY NAME DATE HIRED INCOME | NA | OCCUPATION SEPARATION DATE | |

## ACCOUNT DETAIL

| NUMBER | NAME | PHONE | ADDRESS |
|---|---|---|---|
| 668AF04121 | CNH CAPITAL AMERICA | 8005015711 | |
| 155BB03747 | DISCOVER FINANCIAL S | | |
| 402BB48257 | AMERICAN EXPRESS | 8008742717 | |
| 801ON00119 | BANK OF AMERICA | 8004212110 | |
| 416BB01228 | BANK OF AMERICA | 8007596262 | |
| 456BB05568 | BB & T | | |
| 456BB04702 | FIRST CITIZENS | 8883234732 | |
| 180BB27195 | BANK OF AMERICA, N.A | | |
| 458ON14364 | CHASE BP | 8004776761 | |
| 456FM01186 | BRANCH BANK & TRUST | | |
| 848LA00197 | BLEVINS WORK SHOP, I | 9103632216 | |
| 155BB03747 | DISCOVER FINANCIAL S | | |

WebEquity Lookup Window                                               Page 6 of 8

| ID | Name | Phone | Address |
|---|---|---|---|
| 402BB48257 | AMERICAN EXPRESS | 8008742717 | |
| 801ON00119 | BANK OF AMERICA | 8004212110 | |
| 404DC02910 | GECRB/JC PENNEYS | 8005420800 | |
| 456BB05568 | BB & T | | |
| 456BB04702 | FIRST CITIZENS | 8883234732 | |
| 668DC04557 | KOHLS/CHASE | 2627037000 | |
| 458ON14364 | CHASE BP | 8004776761 | |
| 456BB00825 | BB&T | | |
| 456FM01186 | BRANCH BANK & TRUST | | |
| 1229200 | AMEX | 8008742717 | PO BOX 297871<br>FORT LAUDERDALE, FL 33329 |
| 1213727 | BANK OF AMERICA | | PO BOX 982235<br>EL PASO, TX 79998 |
| 1230206 | BANK OF AMERICA | | PO BOX 982235<br>EL PASO, TX 79998 |
| 4125250 | BANK OF AMERICA, N.A | 8004516362 | 4161 PIEDMONT PKWY<br>GREENSBORO, NC 27410 |
| 0100690 | BB&T | BYMAILONLY | PO BOX 1847<br>WILSON, NC 27894 |
| 1199121 | BB&T | BYMAILONLY | PO BOX 2027<br>GREENVILLE, SC 29602 |
| 1206410 | CHASE-BP | 8009559900 | PO BOX 15298<br>WILMINGTON, DE 19850 |
| 1616030 | CNH CAPITAL AMERICA | 8005015711 | 233 LAKE AVE<br>RACINE, WI 53403 |
| 3276502 | DISCOVER FIN SVCS LL | BYMAILONLY | PO BOX 15316<br>WILMINGTON, DE 19850 |
| 1214758 | FIA CSNA | | PO BOX 982235<br>EL PASO, TX 79998 |
| 1140272 | FIRST CITIZENS BANK | 9197798307 | 100 E TRYON RD<br>RALEIGH, NC 27603 |
| 1000936 | MICROBILT | 7702184400 | 1640 AIRPORT RD NW STE 1<br>KENNESAW, GA 30144 |
| 1229200 | AMEX | 8008742717 | PO BOX 297871<br>FORT LAUDERDALE, FL 33329 |
| 1230206 | BANK OF AMERICA | | PO BOX 982235<br>EL PASO, TX 79998 |
| 0100690 | BB&T | BYMAILONLY | PO BOX 1847<br>WILSON, NC 27894 |
| 1199117 | BB&T | BYMAILONLY | PO BOX 1847<br>WILSON, NC 27894 |
| 1199121 | BB&T | BYMAILONLY | PO BOX 2027<br>GREENVILLE, SC 29602 |
| 1221686 | BB&T | BYMAILONLY | PO BOX 2306<br>WILSON, NC 27894 |
| 1206410 | CHASE-BP | 8009559900 | PO BOX 15298<br>WILMINGTON, DE 19850 |
| 3276502 | DISCOVER FIN SVCS LL | BYMAILONLY | PO BOX 15316<br>WILMINGTON, DE 19850 |
| 1214758 | FIA CSNA | | PO BOX 982235<br>EL PASO, TX 79998 |
| 1140272 | FIRST CITIZENS BANK | 9197798307 | 100 E TRYON RD<br>RALEIGH, NC 27603 |
| 3321860 | GECRB/JCP | 8005420800 | PO BOX 984100<br>EL PASO, TX 79998 |

WebEquity Lookup Window                                                     Page 7 of 8

