☒✓ 5) FSA-2002, "Three-Year Financial History", or similar form acceptable to the Agency. Also provide tax returns, including Schedule F, for the past three years, or each year you have been in business, whichever is less. You may be asked to provide supporting documentation if you provide financial summaries. If the financial history has been previously provided, complete only for those years not previously provided.

    Note:  Provide 3 years balance sheets, if available.

✓ ☒✓ 6) FSA-2003, "Three-Year Production History", or similar form acceptable to the Agency, for the past three years, or each year you have been in business, whichever is less. If production history has been previously provided, complete only for those years not previously provided.

✓ ☒✓ 7) FSA-2004, "Authorization to Release Information".

    Note:  If you are relying on non-farm income or other assets of a non-applicant spouse to generate positive cashflow or pay family living expenses he/she must execute an FSA-2004 or provide their 2 most recent earning statements.

✓ ☒✓ 8) FSA-2005, "Creditor List".

☒✓ 9) FSA-2006, "Property Owned and Leased". Attach a copy of the legal descriptions of any farm property owned, or to be acquired, and if applicable, any lease, contracts, options and other agreements with regard to the property.

N/A ☒ 10) FSA-2007, "Statement Required by the Privacy Act", required from anyone who will sign loan or security documents, but is not the applicant or an entity member.

☒ 11) Projected farm operating plan which includes a balance sheet and cash flow for the next 12 months. You may use the Farm Business Plan Worksheets: the FSA-2037, "Balance Sheet" and FSA-2038, "Income and Expenses", or similar forms acceptable to the Agency.
    with or with out loans?

☒✓ 12) Most recent account statement for credit cards, loans, and all other bank accounts. Any original documents you submit will be returned to you.

✓ ☒ 13) Credit Report Fee made payable to the Farm Service Agency for the type of applicant:
Individual $ __13.50__ Joint $ __20.25__ or Commercial $ __75.00__

☒✓ 14) FSA-2302, "Description of Farm Training and Experience," For entity applicants, provide for each individual member involved in managing or operating the farm.

☒ 15) FSA-2370, "Request for Waiver of Borrower Training Requirements".

☒ 16) Verification of any other non-farm income (i.e., social security, rental income, pension).

☒ 17) RD-1940-20, "Request for Environmental Information".

☒ 18) AD-1026, "Highly Erodible Land Conservation and Wetland Conservation Certification". (Initial Application and Subsequent Application when there have been changes to the real estate farmed.)
    Page 2



USDA is an equal opportunity provider and employer.

Transactions for Checking XXXXXX-288516

https://client.schwab.com/Accounts/History/BankingHistoryPopUp....

## *charles* SCHWAB

Print This Page    Close

Accounts> History for XXXXXX1288516 as of 09/13/13 01:50 PM

### Checking XXXXXX-288516 from 10/01/2012 to 10/31/2012

| Date | Type | Check # | Description | Withdrawal (-) | Deposit (+) | Running Balance |
|---|---|---|---|---|---|---|

**Pending Transactions**

Pending Transactions are not reflected within this sort criterion.

**Posted Transactions**

| Date | Type | Check # | Description | Withdrawal (-) | Deposit (+) | Running Balance |
|---|---|---|---|---|---|---|
| 10/31/2012 | INTADJUST | | Interest Paid | | $0.01 | $887.26 |
| 10/31/2012 | ACH | | PATRICK COUNTY P PAYROLL 103112 | | $386.36 | $1,165.54 |
| 10/29/2012 | DEPOSIT | | Deposit Mobile Banking | | $979.04 | $979.04 |
| 10/23/2012 | DEPOSIT | | Deposit Mobile Banking | | $82.60 | $82.60 |
| 10/19/2012 | ACH | | LIFETOUCH SCHOOL 9528265500 121019 1563 | $15.00 | | -$15.00 |
| 10/19/2012 | ACH | | PROG DIRECT INS INS PREM 121019 | $103.67 | | -$35.34 |
| 10/19/2012 | ACH | | PROG UNIVERSAL INS PREM 121019 | $19.42 | | $68.33 |
| 10/17/2012 | ACH | | USDA CCC257 PAYMENT 121016 1560 | $20.25 | | $129.75 |
| 10/17/2012 | ACH | | FIA CARD SVCS CASHREWARD 121015 | | $150.00 | $150.00 |
| 10/10/2012 | ACH | | AEP ONLINE PMT 121010 | $19.81 | | -$19.81 |
| 10/05/2012 | ACH | | BK OF AMER VI/MC ONLINE PMT 121005 | $2,000.00 | | -$2,000.00 |