**Par. 45**

**45    Processing Loan Applications**

    **A  Application Review**

        Upon receiving a loan application, the agency official shall:

- insert date application was received on FSA-2001
- determine whether application is complete
- enter loan application information into DLS
- assemble loan application according to 25-AS
- obtain credit report
- obtain CAIVRS
- obtain DLS Customer Profile (printer friendly version) as verification of both current/past debts and any prior debt forgiveness

  **Note:** Copies of the DLS Customer Profile must be attached to the applicant's file.

- complete RD 1940-22, or Class I or Class II assessment, whichever is applicable.

        If an application is received and the applicant has not completed the section that identifies race, ethnicity, or gender of the applicant or members of the entity, the application will be processed as a non-SDA.

        **Exception:** An application from an existing SDA, who has previously provided the documentation needed to qualify as SDA, does not need to resubmit qualifying information.

        **Note:** Race, ethnicity, and gender determinations completed as observed by a FSA employee will not be used to qualify an applicant for SDA funding.

    **B  Notification of Incomplete Application**

        When an application is received, if it is incomplete or the employee receiving the application cannot determine whether it is complete, the applicant will be provided with FSA-2303. If the applicant hand delivers the application, FSA-2303 will be provided to the applicant before the applicant leaves the office. In all other situations, FSA-2303 will be mailed to the applicant within 2 workdays of receiving an incomplete application.

        If the application is determined to be complete upon receipt, FSA-2303 will not be sent. The applicant will be immediately notified in writing according to subparagraph C.

Julian Exhibit M Page 1 of 1