

Christopher Julian <christopher.b.julian@gmail.com>

## Julian VA FSA Mediation form for signatures
10 messages

---

**ncampoutreach** <ncampoutreach@bellsouth.net>  Tue, Feb 5, 2013 at 5:25 PM
To: christopher.b.julian@gmail.com

Attached please find the "Combined Agreement to Mediate and Confidentiality Statement" for you and Renee to initial and sign at the X's.
Please either pdf back to me or fax 336.272.2711 back to me as soon as possible prior to the mediation.
Please feel free to contact me with questions.
Betty Mayo
NCAMP Asst. Exec. Director
336.272.2722

 JULIAN_VAFSA-2013-010102 Comb Agree to Med and Conf Statement uns cj.docx
47K

---

**Christopher Julian** <christopher.b.julian@gmail.com>  Wed, Feb 13, 2013 at 4:28 PM
To: ncampoutreach <ncampoutreach@bellsouth.net>

Ms Mayo,

   When we talked earlier you had mentioned attempting to help find us information on a Farmers Advocate and we have not received any information. Was there no information you could find on that?
 We are still waiting on a mediation date to be set.

Thanks,
Chris & Renee julian
[Quoted text hidden]

---

**Christopher Julian** <christopher.b.julian@gmail.com>  Sun, Feb 17, 2013 at 9:07 AM
To: Christopher Julian <christopher.b.julian@gmail.com>

For the record the lack of any response will be taken as a no comment.

My wife would not agree to send this message so I send it to myself for the record
[Quoted text hidden]

---

**ncampoutreach** <ncampoutreach@bellsouth.net>  Mon, Feb 18, 2013 at 9:24 AM
To: Christopher Julian <christopher.b.julian@gmail.com>

Hi Mr. Julian
You may want to try RAFI USA.  They have provided some NC farmers with an advocate and may be in a position

Gmail - Julian VA FSA Mediation form for signatures            https://mail.google.com/mail/u/0/?ui=2&ik=8c70848c41&view=pt&...

> to assist you.
> Here is their website http://rafiusa.org/
> Best of luck
> Betty Mayo
> NCAMP Asst Exec Director
> 336.272.2722
>
> --- On **Wed, 2/13/13, Christopher Julian <christopher.b.julian@gmail.com>** wrote:
>
>> From: Christopher Julian <christopher.b.julian@gmail.com>
>> Subject: Re: Julian VA FSA Mediation form for signatures
>> To: "ncampoutreach" <ncampoutreach@bellsouth.net>
>> Date: Wednesday, February 13, 2013, 4:28 PM
>>
>> [Quoted text hidden]

---

**ncampoutreach** <ncampoutreach@bellsouth.net>                              Tue, Feb 19, 2013 at 9:30 AM
To: christopher.b.julian@gmail.com

Hi Mr. Julian
Please initial, sign and return the attached as soon as possible either pdf or fax 336.272.2711.
Thank you
Betty Mayo
NCAMP Asst. Exec. Director
336.272.2722

--- On **Tue, 2/5/13, ncampoutreach <ncampoutreach@bellsouth.net>** wrote:

> From: ncampoutreach <ncampoutreach@bellsouth.net>
> Subject: Julian VA FSA Mediation form for signatures
> To: christopher.b.julian@gmail.com
> Date: Tuesday, February 5, 2013, 5:25 PM
>
> Attached please find the "Combined Agreement to Mediate and Confidentiality Statement" for you and
> Renee to initial and sign at the X's.
> Please either pdf back to me or fax 336.272.2711 back to me as soon as possible prior to the mediation.
> Please feel free to contact me with questions.
> Betty Mayo
> NCAMP Asst. Exec. Director
> 336.272.2722

 **JULIAN_VAFSA-2013-010102** Comb Agree to Med and Conf Statement uns cj.docx
47K

---

**Christopher Julian** <christopher.b.julian@gmail.com>                     Tue, Feb 19, 2013 at 3:26 PM
To: ncampoutreach <ncampoutreach@bellsouth.net>

Ms. Mayo

Thank you for referring us to RAFI. Please find the documents you requested attached.

Thanks Again,
Chris Julian
[Quoted text hidden]

 **Ageement to Mediate.pdf**
2339K

---

**ncampoutreach** <ncampoutreach@bellsouth.net>                          Tue, Feb 19, 2013 at 3:29 PM
To: Christopher Julian <christopher.b.julian@gmail.com>

Thank you
Betty

--- On **Tue, 2/19/13, Christopher Julian <*christopher.b.julian@gmail.com*>** wrote:

> From: Christopher Julian <christopher.b.julian@gmail.com>
> Subject: Re: Fw: Julian VA FSA Mediation form for signatures
> To: "ncampoutreach" <ncampoutreach@bellsouth.net>
> Date: Tuesday, February 19, 2013, 3:26 PM
>
> [Quoted text hidden]

---

**Christopher Julian** <christopher.b.julian@gmail.com>                 Thu, Feb 21, 2013 at 9:04 AM
To: ncampoutreach <ncampoutreach@bellsouth.net>

Ms. Mayo

   Please send me a copy of the signed Combined Agreement to Mediate and Confidentiality Statement from FSA in this matter.


Thanks,
Chris Julian
[Quoted text hidden]

---

**ncampoutreach** <ncampoutreach@bellsouth.net>                          Thu, Feb 21, 2013 at 9:18 AM
To: Christopher Julian <christopher.b.julian@gmail.com>

Hi Mr. Julian
This document is for administrative purposes only.  We retain the signed copies in our files. You may ask the mediator at the mediation for a copy of the forms.  She will not have a copy until the mediation.
Betty Mayo

> NCAMP Asst. Exec. Director
> 336.272.2722
>
> --- On **Thu, 2/21/13, Christopher Julian <christopher.b.julian@gmail.com>** wrote:
>
>> From: Christopher Julian <christopher.b.julian@gmail.com>
>> Subject: Re: Fw: Julian VA FSA Mediation form for signatures
>> To: "ncampoutreach" <ncampoutreach@bellsouth.net>
>> Date: Thursday, February 21, 2013, 9:04 AM
>>
>> [Quoted text hidden]

---

**Christopher Julian** <christopher.b.julian@gmail.com>    Thu, Feb 21, 2013 at 9:26 AM
To: ncampoutreach <ncampoutreach@bellsouth.net>

Ms. Mayo

    You say administrative purposes only however, these documents have specific legal agreements in them. We respectfully request to have evidence prior to the meeting that we are all entering into this agreement on an equal basis.

Chris Julian

[Quoted text hidden]