UNITED STATES DEPARTMENT OF AGRICULTURE
OFFICE OF THE SECRETARY
NATIONAL APPEALS DIVISION

In the matter of )
)
CHRISTOPHER B. JULIAN )
)
and ) Case No. 2013E000382
)
FARM SERVICE AGENCY )
)

## NOTICE OF APPEAL AND REQUEST FOR AGENCY RECORD

The National Appeals Division (NAD) has received an appeal request concerning an adverse decision by Farm Service Agency (Agency). Christopher B. Julian (Appellant) is appealing the Agency's adverse decision of November 28, 2012. The Appellant's request for appeal was complete on March 4, 2013.

I have assigned the matter to:

> Jerry King
> Hearing Officer
> 193 Downing Street
> Roanoke, VA  24019
> Telephone: (540) 966-2130
> Facsimile: (540) 966-2132

I have also attached a four-page **NAD INFORMATION SHEET**. It outlines important information that will help the appeal parties (Appellant and Agency) prepare and participate in the appeal process. Below are instructions to the appeal parties on filing information necessary for NAD to process this appeal.

*Instructions to Appellant*

By **March 20, 2013**, Appellant send the following to the Hearing Officer and Agency:

1. A short explanation of why the adverse decision is wrong.
2. Copies of all information and documents Appellant plans to introduce at the hearing. (See Submissions and Evidence and Labeling of Submissions sections of the **NAD INFORMATION SHEET**.)

Christopher B. Julian
Case No. 2013E000382

3. A list of any witnesses Appellant(s) intends to have testify at the hearing with a brief summary of their testimony.
4. If applicable, a completed Authorization/Declaration for a representative. (See Representatives for Appellants section of the **NAD INFORMATION SHEET**.)
5. The names of any individuals or entities that may be third parties to the appeal. (See Third Party section of the **NAD INFORMATION SHEET**.)
6. A copy of the bankruptcy petition, if an Appellant has filed for bankruptcy.
7. Information about any pending mediation or litigation involving the Agency.

***Instructions to Agency***

By **March 15, 2013**, Agency send the following to the Hearing Officer and Appellant:

1. The Agency record, which is all materials maintained by the Agency related to the adverse decision on appeal that the Agency prepared or reviewed during its decision making process.
2. A copy of the adverse decision(s) under appeal.
3. An explanation of the Agency's position.
4. The applicable regulations(s) from Title 7 of the Code of Federal Regulations or Federal Register, and any Agency handbook or manual provisions used to interpret those regulations.
5. A copy of any document not in the Agency record the Agency plans to introduce at the hearing.
6. A list of witnesses the Agency intends to have testify at the hearing with a brief summary of their testimony.
7. The names of any individuals or entities that may be third parties to the appeal. (See Third Party section of the **NAD INFORMATION SHEET**.)

When NAD posts an Appeal Determination on the NAD website, it can notify the Appellant of such posting by e-mail. The Appellant should complete the attached form, "Appellant E-Mail Address" and return it to the assigned Hearing Officer by **March 20, 2013**.

If the Appellant or Agency has any questions about this notice or its attachments, they should contact Hearing Officer Jerry King.

Dated and mailed this 4th day of March 2013.

*Natalie J. German*

Natalie J. German
Deputy Assistant Director

2

Christopher B. Julian
Case No. 2013E000382

Attachments:

NAD Information Sheet
Authorization for Representation and Release of Information and Declaration of Entry of Appearance form
Request for appeal and all supporting documents

Distribution of Copies:

Christopher B. Julian
474 Orchard View Drive
Ararat, VA 24053

Farm Loan Manager
Attn: Ronald A. Kraszewski
USDA, Farm Service Agency
19783 US Highway No. 29, Suite D
Chatham, VA 24531

State Appeals Coordinator
USDA, Farm Service Agency
1606 Santa Rosa Rd.
Culpeper Building, Suite 138
Richmond, VA 23229

Case Record

3

# NAD INFORMATION SHEET
**Please save for future reference.**

Third Parties

Third parties are individuals or entities for which an NAD determination could lead to an agency action on implementation that may adversely affect the party. NAD will notify any potential third party of its right to participate in the appeal as an appellant.

