Jerry L. King Hearing Officer
USDA National Appeals Division
193 Downing street
Roanoke, VA 24019

USPS TRACKING # & CUSTOMER RECEIPT   9114 9010 7574 2394 1743 85
For Tracking or inquiries go to USPS.com or call 1-800-222-1811.  Roanoke

USPS TRACKING # & CUSTOMER RECEIPT   9114 9010 7574 2394 1743 92
For Tracking or inquiries go to USPS.com or call 1-800-222-1811.  Chatham

Friday, March 22, 2013

USPS TRACKING # & CUSTOMER RECEIPT Chatham   9114 9010 7574 2394 1745 07
For Tracking or inquiries go to USPS.com or call 1-800-222-1811.

USPS TRACKING # & CUSTOMER RECEIPT Richmond   9114 9010 7574 2394 1745 14
For Tracking or inquiries go to USPS.com or call 1-800-222-1811.

Dear Mr. King,

USPS TRACKING # & CUSTOMER RECEIPT Roanoke   9114 9010 7574 2394 1745 21
For Tracking or inquiries go to USPS.com or call 1-800-222-1811.

It is our understanding that our burden of proof in this matter is to a preponderance of the evidence. We would like to respectfully request you reconsider the decision not to include all of the declination letter for discussion in the hearing. We contend as we said in the pre-hearing conference "we consider all of the letter evidentiary and supportive to our burden of proof in this matter". Additionally, we believe that FSA may have inappropriately accessed our credit regarding this matter based on the FCRA. We respectfully request that you reference 1-APP(Rev.2)Amend.1 Par.96 A and B and C page 6-1 Federal Rules of Evidence inapplicability, Relevant Evidence, Objections to Evidence, respectfully and FCRA Section 604.

Please be aware that we mailed our exhibits and brief on March 20th as previously directed to us by NAD in their Notice of Appeal to us on March 4, 2013. We had been advised by council to never to miss a deadline and refrain from date changes regarding this matter. The USDA, he claimed, is notorious for no forgiveness of a missed deadline. Consequently, we had no time to adjust our brief to your limitations in this matter.

Please consider this notice that we provided to the Farm Loan Manager the same documentation as we sent to you. As NAD's letter had instructed us to do. Our tracking numbers indicate you and the Farm Loan Manager should have received them on March, 21, 2013. Although, the Farm Loan Managers delivery has not been confirmed by the US postal service at this time. Since you have indicated in your communication that the date for exchanging and submitting written information is April 10, 2013, we will use this time to put together additional exhibits and amendments in support of our arguments.

We respectfully request that the Officer ask the agency to be prudent in obtaining the evidentiary information we previously requested. Note, I did previously send Mr. Kraszewski and Mr. Rigney an email requesting a copy of their current resume and any recent training to help me understand what extent of Accounting knowledge these individuals have in order to better understand their position.

Sincerely,

*[signature: Christopher B. Julian]*

Christopher B. Julian
474 Orchard View Drive
Ararat, VA 24053

Distribution:
Farm Loan Manager
Attn. Ronald A. Kraszewski
USDA Farm Service Agency
19783 US Highway No 29, Suite D
Chatham, VA 24531

State Appeals Coordinator
1606 Santa Rose Road
Culpepper Building, Suite 138
Richmond, VA 23229