This form is available electronically.

Form Approved – OMB No. 0560-0238
(See 09/13/14 Privacy Act and Public Burden Statements.)

FSA-2037 (11-04-10)

U.S. DEPARTMENT OF AGRICULTURE
Farm Service Agency

Position 3

# FARM BUSINESS PLAN WORKSHEET
## Balance Sheet

| 1. NAME | 2. Date of Balance Sheet |
|---|---|
| Christopher B Julian Blue Ridge Springs Orchard | 10-10-2012 |

### A – CURRENT ASSETS

| 1A. Cash and Equivalents | | | | $ Value |
|---|---|---|---|---|
| Charles Schwab | | | | 11471.91 |
| Falcon National Bank | | | | 4239.57 |
| 1B. Marketable Bonds and Securities | | | | |
| Options | | | | 13735.00 |
| Equities | | | | 7632.00 |
| 1C. Accounts Receivable | | | | |
| Muarrys Cider Company | | | | 1500.00 |
| Woods Produce | | | | 153.00 |

| 1D. Crop Inventory | 1E. Measure | 1F. # Units | 1G. $/Unit | $ Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| 1H. Growing Crops | | 1I. # Acres | 1J. Cost/Acre | $ Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| 1K. Market Livestock-Poultry | | 1L. # Head | 1M. Weight | 1N. $/Unit | $ Value |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| 1O. Livestock Products | | 1P. Measure | 1Q. # Units | 1R. $/Unit | $ Value |
|---|---|---|---|---|---|
| | | | | | |

| 1S. Prepaid Expenses and Supplies | | | | |
|---|---|---|---|---|
| Fertilizer 1.5 tons | | | | 1032.00 |
| Diesiel Fuel | | | | 400.00 |
| 1T. Other Current Assets | | | | |
| | | | | |

| 1U. TOTAL CURRENT ASSETS (Items 1A through 1T) | 40163.48 |
|---|---|

### B – CURRENT LIABILITIES

| 2A. Accounts Payable | $ Amount |
|---|---|
| Blevins Building Supply | 10992.41 |
| | |
| 2B. Income Taxes Payable | 6000.00 |
| | |
| 2C. Real Estate Taxes Payable | 580.56 |

**Notes Payable Due Within 12 Months**

| 2D. Creditor | 2E. Purpose | | | |
|---|---|---|---|---|
| | 2F. Interest Rate | 2G. Accrued Interest | 2H. Payment Amount | 2I. Next Payment Date | 2J. Principal Balance |
| (1) | | | | | |
| (2) | | | | | |
| (3) | | | | | |
| (4) | | | | | |

| 2K. Accrued Interest On: | $ Amount |
|---|---|
| (1) Current Liabilities | 200.95 |
| (2) Intermediate Liabilities | 108.00 |
| (3) Long Term Liabilities | |

| 2L. Current Portion of Principal Due On: | |
|---|---|
| (1) Intermediate Liabilities | 391.92 |
| (2) Long Term Liabilities | |

