

**USDA** United States Department of Agriculture | Farm and Foreign Agricultural Services | Farm Service Agency | Farm Service Agency
19783 U.S. Highway No. 29, Suite D
Chatham, VA 24531
(434) 432-9455 Ext. 4

March 13, 2013

Mr. Jerry L. King
Hearing Officer
USDA National Appeals Division
193 Downing Street
Roanoke, VA 24019

Reference: Christopher B. Julian
Renee Graham Julian

Dear Mr. King:

Enclosed, I am submitting the requested information related to the appeal requested by Christopher and Renee Julian. This letter and all enclosed information has also been sent to the appellants.

I, along with James F. Rigney, Farm Loan Officer will be representing the Farm Service Agency in this hearing.

If you have any questions in regard to this case, please contact myself or Mr. Rigney at (434) 432-9455 ext. 4.

Sincerely,

Ronald A. Kraszewski
Farm Loan Manager

Attachments

Cc: R. Kevin Bohon, District Director
    Christopher B. and Renee G. Julian



USDA is an equal opportunity provider and employer.

1

| USDA | | | |
|---|---|---|---|
| United States Department of Agriculture | Farm and Foreign Agricultural Services | Farm Service Agency | Farm Service Agency<br>19783 U.S. Highway No. 29, Suite D<br>Chatham, VA 24531<br>(434) 432-9455 Ext. 4 |

November 28, 2012

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7005 3110 0000 0039 1376

Christopher Barton Julian
Renee Graham Julian
474 Orchard View Drive
Ararat, VA 24053

Dear Mr. and Mrs. Julian:

This letter responds to your application received on October 10, 2012 for a Farm Ownership Loan(FO). The Agency is unable to approve your loan request as your loan request is to use FO loan funds for ineligible purposes. 3-FLP (Rev.2) Amend. 4 Para 356 **[7CFR 764.401(b)(2)] The proposed use of loan funds is not authorized for the type of loan requested.**

You have requested FO loan funds to pay living expenses via paying ones self for labor to allow loan installments to be made. This is NOT an allowed purpose (use) of loan funds. This decision is made pursuant to 3-FLP (Rev.2) Amend. 1 Par. 131A [7CFR 764.151(a)] **FO loan funds may only be used to: Acquire or enlarge a farm or make a down payment on a farm.**

You have requested FO loan funds to complete the construction of a large dwelling. 3-FLP (Rev. 2) Amend.4 **[7CFR 764.151(b)]** which states "FO loan funds may only be used to: **Make capital improvements that are essential to the farming operation.** Page 7-2, Para. 131 C, states that FO loan funds can be used to build a dwelling on the farm that adequately meets the family's needs and is modest in size, cost and design. The improvements completed as you have proposed are not essential to the farming operation. The improvements exceed what is adequate to meet the family's needs as defined by FSA.

You have requested FO loan funds to make make loan payments. 3-FLP (Rev. 2) Amend. 1 Par. 133C Refinancing of real estate debt is prohibited. FO loan funds may not be used to make loan payments, i.e., refinance loans.

Pg 1 of 3



FSA  USDA is an equal opportunity provider and employer.

pg  2 of 3

If you believe this decision is wrong, you have the following options:

### Reconsideration

You may request that the Farm Loan Manager reconsider this determination by filing a written request no later than 30 calendar days after you receive this notice according to FSA's appeal procedures found at 7 CFR Part 780. If you request reconsideration, you have the right to an informal hearing with the Farm Loan Manager that you or your representative may attend personally or by telephone. If you chose to seek reconsideration, you may later appeal the determination to the National Appeals Division (NAD). To request reconsideration, write to the Farm Loan Manager at the following address and explain why you believe this determination is erroneous:

Farm Loan Manager
Farm Service Agency
19783 US Highway 29, Suite D
Chatham, VA  24531.

### Mediation

Mediation through the Virginia State mediation program is available as part of FSA's informal appeal process. Mediation may enable us to narrow the issue and resolve the matter by mutual agreement. The Virginia State mediation program may require you to pay all or part of the cost of mediation. If you request mediation, the running of the time frame in which you may file an appeal stops. When mediation closes, the clock restarts and you will have the balance of the days remaining in that period to file an appeal. To request mediation, you must submit your written request not later than 30 calendar days after the date of this notice. To request mediation, write to the Virginia State mediation program at the following address and provide a copy to FSA:

Virginia Agricultural Mediation Program
Virginia State University
P. O. Box 9081
Petersburg, VA  23806

### Appeal to National Appeals Division (NAD)

You may appeal this determination to the National Appeals Division (NAD) by filing a written request no later than 30 calendar days after you receive this notice according to the NAD appeal procedures found at 7 CFR Part 11. If you appeal to NAD, you have the right to a hearing that you or your representative may attend. Once a hearing with NAD begins, you waive any rights you might have to reconsideration, appeal to FSA, and mediation. To appeal, you must write to NAD at the following address, explain why you believe this determination is erroneous, and provide a copy to FSA. You must personally sign your written appeal to NAD and include a copy of this letter.

