

RIGHT SIDE ELEVATION

FRONT ELEVATION

The Design Board, Inc.
P.O. Box 18881 Charlotte, NC 28218



LEFT SIDE ELEVATION

REAR ELEVATION

12

NOV 7 2012

12



The Design Board, Inc.



D-7

The Design Board, Inc.



16



17



FIRST FLOOR PLAN

NOV 7 2012

A NEW RESIDENCE FOR
CHRIS JULIAN FAMILY

*The Design Board, Inc.*
P.E. Box 18341 Charlotte, N.C. 28218
Phone 704-366-4900



SECOND FLOOR FRAMING PLAN

A NEW RESIDENCE FOR
CHRIS JULIAN FAMILY

The Design Board, Inc.
P.E. Box 18341 Charlotte, N.C. 28218
Phone  704-366-4900

NOV  7 2012

19



SECOND FLOOR PLAN
(UNFINISHED)

9'-0" CEILING HEIGHT

BONUS ROOM

NOV 7 2012

SECOND FLOOR PLAN

A NEW RESIDENCE FOR
CHRIS JULIAN FAMILY

The Design Board, Inc.
P.E. Box 19941 Charlotte, N.C. 28219
Phone 704-366-4800

20





ROOF PLAN

A NEW RESIDENCE FOR
CHRIS JULIAN FAMILY

The Design Board, Inc.
P.E. Box 18841 Charlotte, N.C. 28218
Phone 704-366-4900

22