USDA United States Department of Agriculture
Farm and Foreign Agricultural Services
Farm Service Agency
Virginia State Office
Suite 138
Santa Rosa Road
Richmond, VA 23229

---

March 22, 2013

Mr. Chris Julian
Mrs. Renee Julian
474 Orchard View Drive
Ararat, VA 24053

Dear Mr. & Mrs. Julian:

This is in response to your Freedom of Information Act (FOIA)/Privacy Act (PA) request (copy attached) dated March 13, 2013 and received March 15, 2013, to the United States Department of Agriculture (USDA), Farm Service Agency (FSA). FSA received a copy of your request and assigned it control number 51-000-2013-000005. Please reference this number in any future communication with our office about your request.

Item 1 "Any available internal audit reports available on our application."

We have completed our search for responsive records in the Virginia State Office and the Pittsylvania Service Center. No responsive documents were located.

Item-2 "Very specifically, we want a detailed review of the date each communication was printed from the loan origination system along with specific review of the dates on the communication itself. For all correspondence sent to the appellant regarding the loan application between October 10th and November 28th.

We have completed our search for responsive records in the Virginia State Office and Pittsylvania Service Center. We have identified eight pages and are releasing them in full.

Item-3 "A copy of FSA's internal procedures when the status of a state mediation program changes."

We have completed our search for responsive records and have identified 20 pages and are releasing them in full.

Item-4 "A copy of any procedural check list FSA has before issuing a declination letter."

We have completed our search for responsive records and have identified 4 pages and are releasing them in full

Item-5 "A copy of FSA's internal procedures for making changes to FSA's Farm Loan Program Handbooks."


USDA is an equal opportunity provider and employer.

We have determined that the records you are seeking may be maintained in another FSA Office. Therefore, we are routing your request to this office for direct response. You may expect to hear from this office shortly. If you do not, you may write or call:

Barbara McLean
1400 Independence Ave., SW Mail Stop 0506
Room 4070-S
Washington, DC 20250-0506

202-720-6788
FSA.FOIA@wdc.usda.gov

If you believe that there are, in fact, records responsive to your request in files maintained by FSA, you may appeal to the FSA Administrator. The Appeals and litigation Staff must receive your written appeal within forty-five (45) calendar days of the date of this letter. Please include in the appeal the location of the responsive records, if it is known to you, and the reason why you believe that there are records responsive to your request in FSA files. Be sure to include a copy of your initial request letter in your appeal package, and clearly mark both your letter and it's envelop with the words "Freedom of Information Act Appeal". Mail you appeal package to the following address:

ADMINISTRATOR, FARM SERVICE AGENCY
ATTN: APPEALS AND LITIGATION STAFF
1400 INDEPENDENCE AVE., SW, RM 5971-S
STOP 0570
WASHINGTON DC 20250-0570

All requesters are not charged FOIA fees if the total amount of the chargeable fee is equal to or less than $25.00, because the cost of collecting the fee would exceed the amount collected, in accordance with Department of Agriculture Regulations Title 7, CFR, Appendix A, to Subpart A, Section 3(b).

If you have any questions about our response to your request, you may contact Linda Cronin at 804-287-1537, by e-mail at linda.cronin@va.usda.gov, or by mail at 1606 Santa Rosa Road, Suite 138, Richmond, VA 23229.

Sincerely,

J. Calvin Parrish
State Executive Director

Enclosure

cc: Pete Adamson, Farm Loan Chief
R. Kevin Bohon, District Director
Ronald A. Kraszewski, Farm Loan Manager, Pittsylvania FSA County Office
Jerry King, Hearing Officer

Resumes - christopher.b.julian@gmail.com - Gmail

Resumes - christopher.b.julian... | Inbox (4) - renee.g.julian@gmail...

https://mail.google.com/mail/u/0/?shva=1#sent/13d8441

Most Visited | Getting Started | Curious George .... | Latest Headlines | Apple | Yahoo! | Google Maps

+Christopher | Search | Images | Maps | Play | YouTube | News | Gmail | Drive | Calendar | More

christopher.b.julian@... | + Share

Gmail

Move to Inbox | More

COMPOSE

Sent Mail
**Drafts (1)**
**Spam (2)**
Circles
[Gmail]Trash
Amex
Beach Property
Blue Ridge Sprin...
A diary for blu...
Business Credit
Keep as legal ...
Sent mail on f...
Building inspecti...
CC Bils
Charles Schwab...
Congressman
Consumer Affiars
dan

Search people...

Renee Julian
Eric Julian
Jeffrey Conyers
Joan kimmel
Karl Kazaks
Leslie Golden
Adam Clark
Cronin, Linda - ...
Ted Jacobson
Under Moments...

D&B Credibility - Free Biz Credit Report - Track changes to your D&B® scores and ratings for Free. I Why this ad?

## Resumes

**Christopher Julian** <christopher.b.julian@gmail.coi Mar 19
to Jimmy, ron.kraszewski

Gentlemen I have decided it is prudent of me to additionally request a copy of your most current resumes and any undocumented training you've had that you would like to add.

If you have an issues with this I'm happy to fill out a FOIA request.

Sincerely,
Chris Julian

Click here to Reply, Reply to all, or Forward

D&B Credibility - Free Biz Credit Report
Track changes to your D&B® scores and ratings for Free. No credit card required. Sign up now!
Ads – Why this ad?

People (2)

Rigney, Jimmy - FSA, C
Add to circles
Show details

D&B CREDIBILITY
Free Biz Credit Report
Track changes to your D&B® scores and ratings for Free. I credit card required. Sign up

More Promotions (9)

medical coding C
Medical Coders Needed! Sta Certification Today at Sulliva
choosesullivan.com

1.12 GB (7%) of 15 GB used
Manage

©2013 Google - Terms & Privacy

Last account activity: 10 minutes ago
Details