- Floyd, VA (48 replies)
- Rocky Mount/Martinsville area (31 replies)
- Can anyone tell me about Henry County? (3 replies)
- Floyd or Franklin County? (12 replies)
- Lots of mountain privacy! (14 replies)

Average household size:
Patrick County: 2.4 people
Virginia: 3 people

Estimated median household income in 2009: $36,486 ($28,705 in 1999)
This county: $36486
Virginia: $59330

Median contract rent in 2009 for apartments: $397 (lower quartile is $300, upper quartile is $529)
This county: $397
State: $832

Estimated median house or condo value in 2009: $101,612 (it was $70,500 in 2000)
Patrick County: $101,612
Virginia: $252,600
Lower value quartile - upper value quartile: $75,209 - $140,579

**Mean price in 2009:**
   Detached houses: $203,862
   Here: $203,862
   State: $330,816

   Townhouses or other attached units: $1,837,512
   Here: $1,837,512
   State: $310,878

   Mobile homes: $122,199
   Here: $122,199
   State: $37,843

   Occupied boats, RVs, vans, etc.: $7,492
   Here: $7,492
   State: $92,978

Median monthly housing costs for homes and condos with a mortgage: $1,064
Median monthly housing costs for units without a mortgage: $210

Institutionalized population: 165

Crime in 2005 (reported by the sheriff's office or county police, not the county total):
- Murders: 1
- Rapes: 3
- Robberies: 1
- Assaults: 8
- Burglaries: 72
- Thefts: 206
- Auto thefts: 38

Crime in 2004 (reported by the sheriff's office or county police, not the county total):
- Murders: 2
- Rapes: 4
- Robberies: 7
- Assaults: 10
- Burglaries: 104
- Thefts: 222
- Auto thefts: 27





837 Spring Rd
Patrick Springs, VA 24133
Settled 3/16/2010; Price $97,800
1314 ft²
9



Still Curing Green
Meadows of Dan, VA 24120
settled 4/4/2014
Price $45,300



1570 ft²

10

Exhibit D page 3



960 Wayside Dr
Stuart, VA 24171
Settled 11/12/2009; Priced 119,000

1,940 ft²

P/11



211 & ... Subd...
Stuart, VA 24171
Settled 5/19/2011, Price $77,500



920 ft²

Case 4:13-cv-00064-JLK-RSB   Document 3-25   Filed 09/16/13   Page 5 of 7
Pageid#: 152

12





124 Johnson St.
Stuart, VA 24171   960 ft²
Settled 11/18/2009; $77,500 price

A 13

Par. 122

## 122  Borrower Requirements for Preparing a Construction and Development Plan (Continued)

### C  Scheduling, Planning, and Completing Development Work

**[7 CFR 761.10(c)]  The applicant or borrower:**

**(1) Is responsible for scheduling and planning development work in a manner acceptable to the Agency and must furnish the Agency information fully describing the planned development, the proposed schedule and the manner in which it will be accomplished.**

Construction and development work may be performed either by the contract method or the borrower method.

Under the contract method, construction and development contractors perform work according to a written contract with the applicant or borrower. Under the borrower method, the applicant or borrower will perform the construction and development work.

The borrower method may only be used when the authorized agency official determines, based on information from the applicant, that both of the following conditions apply.

- The applicant possesses or arranges to obtain the necessary skill and managerial ability to complete the work satisfactorily

- Such work will not interfere with the applicant's farming operation or work schedule.

An applicant or borrower must submit FSA-2150 along with the following information:

- cost estimates that fully describe the materials to be used and the work to be performed according to subparagraph B

- certified drawings, specifications, or contract documents that completely describe the work, including all landscaping, repairs, and site development

- technical data, tests, or engineering evaluations, if requested by FSA.

*--The applicant or borrower must identify and inform FSA of the authorities or professionals who will perform inspections before initiating conservation or development projects.--*

### D  Qualified Technical Services

The applicant or borrower:

**[7 CFR 761.10(c)(5)]  Is responsible for obtaining any required technical services from qualified technicians, trades-people, and contractors.**

The applicant should be advised to review copies of license, liability insurance, and bond coverage; however, copies are not required for the borrower's file.