

UNITED STATES DEPARTMENT OF AGRICULTURE
OFFICE OF THE SECRETARY
NATIONAL APPEALS DIVISION

JUL 2 4 2013

Christopher B. Julian
474 Orchard View Drive
Ararat, VA 24053

Re:   Case No. 2013E000382

Dear Mr. Julian:

Enclosed is a copy of my Director Review Determination that addresses the matters raised in the request for review that you filed in the above-captioned case. As explained in the enclosure, after considering the arguments and other matters in the review, I have upheld the Hearing Officer Appeal Determination.

The enclosed determination is a final order of the Department of Agriculture and concludes all administrative processing of your appeal.

Sincerely,

Roger Klurfeld
Director

Enclosure

Copy:   Farm Service Agency
        Renee G. Julian