**+Christopher**   Search   Images   Maps   Play   YouTube   News   Gmail   Drive   Calendar

Google

label:blue-ridge-springs-keep-as-legal-documentation

**Gmail**

Remove label

**COMPOSE**

Inbox
Important
Sent Mail
**Drafts (1)**
**Spam (3)**
Circles
[Gmail]Trash
Amex
Beach Property
Blue Ridge Springs
  A diary for blueri…

Renee Julian
Eric Julian
Jeffrey Conyers
Joan kimmel
Karl Kazaks
Leslie Golden
Adam Clark
Cronin, Linda - FS…
Ted Jacobson

D&B Credibility - Free Biz Credit Report - Track changes to your D&B® scores

### FOIA Control Number 2013-FSA-02580-F - Final Response

**Marinos, Litsa - FSA, Washington, DC** Litsa.Marinos@wdc.usda.gov via
to cbjulian

Control Number 2013-FSA-02580-F

Dear Mr. Julian:

This is in response to your Freedom of Information Act (FOIA) re

In response to your request, we located and are releasing to you, i
revising its handbooks.

The cost to process your request is $ 10.94 , calculated as follows:

¼         Hour of Professional Search Time      @ $ 43.77 per hour

However, because we have classified your request as a media-use
request is **$ 0.00**.

If you have any questions, you may contact Litsa Marinos at 202–
DC 20250.

Sincerely,

Kent Politsch
Chief, Public Affairs
Farm Service Agency

Attachment