# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA

**CHRISTOPHER B. JULIAN, ET AL**      **NOTICE**

      v.                                  **CASE NO.: 4:13CV00054**

**JAMES RIGNEY, ET AL**

___

**TYPE OF CASE:**
         **X**   CIVIL                    CRIMINAL
___

**X**     **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:
___

**PLACE:**

**U. S. DISTRICT COURT**
**700 Main Street**                      **DATE: September 4, 2014**
**Danville, Virginia 24541**          **TIME: 9:30 a.m.**
___

**TYPE OF PROCEEDING:**

**JURY TRIAL – SET FOR TWO DAYS**

___

                                                 **JULIA C. DUDLEY, CLERK**

DATE: January 17, 2014           By:     s/H. McDonald
                                            Supervisory Courtroom Deputy


To:     Christopher B. Julian, Pro Se Plaintiff
           Renee G. Julian, Pro Se Plaintiff
           Kartic Padmanabhan, Esq.
           Katherine M. DeCoster, Esq.
           Court Reporter Coordinator
           Jackson L. Kiser, Senior U. S. District Judge