This form is available electronically.

FSA-2303  
(02-11-11)

U.S. DEPARTMENT OF AGRICULTURE  
Farm Service Agency  
19783 U.S. Highway No. 29, Suite D  
Chatham, VA 24531

Position 4

# NOTICE OF FARM LOAN PROGRAMS APPLICATION RECEIVED

October 10, 2012

Christopher Barton Julian  
Renee Graham Julian  
474 Orchard View Drive  
Ararat, Virginia  24053

The Farm Service Agency (FSA) received your application on **10/10/2012**. This notice will tell you what will happen next as FSA works on your application.

**What happens next?**

FSA will send you a letter by **10/20/2012**. **This letter is very important!** Please read the letter carefully. It will tell you if there is additional information that FSA needs from you to complete your application. If we ask you for additional information, please submit it in the time frame provided in the letter because we cannot process your application without it. If we find that we have all the information we need to process your application, the letter will tell you your application is complete. **In the unlikely event that you do not receive the letter soon after 10/20/2012, contact us.**

**What if I am not sure what the letter asks me to provide?**

Contact us immediately. We can and will help you understand what information we need and where to locate it or who to contact to get it. In some areas, FSA can arrange for an outside organization to help you gather the information we need. If available, this help is provided at no cost to you. To find out if this help is available in this area, contact us.

**If FSA needs more information, what happens after I provide it?**

When FSA has all the information needed to make a decision on your loan request, we give you written notice that your application is complete. When you receive that notice, you will receive a final decision shortly afterward.

**If at any time you have any questions, or do not understand what you need to do, it is important that you let us know. We will help you or get help for you if we know you have a problem. You may contact us at 19783 U.S. Highway No. 29 Suite D Chatham, VA 24531, telephone 434-432-9455 ex. 4.**

| Authorized Agency Official Name | B. Signature | C. Title |
|---|---|---|
| James F. Rigney Jr. | *James F. Rigney Jr.* | Farm Loan Officer |

| FSA Employee Use Only | |
|---|---|
| Application received by: | |
| ☐ Walk-in | ☐ 1st Class/overnight mail |
| ☐ Electronic/Email | ☐ Facsimile |
| ☐ 3rd Party Walk-in - | <3rd Party Name> |

The U.S. Department of Agriculture (USDA) prohibits discrimination in all of its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, political beliefs, genetic information, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Assistant Secretary for Civil Rights, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Stop 9410, Washington, DC 20250-9410, or call toll-free at (866) 632-9992 (English) or (800) 877-8339 (TDD) or (866) 377-8642 (English Federal-relay) or (800) 845-6136 (Spanish Federal-relay).  USDA is an equal opportunity provider and employer.