United States
Department of
Agriculture

Pittsylvania County Farm Service Agency
19783 US Highway 29 S, Suite D
Chatham, VA 24531

Official Business

ADDRESS SERVICE REQUESTED

Christopher Barton Julian
Reavis Graham Julian
474 Orchard View Drive
Ararat, Va 24053

24053351874