| | | | |
|---|---|---|---|
| 1230305 | HSBC/HBSB NA | BYMAILONLY | 251 MAIN ST<br>BUFFALO, NY 14203 |
| 2310220 | KOHLS/CHASE | 4147831635 | N56 W 17000 RIDGEWOOD DR<br>MENOMONEE FALLS, WI 53051 |
| 1000936 | MICROBILT | 7702184400 | 1640 AIRPORT RD NW STE 1<br>KENNESAW, GA 30144 |
| 09616003 | DISCOVER FIN | | POB 15316<br>WILMINGTON, DE 19850 |
| 021WB001 | AMEX | 8008742717 | P.O. BOX 981537<br>EL PASO, TX 79998 |
| 01597029 | BK OF AMER | | PO BOX 982235<br>EL PASO, TX 79998 |
| 06331059 | BK OF AMER | | PO BOX 982235<br>EL PASO, TX 79998 |
| 018BB008 | CNH CAP AMER | 8005015711 | 2105 S HAMILTON RD<br>COLUMBUS, OH 43232 |
| 0295S010 | BB&T | | P O BOX 1847<br>WILSON, NC 27894 |
| 03769002 | FST CIT BK | 9197168307 | 100 EAST TRYON<br>RALEIGH, NC 27626 |
| 06331213 | BK OF AMER | 8004516362 | 4161 PIEDMONT PKWY<br>GREENSBORO, NC 27410 |
| 0247V021 | CHASE- BP | 8009559900 | P.O. BOX 15298<br>WILMINGTON, DE 19850 |
| 0295S004 | BB&T | | 2501 WOOTEN BLVD<br>WILSON, NC 27893 |
| 00050151 | CARTERBKTRST | | 507 WILLOW STREET<br>MOUNT AIRY, NC 27030 |
| 09616003 | DISCOVER FIN | | POB 15316<br>WILMINGTON, DE 19850 |
| 021WB001 | AMEX | 8008742717 | P.O. BOX 981537<br>EL PASO, TX 79998 |
| 01597029 | BK OF AMER | | PO BOX 982235<br>EL PASO, TX 79998 |
| 0295S010 | BB&T | | P O BOX 1847<br>WILSON, NC 27894 |
| 03769002 | FST CIT BK | 9197168307 | 100 EAST TRYON<br>RALEIGH, NC 27626 |
| 012EN001 | KOHLS/CHASE | 2627037000 | PO BOX 3115<br>MILWAUKEE, WI 53201 |
| 0295S003 | BB&T | | P O BOX 1847<br>WILSON, NC 27894 |
| 0295S004 | BB&T | | 2501 WOOTEN BLVD<br>WILSON, NC 27893 |
| 00050151 | CARTERBKTRST | | 507 WILLOW STREET<br>MOUNT AIRY, NC 27030 |

## INQUIRIES

| DATE | SUBSCRIBER NAME | TYPE | SUBSCRIBER NO. | AMOUNT | |
|---|---|---|---|---|---|
| 02/08/13 | USDA-FSA | Government | 01225610 | | |
| 02/08/13 | CARTERBKTRST | Banks and S and Ls | 00050151 | | |
| 01/23/13 | CARTERBKTRST | Banks and S and Ls | 00050151 | | |

## SOURCES

EQUIFAX
P O BOX 740241
ATLANTA, GA 30374-0241

WebEquity Lookup Window                                                                Page 8 of 8

EXPERIAN
P O BOX 2002
ALLEN, TX 75013-00036
888-397-3742

TRANS UNION
555 W. ADAMS
CHICAGO, IL 60661
312-258-1717

| MESSAGES |
|---|
| APPLICANT |

*** EQUIFAX ***

INQR Subject's SSN is 245862904 Year Issued: ; State:

*** TRANS UNION ***

SSN Match: Exact match between SSN on input and SSN on file
LOOK: Requested product delivered

This Residential Merged Credit Report is compliant with the standards as set forth by the FHA, FNMA, VA and FHLMC. The information contained herein has been obtained from sources deemed reliable, the accuracy of which the provider does not guarantee. This information has been furnished in response to an inquiry made for the purpose of evaluating a credit risk. The inquirer has agreed to indemnify the provider for any damage arising from misuse of this information and this report is furnished in reliance upon that indemnify. This report must be held in strict confidence and may be used online in accordance with the terms of the Fair Credit Reporting Act:

Score Watch - Alert Details | myFICO          https://www.myfico.com/ScoreWatch/AlertDetails.aspx?cm_mmc=s...

Welcome Christopher    Member Center    Support    Log Out                              Cart    Español

*my*FICO

Score Watch®   What it means to you   FICO® Score history   Credit alerts   Settings

## Score Watch® alert

February 9, 2013

View details of other recent alerts:
2/9/2013

**Alert:** Applying for new credit has added an inquiry to your credit report

**Score Watch alert/Changes to your FICO® Score**

⬇ Your FICO® score decreased to 712 on February 9, 2013.

This score decrease may be caused by these 2 new reasons:

- You've made heavy use of your available revolving credit.
- The amount owed on your revolving accounts is too high.

**Changes to your credit report**

This decrease in your FICO® score happened on the same day as a change on your Equifax Credit Report™ which triggered an alert. Most likely, the decrease was caused by the credit report change, but this is not always the case. Your score may have dropped because of some change on the credit report that was not reported as an alert. Also, if multiple changes on the credit report happened on the same day, some may have helped the score while others hurt it.

**1 new inquiry was added to your credit report**

**U.S. DEPT. OF AGRICULTURE-FSA**   Inquiry date: 2/8/2013                 Show/Hide Details

Contact: U.S. DEPT. OF AGRICULTURE-FSA, 1280 Maryland Ave SW # 240, Washington, DC, 200242142

**What is an inquiry?** Score Watch® sends you an alert of a new inquiry when there has been an application for a new credit account in your name.

**How inquiries impact your score:** New inquiries on your credit report may lower your FICO® score by a modest amount. Multiple inquiries can lower your score a little more than a single inquiry. But note that multiple inquiries within a two-week period that are associated with home or auto loans are treated as a single inquiry.

Multiple inquiries may indicate that you are in desperate search of credit. Typically, the more badly you need credit, the greater the chances that you cannot pay debts. This is why inquiries can cause a modest drop in your FICO® score.

You only receive inquiry alerts as the result of applying for new credit accounts or opening a new account with a lender. These are the only types of inquiries that affects your FICO® score. Other kinds of inquiries, such as promotional inquiries made by credit card companies to pre-approve you for an offer, have no effect. Similarly, inquiries resulting from you accessing your own credit report, have no effect.

Equifax Credit Report™ is a trademark of Equifax, Inc. and its affiliated companies