Submissions and Evidence

The appeal parties may file information in support of their positions. The Hearing Officer places the copy of submissions in the case record and does not return them. The party sending information to the Hearing Officer must provide an identical copy to all other parties (agency, appellants, and third parties). The Hearing Officer will accept submissions, but some limitations apply.

There is no limit on the number of documents or evidence the parties may present. However, the Hearing Officer may exclude irrelevant, immaterial, or unduly repetitious evidence. Appellants and third parties may use documents the agency sends as part of its agency record. Therefore, they should not send identical copies of information contained in the agency record.

The Hearing Officer will accept photographic or written evidence on single-sided, 8-1/2 x 11-inch paper. The presenting party may reduce large maps, plat maps, aerial surveys, etc. to 8-1/2 x 11-inch pages. They may also mount smaller photographs on 8-1/2 x 11-inch paper. The Hearing Officer will accept audio, DVD and VHS recordings, but viewing equipment may not be available at the hearing.

The Hearing Officer will not accept the following items into the case record. However, if parties wish to use these items for visual affect, etc., they must submit the information in a format discussed in the preceding paragraph for acceptance into the case record as evidence.

- Maps and similar materials in tubes.
- Photographic slides (transparencies) and photographs in electronic (digital) format.

The Hearing Officer cannot accept the following:

- Video recordings in non-DVD and non-VHS formats.
- Plant material, soil samples, and similar articles that are perishable, bulky or not conducive to long-term storage. Parties may represent such materials in photographs, written expert opinions, or similar documentary evidence.

The Hearing Officer must decide the appeal based on the record they develop. Therefore, the Hearing Officer will consider only submissions that meet these criteria and become part of the


Christopher B. Julian
Case No. 2013E000382

case record. If the appeal parties have questions about what they may submit as evidence, they should contact the Hearing Officer.

Labeling of Submissions

*Appellant and Third Party Exhibits.* Appellants must label their exhibits alphabetically in the lower right corner as: Appellant Exhibit A, page 1 of ____, Appellant Exhibit B, page 1 of ____, etc. The appellant must number each page. If there is more than one appellant, or third party, each may submit separate exhibits. However, each of them must label exhibits with their last name as part of label. For example, if the third party's name is Smith and there are two pages to Exhibit A, they would label the exhibit – Smith Exhibit A, page 1 of 2, and Smith Exhibit A, page 2 of 2.

*Agency Record.* The agency must number its agency record in the lower right corner. The agency must number each page of the agency record, including any cover memo. An agency record should have only one sequence of numbers; separate documents or sections should not begin with new numbering sequences.

*Agency Exhibits.* If the agency presents other documents at the hearing, the Hearing Officer may accept the documents as agency exhibits. Agency exhibits should not duplicate documents in the agency record. The agency must label each of its exhibits and each page of its exhibits numerically in the lower right corner as: Agency Exhibit 1, page 1 of ___, Agency Exhibit 2, page 1 of ___, etc.

Access to Information

The agency will provide the appellant with reasonable access to all agency files related to the adverse decision under appeal before the hearing (and copies of documents, if requested) according to agency procedures. If the appellant wishes to view agency files, they must complete the review before the hearing. The Hearing Officer will not delay the hearing to allow the appellant to view agency files.

Prohibited Ex Parte Communication

At no time between the appellant filing an appeal and NAD issuing a final determination may the appeal parties communicate with NAD about the substance or merit of an appeal without all parties having notice and the opportunity to participate.

Christopher B. Julian
Case No. 2013E000382

Options for Processing the Appeal

The appellant may select one of three options for processing the appeal:

1. An in-person hearing,
2. A telephone hearing, or
3. A record review instead of a hearing. The Hearing Officer will review the record including all information sent by the parties and will issue a decision.