| 2M. Other Current Liabilities | |
|---|---|
| | |
| | |

| 2N. TOTAL CURRENT LIABILITIES (Items 2A through 2M) | 18273.84 |
|---|---|

Julian Exhibit M Page 1 of 4

FSA-2037 (11-04-10)   Page 2 of 4

| C – INTERMEDIATE ASSETS | | | | | | E – INTERMEDIATE LIABILITIES | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3A. Machinery & Equipment/Farm Vehicles (Entered on Page 4) | | | | | 23900.0 | 5A. Creditor | | | | 5B. Purpose | |
| 3B. Breeding Stock | 3C. Raised/Purch | 3D. # Head | 3E. $/Head | $ Value | | | 6C. Interest Rate | 5D. Accrued Interest | 5E. Payment Amount | 5F. Next Payment Date | 5G. Principal Balance |
| | | | | | | (1) Bank of America Credit Card | | | | Credit Card | |
| | | | | | | | | 88.95 | 143.00 | 11-10-2012 | 5581.07 |
| | | | | | | (2) American Express | | | | Credit Card | |
| | | | | | | | | 110.00 | 212.00 | 11-10-2012 | 10387.37 |
| | | | | | | (3) CNH Capital | | | | Tractor Loan | |
| | | | | | | | 4.5% | 21.87 | 223.71 | 11-05-2012 | 5932.52 |
| 3F. Notes Receivable | | | | | | (4) | | | | | |
| | | | | | | | | | | | |
| | | | | | | (5) | | | | | |
| 3G. Not Readily Marketable Bonds and Securities | | | | | | | | | | | |
| | | | | | | (6) | | | | | |
| | | | | | | | | | | | |
| 3H. Other Intermediate Assets | | | | | | (7) | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| 3I. TOTAL INTERMEDIATE ASSETS (Items 3A through 3H) | | | | | 23900.0 | 5H. TOTAL INTERMEDIATE LIABILITIES (Item 5G (1 through 7)) | | | | | 21900.96 |

| D – LONG TERM ASSETS | | | | | | F – LONG TERM LIABILITIES | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4A. Building and Improvements | | | | | $ Value | 6A. Creditor | | | | 6B. Purpose | |
| House under Construction | | | | | 216463.00 | | 6C. Interest Rate | 6D. Accrued Interest | 6E. Payment Amount | 6F. Next Payment Date | 6G. Principal Balance |
| | | | | | | (1) U. S Treasury | | | | Federal Tax loan | |
| | | | | | | | 3.0 | 108.08 | 500.00 | 11-03-2012 | 36454.00 |
| | | | | | | (2) | | | | | |
| 4B. Real Estate-Land | 4C. Total Acres | 4D. Crop Acres | 4E. %Owned | 4F. $/Acre | | | | | | | |
| All Parcels | 22.75 | 10.31 | 100 | 12087.00 | 275000.00 | (3) | | | | | |
| | | | | | | | | | | | |
| | | | | | | (4) | | | | | |
| | | | | | | | | | | | |
| | | | | | | (5) | | | | | |
| | | | | | | | | | | | |
| | | | | | | (6) | | | | | |
| | | | | | | | | | | | |
| 4G. Other Long Term Assets | | | | | $ Value | (7) | | | | | |
| | | | | | | | | | | | |
| 4H. TOTAL LONG TERM ASSETS (Items 4A through 4G) | | | | | 491463.0 | 6H. TOTAL LONG TERM LIABILITIES (Item 6GA (1 through 7)) | | | | | 36454.0 |
| 4I. TOTAL FARM ASSETS (From Items 1U, 3I and 4H) | | | | | 555526.48 | 6I. TOTAL FARM LIABILITIES (From Items 2N, 5H, and 6H) | | | | | 76628.80 |
| | | | | | | 6J. TOTAL FARM EQUITY (Item 4I minus Item 6I) | | | | | 478897.68 |

FSA-2037 (11-04-10)                                                                                                 Page 3 of 4

| G – PERSONAL ASSETS | $ Value | H – PERSONAL LIABILITIES | | | | |
|---|---|---|---|---|---|---|
| | | 8A. Creditor | | | 8B. Purpose | |
| 7A. Cash and Equivalents | | 8C. Interest Rate | 8D. Accrued Interest | 8E. Payment Amount | 8F. Next Payment Date | 8G. Principal Balance |
| 7B. Stocks, Bonds | | (1) Everything is listed above | | | | |
| 7C. Cash Value Life Insurance | 3000.00 | | | | | |
| 7D. Other Current Assets | | (2) | | | | |
| 7E. Household Goods | 15000.00 | | | | | |
| 7F. Car, Recreational Vehicle, Etc. | 6000.00 | (3) | | | | |
| 7G. Other Intermediate Assets | | | | | | |
| 7H. Retirement Accounts | | (4) | | | | |
| 7I. Non-Farm Business | | | | | | |
| 7J. Non-Farm Real Estate | 25000.00 | 8H. Other Liabilities | | | | |
| 7K. Other Long Term Assets | | | | | | |
| 7L. TOTAL PERSONAL ASSETS (Items 7A through 7K) | 49000.00 | 8I. TOTAL PERSONAL LIABILITIES | | | | |
| 7M. TOTAL ASSETS (Item 4I and Item 7L) | 604526.48 | 8J. TOTAL LIABILITIES (Item 6I and Item 8I) | | | | 76626.80 |
| | | 8K. TOTAL EQUITY (Item 7M minus Item 8J) | | | | 527899.68 |

**I - WARNING**

I certify that the information provided is true, complete, and correct to the best of my knowledge and is provided in good faith. (Warning: Section 1001 of Title 18, United States Code, provides for criminal penalties to those who provide false statements. If any information is found to be false or incomplete, such finding may be grounds for denial of the requested action.)