 USDA is an equal opportunity provider and employer.

3

Pg 3 of 3

Director
National Appeals Division
Eastern Regional Office
P.O. Box 68806
Indianapolis, Indiana 46268

If you do not timely exercise one of the preceding options, this shall be the final administrative determination with respect to this matter according to the regulations at 7 CFR Part 780 and 7 CFR Part 11.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, ect.) should contact USDA's TARGET Center at (202)720-2600 (voice and TDD).

To file a complaint of discrimination, write to USDA, Assistant Secretary for Civil Rights, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, or call (866)632-9992 (English) or (800)877-8339 (TDD) or (866)377-8642 (English Federal-relay) or (800)845-6136 (Spanish Federal-realy). USDA is an equal opportunity provider and employer.

Sincerely,

RONALD A. KRASZEWSKI
Farm Loan Manager


FSA  USDA is an equal opportunity provider and employer.

# Agency Position
## Appeal to the National Appeals Division
### Christopher B. Julian
### Renee Graham Julian
### NAD Case Number 2013E000382

**Issue Under Appeal**

The Farm Service Agency (FSA) denied Mr. and Mrs. Julian a direct Farm Ownership (FO) loan for two reasons:

1) They requested Farm Ownership loan funds to pay themselves living expenses for two years ($70,000).

2) They requested Farm Ownership loan funds to make capital improvements to a dwelling that is more than adequate to meet their family needs and the dwelling is also not modest in size, cost and design.

**Background**

On October 10, 2012 the Julian's filed a Farm Ownership application and requested $300,000 of loan funds. The agency requested information to make the application complete and the Julian's provided the needed information on November 19, 2012. On November 28, 2012 the agency sent a denial letter based on the two reasons listed above.

Farm Ownership loan funds can be used only to: acquire a farm, enlarge a farm, make a down payment on a farm; or make capital improvements to a farm, the farm dwelling, service buildings or other facilities; or promote soil and water conservation and protection; or pay loan closing costs; or refinance a bridge loan.

The Julian's want to use FO funds for living expenses which is not an authorized loan purpose.

The Julian's also want to use loan funds to make capital improvements to a farm dwelling that is more than adequate for their family of three persons (Mr. and Mrs. Julian and one child). The dwelling is not modest in size, cost and design for the FSA loan program based on the architectural design of the home and having over 5,000 square feet of living space.

Mediation was held on February 27, 2013 with no agreement reached.

## Regulatory Basis

3-FLP, Par. 131 [7CFR 764.151(a), (b), (c), (d), (e)] is the regulation governing the denial decision.

6

Par. 131

## Part 7   Farm Ownership Loan (FO) Programs

### Section 1   FO's

**131   Uses**

**A   General**

**[7 CFR 764.151] FO loan funds may only be used to:**

See subparagraphs B through F for FO uses.

**B   Farm Purchases**

FO funds may only be used to:

**[7 CFR 764.151(a)]   Acquire or enlarge a farm or make a down payment on a farm.**

Examples include, but are not limited to, the purchase of easements, the applicant's portion of land being subdivided, purchase of cooperative stock, appraisal and survey fees, and participation in special FO programs. Downpayments are authorized as a loan purpose subject to the following.

- A deed is obtained and the transaction is properly documented by debt and security instruments.

- Any prior liens meet the FO security requirements for FSA's junior lien position.

- For contract purchases, purchase contracts must properly obligate the buyer and seller to fulfill the terms of the contract, provide the buyer with possession, control, and beneficial use of the property, and entitle the buyer to marketable title upon fulfillment of the contract terms. The deed must be held in trust by a bonded agent until transferred to the buyer. Upon a buyer's default, the seller must give FSA written notice of the default and a reasonable opportunity to cure the default. The applicant must repay any sums advanced by FSA.