Representatives for Appellants

Appellants, at their own expense, may select an attorney or other person to represent them in the appeal. Representatives must file a declaration stating the appellant has authorized them as their representative. The representative must attach the appellant's written authorization.

Pre-Hearing Teleconference

The Hearing Officer may schedule a pre-hearing teleconference. During a pre-hearing conference the Hearing Officer will:

- Ask about any bankruptcy or mediation that might be pending,
- Identify any potential third parties,
- Identify the adverse decision under appeal,
- Narrow and refine the issue(s) in dispute,
- Ask the agency to explain the regulatory basis for the adverse decision,
- Ask the appellant to explain the reason(s) for the appeal,
- Discuss information and document exchange,
- Explain the hearing process,
- Address procedural matters,
- Explain the options for processing the appeal and ask the appellant to select one, and
- Schedule a hearing, if the appellant requests one.

If others, including appellant representatives, will take part in the pre-hearing conference, the appellant must notify them of the date and time of the pre-hearing conference and provide their names to the Hearing Officer. Anyone with rotary telephones should contact the Hearing Officer immediately.

Accommodations for Persons with Disabilities

On request, NAD will provide reasonable accommodations for the physical or mental disabilities of appellants, witnesses, or representatives. Accommodations include accessible hearing sites, large-print versions of NAD notices and determinations, sign language interpreters or appropriate telephone service for the hearing impaired, access by service animals, schedule adjustments necessary to accommodate disability-related concerns, space for companions who provide disability-related services, and similar accommodations that are reasonably necessary to provide full access and participation in NAD proceedings.

6

Christopher B. Julian
Case No. 2013E000382

Language Interpreter

On request, NAD will provide reasonable accommodations for a language interpreter. Cancellation of such services requires a 2-day notice to NAD.

Copy of Pre-Hearing and Hearing Recording

NAD will provide the appeal parties a free copy of the pre-hearing and hearing recording. A party wishing to receive a copy of the recording must send a written request to the NAD Eastern Regional Office, P. O. Box 68806, Indianapolis, IN 46268-0806. Please include your NAD case number on your request.

More information is available about the NAD hearing process on the NAD website at www.nad.usda.gov.

Christopher B. Julian
Case No. 2013E000382

## AUTHORIZATION FOR REPRESENTATION/RELEASE OF INFORMATION AND DECLARATION OF ENTRY OF APPEARANCE

I/We appeal the adverse decision of *(date)* _____ from

*(Agency)*_____ and

hereby authorize *(print name)*_____ as my/our representative. I/We have reviewed the basis for appeal in this case with this representative and request a hearing.

I/We further authorize and request that NAD and the agency release all information and documents concerning me/us to my/our representative. This authorization shall remain in effect until revoked in writing.

Dated this _____ day of _____ (month),_____, 2013.

_____
Print Name (Participant):

_____
Participant's Signature

## DECLARATION OF ENTRY OF APPEARANCE

Take notice that I, *(print name)* _____, am entering my appearance to represent the participant(s), _____, throughout the appeals process with the National Appeals Division. I have been duly authorized in writing by the participant(s) and will accept the service of all notices and documents related to the appeal. Should my representation end before the conclusion of the appeal process, I shall provide written notice to NAD.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on the _____ day of _____(month),_____, 2013.

_____        _____
Print Name (Representative:                              Phone:

_____        _____
Representative's Signature:                               Fax:

_____        _____
Address                                                              Email:

_____
City/State/Zip

8

Christopher B. Julian
Case No. 2013E000382

## APPELLANT E-MAIL INFORMATION

**Appellant:** _____

NAD Case Number: _____

Appellant's e-mail address: _____


If Appellant does not have an e-mail address, or chooses not to provide an e-mail address, please check one of the following:

- ☐ Do not have an e-mail address.

- ☐ Decline to provide e-mail address.


Representative's e-mail address:   *_____

*This information is optional. Only one notice will be sent notifying the Appellant of the posting of the Appeal Determination on the Internet. If the Appellant chooses to have the notice sent to his/her representative, the representative's e-mail address will be used as the contact e-mail address.