9A. SIGNATURE  *Chrishell B Julin*            9B. DATE  10-10-2012

10. COMMENTS  Land values based on actual cost.

NOTE: The following statement is made in accordance with the Privacy Act of 1974 (5 USC 552a - as amended). The authority for requesting the information identified on this form is the Consolidated Farm and Rural Development Act, as amended (7 U.S.C. 1921 et. seq.). The information will be used to determine eligibility and feasibility for loans and loan guarantees, and servicing of loans and loan guarantees. The information collected on this form may be disclosed to other Federal, State, and local government agencies, Tribal agencies, and nongovernmental entities that have been authorized access to the information by statute or regulation and/or as described in the applicable Routine Uses identified in the System of Records Notice for USDA/FSA-14, Applicant/Borrower. Providing the requested information is voluntary. However, failure to furnish the requested information may result in a denial for loans and loan guarantees, and servicing of loans and loan guarantees. The provisions of criminal and civil fraud, privacy, and other statutes may be applicable to the information provided.

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0560-0238. The time required to complete this information collection is estimated to average 1.25 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. **RETURN THIS COMPLETED FORM TO YOUR COUNTY FSA OFFICE.**

The U.S. Department of Agriculture (USDA) prohibits discrimination in all of its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, political beliefs, genetic information, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Assistant Secretary for Civil Rights, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Stop 9410, Washington, DC 20250-9410, or call toll-free at (866) 632-9992 (English) or (800) 877-8339 (TDD) or (866) 377-8642 (English Federal-relay) or (800) 845-6136 (Spanish Federal-relay). USDA is an equal opportunity provider and employer.

FSA-2037 (11-04-10)                                                                                               Page 4 of 4

### J – MACHINERY AND EQUIPMENT

| 11A. Qty. | 11B. Description | 11C. Manufacturer | 11D. Size/Type | 11E. Condition | 11F. Year | 11G. Serial Number | 11H. $ Value |
|---|---|---|---|---|---|---|---|
| 1 | TN70A Tractor | New holland | 70 hoarse 4WD ag | Very Good | 2007 | HJE54104 | 18000.00 |
| 1 | Bush Hog | Bush Hog | 296 | Very Good | 2010 | 12-05484 | 2000.00 |
| 1 | GB 400 Air Blast Sprayer | GB | 4003pth | Very Good | 2010 | | 2000.00 |
| 1 | Brush Rake | Custom | | Good | | | 300.00 |
| 1 | Land Scape Rake | New Holland | 7 foot | good | | | 350.00 |
| 1 | 3 point hitch Sprayer | Custom | | good | 2011 | | 450.00 |
| 1 | 18 inch Chain Saw | Stihl | ms280 18 | excellent | 2010 | 278360056 | 250.00 |
| 1 | 14 inch Chain Saw | Stihl | ms192tcc 14 | Excellent | 2010 | 280962960 | 250.00 |
| 1 | Box Blade | Lowes | 7 foot | Very Good | 2011 | | 300.00 |

| | | | | | | 11I TOTAL $ VALUE OF (ITEM 1H) | 23900.0 |

### K – FARM VEHICLES

| 12A. Qty. | 12B. Description | 12C. Manufacturer | 12D. Size/Type | 12E. Condition | 12F. Year | 12G. Serial Number/VIN | 12H. $ Value |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | | | | | | 12I. TOTAL $ VALUE OF (12H) | |
| | | | | 12J. TOTAL $ VALUE OF (ITEMS 11I AND 12I) TRANSFER TO ITEM 3A | | | 23900.00 |