### 131  Uses (Continued)

#### B  Farm Purchases (Continued)

The authorized agency official should advise the applicant to have an understanding with the seller on such items as:

- land description and number of acres

- buildings and fixtures included in the transaction

    Note:  The applicant should determine the condition of property attached to the land and the working condition of any fixtures with movable parts.

- minerals and the effect any mineral reservation has on the land value and operating it as a farm

- access to the land or any part of it

- the party responsible for taxes and insurance

- the party who will receive the income from the land during the crop year of the transaction.

#### C  Capital Improvements

FO funds r  · only be used to:

**[7 CFR 764.151(b)]  Make capital improvements to a farm owned by the applicant, for construction, purchase or improvement of farm dwellings, service buildings or other facilities and improvements essential to the farming operation. In the case of leased property, the applicant must have a lease to ensure use of the improvement over its useful life or to ensure that the applicant receives compensation for any remaining economic life upon termination of the lease;**

FO funds can be used to purchase, improve, or build any type of structure, including a
*--dwelling that either adequately meets family needs and is modest in size, cost, and design, provided the structure is related to the farming enterprise. The dwelling shall be located on the farm when FO funds are used to purchase the dwelling. However, if the applicant--*
already owns a dwelling located close to the farm, FO funds may be used to repair or improve the dwelling.

An applicant must be the owner of the property, or hold a lease interest for the property, which has a term at least equal to the term of the proposed loan on the property, which the improvement is to be made. In the case of Indian tribal lands, trust properties, and Hawaiian homelands, the applicant's leasehold must show an ownership interest as specified by a State supplement.

**131    Uses (Continued)**

    **D   Soil and Water Conservation and Protection**

        FO funds may only be used to:

        **[7 CFR 764.151(c)]  Promote soil and water conservation and protection;**

        Examples include the correction of hazardous environmental conditions and the construction or installation of tiles, terraces, and waterways. All soil and water conservation projects are subject to the limitations in subparagraph 74 D.

    **E   Loan Closing Costs**

        FO funds may only be used to:

        **[7 CFR 764.151(d)]  Pay loan closing costs;**

        FO funds may not be used to pay loan packaging or consultant fees associated with applying for or obtaining a FSA loan.

    **F   Refinance Bridge Loan**

        FO funds may only be used to:

        **[7 CFR 764.151(e)]  Refinance a bridge loan if the following conditions are met:**

        **(1)  The applicant obtained the loan to be refinanced to purchase a farm after a direct FO was approved;**

        **(2)  Direct FO funds were not available to fund the loan at the time of approval;**

        **(3)  The loan to be refinanced is temporary financing; and**

        **(4)  The loan was made by a commercial or cooperative lender.**

        Note:  Refinancing of a bridge loan is not guaranteed. The applicant and the lender must understand that the anticipated FO is subject to all conditions of loan approval and availability of funds. FSA personnel shall not make any commitments or imply that a bridge loan will be refinanced.

| Task | Sub Task | Materials No Labor cost | Labor | Proposed Completion date |
|---|---|---|---|---|
| Complete Framing of Residence Total | | 29,600.00 | - | 2/1/2013 |
| Install Exterior Windsors Clad Windows and Doors Total | | 33,000.00 | - | 2/1/2013 |
| Install Exterior Siding James Hardy Plank Total | | 8,500.00 | - | 7/30/2013 |
| Complete Exterior Boxing Harrdy Soffit and PVC Board Total | | 5,100.00 | - | |
| Install standing Seam 24 gauge Metal Roof Total | | 30,000.00 | - | 8/30/2013 |
| Install a 2500 gallon Cistern Total | | 3,000.00 | - | 5/30/2013 |
| Install Water Lines for drip irrigation Total | | 7,300.00 | - | 6/30/2013 |
| Install 7 acres of Trellis Total | | 22,500.00 | - | |
| Plant 7 acres appropriate varietial Grape Vines Total | | 33,000.00 | - | |
| 60 % planted by Total | | - | - | 5/30/2013 |
| 100% planted by Total | | - | - | 5/30/2014 |
| 1 Full time Position for 2 years Total | | - | 70,000.00 | |
| 1 Full time Position for 2 years Total Total | | - | - | |
| 2 Part time employess for 2 Years Total | | - | 58,000.00 | |
| 2 Part time employess for 2 Years Total Total | | - | - | |
| Grand Total | | 172,000.00 | 128,000.00 | |
| | | 300,000.00 | | |

RECEIVED
NOV 7 2012
Pittsylvania County
F...

10