
| | CHRISTOPHER B. JULIAN | Page: | 1 of 4 |
| | 474 ORCHARD VIEW DR | Bill Cycle Date: | 11/07/12 - 12/06/12 |
| | ARARAT, VA 24053-3516 | Account: | 534027307103 |

Visit us online at: **www.att.com**

# Wireless Statement

## Bill-At-A-Glance

| | |
|---|---|
| Previous Balance | $191.22 |
| Payment - 11/29 - Thank You! | $191.22CR |
| Adjustments | $0.00 |
| Balance | $0.00 |
| New Charges | $193.79 |
| **Amount to be Debited** | **$193.79** |

Your Credit Card will be Debited on or after   Dec 30, 2012



Family savings, family solutions.

FamilyTalk® lets you share Rollover Minutes® and more
AT&T FamilyMap℠ lets you locate family members
AT&T Smart Limits for Wireless℠ lets you block calls and limit phone use

**Add a line today!**
1-855-667-3288, att.com/familysolutions
or visit your local AT&T retail store.

## Service Summary

| Service | | Page | Total |
|---|---|---|---|
| Wireless | | | $193.79 |
| 980 254-1277 | $68.76 | 2 | |
| 980 254-1295 | $125.03 | 2 | |
| **Total New Charges** | | | **$193.79** |

## Wireless

**Group 2 Usage Summary - Nov  7 thru Dec  6**

**FamilyTalk Nation 700 with Rollover** - Includes $9.99 Each Additional Line, 700 Shared Anytime Minutes with Rollover, Nationwide Long Distance & Roaming, Unlimited Mobile to Mobile calling to/from other AT&T Mobiles, Unlimited Shared Night (9pm-6am) & Weekend calling, Call Forward Feature, Caller ID, Call Wait, Conference Call Feature, Mobile Purchases & Downloads Detail, Basic Voice Mail Feature, (Additional Minutes $0.45 each).

| | Plan Minutes | M2M Minutes | N&W Minutes |
|---|---|---|---|
| 980 254-1277 | 134 | 94 | 108 |
| 980 254-1295 | 137 | 37 | 65 |
| Total | 271 | 131 | 173 |

**Rollover Minutes Summary**

| | | |
|---|---|---|
| Last Month's Rollover Balance | | 2,364 |
| Current Month Added to Rollover | + | 429 |
| Expired Rollover Minutes * | - | 380 |
| **NEW ROLLOVER MINUTES BALANCE** | | **2,413** |

  * *Unused Rollover Minutes expire after 12 bill periods.*

**How to Contact Us:**
For questions about your account: 1 800 331-0500
or 611 from your cell phone
For Deaf/Hard of hearing TTY: 1 866 241-6567
Visit us online at www.att.com

   For Important Information about your bill, please see the **News You Can Use** section (Page 3).

**Pay Per Use Picture/Video Messaging** - Includes $0.30 each domestic picture or video message.

**Pay Per Use Text/Instant Messaging** - Includes $0.20 each domestic text or instant message.

Wireless Services provided by AT&T Mobility, LLC.

---

**Your Credit Card will be Debited on or after: Dec 30, 2012**     **$193.79**



Account Number **534027307103**

CHRISTOPHER   B. JULIAN
474 ORCHARD   VIEW DR
ARARAT,  VA 24053-3516

AT&T  MOBILITY
PO  BOX  537104
ATLANTA,  GA 30353-7104

526005340273071030000000001537900000193750006



CHRISTOPHER B. JULIAN  
474 ORCHARD VIEW DR  
ARARAT, VA 24053-3516

**Page:** 2 of 4  
**Bill Cycle Date:** 11/07/12 - 12/06/12  
**Account:** 534027307103

Visit us online at: **www.att.com**

## Wireless - Continued

| | Text/Instant Messages |
|---|---|
| 980 254-1277 | 4 |
| 980 254-1295 | 7 |
| Total | 11 |

### 980 254-1277
### CHRISTOPHER JULIAN

**DataPro 4GB for iPhone** - Includes 4 gigabytes of domestic data including tethering and mobile hotspot, $10 each additional 1 gigabyte of data , unlimited domestic data on the AT&T Wi-Fi Basic Network, Visual Voicemail.

**Monthly Charges** - Dec 7 thru Jan 6

| | | |
|---|---|---|
| 1. | FamilyTalk Nation 700 with Rollover | 9.99 |
| 2. | DataPro 4GB for iPhone | 45.00 |
| 3. | Pay Per Use Picture/Video Messaging | 0.00 |
| 4. | Pay Per Use Text/Instant Messaging | 0.00 |
| **Total Monthly Charges** | | **54.99** |

**Other Charges and Credits**

**Voice Usage Summary**

| FamilyTalk Nation 700 with Rollover | | |
|---|---|---|
| Total Minutes Used | | 134 |
| Plan Minutes | | 700 |
| Mobile to Mobile Minutes | | Unlimited |
| Minutes Used | | 94 |
| Night & Weekend Minutes | | Unlimited |
| Minutes Used | | 108 |

**Data Usage Summary**

Pay Per Use Pic/Video Messages

| | | | |
|---|---|---|---|
| 5. | Pict Video MSG Billed at $0.30 | 2 | 0.60 |

4GB Data_Tethering

| | Plan MB | | 4,096 |
|---|---|---|---|
| | MB Used | | 4,147 |
| 6. | MB Billed at $10.00/1024MB | 51 | 10.00 |

*1 Gigabyte (GB) = 1024MB, 1 Megabyte (MB) = 1024KB*

Text/Instant Message Pay Per Use

| | | | |
|---|---|---|---|
| 7. | Text Messaging Incoming Billed at $0.20 | 3 | 0.60 |

**Other Charges and Credits** - Continued

| | | | |
|---|---|---|---|
| 8. | Text Messaging Out Billed at $0.20 | 1 | 0.20 |

| Total Data Usage Summary | 11.40 |
|---|---|

**Surcharges and Other Fees**

| | | |
|---|---|---|
| 9. | Federal Universal Service Charge | 0.54 |
| 10. | Regulatory Cost Recovery Charge | 0.26 |
| 11. | Telecom Relay Service Fund | 0.11 |
| Total Surcharges and Other Fees | | 0.91 |

**Government Fees and Taxes**

| | | |
|---|---|---|
| 12. | 9-1-1 Service Fee | 0.60 |
| 13. | NC State Telecommunications Sales Tax | 0.86 |
| Total Government Fees and Taxes | | 1.46 |

| **Total Other Charges & Credits** | **13.77** |
|---|---|

| **Total for 980 254-1277** | **68.76** |
|---|---|

### 980 254-1295
### CHRISTOPHER JULIAN

**International Roaming - Expanded** - Includes Enables international roaming outside the U.S. and international long distance from the U.S. at standard, pay-per-use international rates. See rates at www.att.com/global.

**DataPro 4GB for iPhone** - Includes 4 gigabytes of domestic data including tethering and mobile hotspot, $10 each additional 1 gigabyte of data , unlimited domestic data on the AT&T Wi-Fi Basic Network, Visual Voicemail.

**Monthly Charges** - Dec 7 thru Jan 6

| | | |
|---|---|---|
| 1. | FamilyTalk Nation 700 with Rollover | 60.00 |
| 2. | International Roaming - Expanded | 0.00 |
| 3. | DataPro 4GB for iPhone | 45.00 |
| 4. | Pay Per Use Picture/Video Messaging | 0.00 |
| 5. | Pay Per Use Text/Instant Messaging | 0.00 |

© 2012 AT&T Intellectual Property. All rights reserved.


CHRISTOPHER B. JULIAN  
474 ORCHARD VIEW DR  
ARARAT, VA 24053-3516

Visit us online at: **www.att.com**

**980 254-1295**
**CHRISTOPHER JULIAN**

**Monthly Charges** - Continued

*Get help and manage your purchases several ways:*
*- Go to att.com/directbill*
*- To speak with a service representative, dial 611 from your mobile phone, or 1 800-331-0500 from any phone.*

*To stop a subscription, text STOP to the Short Code using the mobile phone associated with those charges. If a Short Code is not listed go to att.com/directbill.*

**AT&T Monthly Subscriptions**

| | Date | | Cost | Tax | |
|---|---|---|---|---|---|
| 6. | 11/25 | Multiple Types: | 9.99 | 0.00 | 9.99 |
| | | Wallpaper/Ringtones/Alerts | | | |
| | | Short Code: 66377 ID: 36977 | | | |
| | | Provider: Haverford | | | |
| | | Contact: www.att.com/mobilepurchases | | | |
| | | Renew Date: 12/24/2012 | | | |

Total AT&T Monthly Subscriptions    9.99

**Total Monthly Charges**    **114.99**

**Other Charges and Credits**

**Voice Usage Summary**
FamilyTalk Nation 700 with Rollover

| | | |
|---|---|---|
| Total Minutes Used | | 137 |
| Plan Minutes | | 700 |
| Mobile to Mobile Minutes | Unlimited | |
| Minutes Used | | 37 |
| Night & Weekend Minutes | Unlimited | |
| Minutes Used | | 65 |

**Data Usage Summary**
4GB Data_Tethering

| | |
|---|---|
| Plan MB | 4,096 |
| MB Used | 3,439 |

*1 Gigabyte (GB) = 1024MB, 1 Megabyte (MB) = 1024KB*

Text/Instant Message Pay Per Use

| | | | | |
|---|---|---|---|---|
| 7. | Text Messaging Incoming Billed at $0.20 | | 4 | 0.80 |
| 8. | Text Messaging Out Billed at $0.20 | | 3 | 0.60 |

Total Data Usage Summary    1.40

**Surcharges and Other Fees**

| | | |
|---|---|---|
| 9. | Federal Universal Service Charge | 3.12 |

**Other Charges and Credits** - Continued

| | | |
|---|---|---|
| 10. | Regulatory Cost Recovery Charge | 0.26 |
| 11. | Telecom Relay Service Fund | 0.11 |
| Total Surcharges and Other Fees | | 3.49 |

**Government Fees and Taxes**

| | | |
|---|---|---|
| 12. | 9-1-1 Service Fee | 0.60 |
| 13. | NC State Telecommunications Sales Tax | 4.55 |
| Total Government Fees and Taxes | | 5.15 |

**Total Other Charges & Credits**    **10.04**

**Total for 980 254-1295**    **125.03**

**Total for Wireless accounts**    **193.79**

**News You Can Use**

**ADD A LINE WITH FAMILY TALK FROM AT&T**
FamilyTalk(R) plans start at just $69.99/month including 700 Rollover Minutes. Add up to three additional lines for only $9.99 each. Sign up now by calling 800-449-1672 or visit ATT.COM/ADDALINE

**WALK-IN BILL PAYMENT**
Effective December 1, 2012, the convenience fee charged by AT&T Authorized/Contracted Payment Agents on wireless customer payments will increase to $2.50. This fee, which must be paid in cash, is separate from the AT&T monthly bill and is paid to the payment vendor for processing bill payment transactions. Other payment options that do not require a convenience fee include payments via automatic debit from a bank account, online payment, pay-by-phone IVR transaction, a mailed check, or payments at an AT&T Company-Owned Retail Store.

**TEXTING AND DRIVING...IT CAN WAIT**
AT&T encourages you not to text and drive, and provides a free app called DriveMode(TM) - to help curb the urge. Learn more, take the pledge and download the app today at itcanwait.com. (Data charges may apply for download and usage of app.)

**WISH-A-DAY SWEEPSTAKES FROM AT&T**
What's your greatest wish this season? Visit att.com/wish between 11/23 and 12/20 for a chance to win daily prizes and to see wishes granted. (Open to legal residents of the 50 United States and DC, 18 years or older (19 in NE & AL, 21 in MS). Ends 12/20/12 11:59 PM EST. Void where prohibited by law. Restrictions apply. See official rules.)



CHRISTOPHER B. JULIAN
474 ORCHARD VIEW DR
ARARAT, VA 24053-3516

Page: 4 of 4
Bill Cycle Date: 11/07/12 - 12/06/12
Account: 534027307103

Visit us online at: **www.att.com**

## News You Can Use - Continued

**DISCOVER WHAT YOUR PHONE CAN DO**
Learn about your phone's features, get connected to Wi-Fi, find troubleshooting tips and so much more. Support is easier than ever. To get started, visit att.com/devicehowto.

**MOVING?**
AT&T can help. Call us to move your existing AT&T services or to order new AT&T home phone, high speed internet and Digital TV services. 1-800-MOVE-ATT (1800-668-3288) or visit att.com/move.

## Important Information

**LATE PAYMENT FEE**
Accounts with former AT&T Wireless plans are charged 1.5% or less of the balance unpaid as of the next bill period. Accounts with Cingular/new AT&T plans are charged $5 in CT, DC,DE,IL,KS,MA,MD,ME,MI,MO,NH,NJ,NY,PA,OK,OH,RI,VA, VT,WI,WV, or 1.5% of the balance unpaid as of the next bill period in all other states. Accounts with former AT&T Wireless and Cingular/new AT&T plans incur the lesser of these charges.

**ELECTRONIC CHECK CONVERSION**
Paying by check authorizes AT&T to use the information from your check to make a one-time electronic fund transfer from your account. Funds may be withdrawn from your account as soon as the same day your payment is received. If we cannot process the transaction electronically, you authorize AT&T to present an image copy of your check for payment. Your original check will be destroyed once processed. If your check is returned unpaid you agree to pay such fees as identified in the terms and conditions of your AT&T Service Agreement. Returned checks may be presented electronically. If you want to save time and stamps, sign up for auto payment at www.att.com/stoppaper using your checking account. It's easy, secure, and convenient!

**TAX ID**
AT&T Mobility Tax ID # 84-1659970.

**SURCHARGES AND OTHER FEES**
AT&T surcharges include: Regulatory Cost Recovery Charge to recover costs to comply with government assessments and regulations; Universal Service Charges; and gross receipts charges. They are not taxes and are subject to change.

**SINGLE PAYMENT AGREEMENT (FOR KIOSK PAYMENT)**
I authorize AT&T to pay my bill by debiting my bank account. If my bank rejects a payment, I may be charged a return fee up to $30.

**AT&T NATL CENTER FOR CUSTOMERS WITH DISABILITIES**
Questions on accessibility by persons with disabilities:
1 866 241-6568.

**WRITTEN CORRESPONDENCE**
Do not send notes/letters with payment. We cannot guarantee receipt. Send notes/letters to AT&T, PO Box 755, Atwater, CA 95301-0755.



CHRISTOPHER B. JULIAN
474 ORCHARD VIEW DR
ARARAT, VA 24053-3516

Page: 1 of 9
Bill Cycle Date: 11/07/12 - 12/06/12
Account: 534027307103

**REPRINT**

Visit us online at: **www.att.com**

# Wireless Statement

## Bill-At-A-Glance

A copy of your Detailed Usage begins on page 3.

## Service Summary

| Service | Page | Total |
|---|---|---|
| **Wireless** | | |
| 980 254-1277 | 3 | |
| 980 254-1295 | 6 | |

**How to Contact Us:**
For questions about your account: 1 800 331-0500
or 611 from your cell phone
For Deaf/Hard of hearing TTY: 1 866 241-6567
Visit us online at www.att.com

Wireless Services provided by AT&T Mobility, LLC.



Account Number  **534027307103**

CHRISTOPHER  B. JULIAN
474 ORCHARD  VIEW DR
ARARAT,  VA 24053-3516

AT&T  MOBILITY
PO  BOX  537104
ATLANTA,  GA 30353-7104

9260053402730710300000000000153290000001537900006




CHRISTOPHER B. JULIAN  
474 ORCHARD VIEW DR  
ARARAT, VA 24053-3516

**Page:** 2 of 9  
**Bill Cycle Date:** 11/07/12 - 12/06/12  
**Account:** 534027307103

Visit us online at: **www.att.com**

AutoPay Enrollment  
If I enroll in AutoPay, I authorize AT&T to pay my bill monthly by electronically deducting money from my bank account. I can cancel authorization by notifying AT&T at www.att.com or by calling the customer care number listed on my bill.

Bank Account Signature: _____  
Date: _____

© 2012 AT&T Intellectual Property. All rights reserved.

CHRISTOPHER B. JULIAN
474 ORCHARD VIEW DR
ARARAT, VA 24053-3516

Page: 3 of 9
Bill Cycle Date: 11/07/12 - 12/06/12
Account: 534027307103



Visit us online at: **www.att.com**

 **980 254-1277**
CHRISTOPHER JULIAN

## Call Detail

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| **Wednesday, 11/07** | | | | | | | |
| 09:21a | INCOMI CL | 434-592-4309 | RM70 | | 1 | 0.00 | 0.00 |
| 12:10p | STUART VA | 276-694-5512 | RM70 | | 2 | 0.00 | 0.00 |
| 12:13p | MOUNT NC | 336-786-1038 | RM70 | | 1 | 0.00 | 0.00 |
| 12:17p | HILO HI | 808-854-4208 | RM70 | | 2 | 0.00 | 0.00 |
| 04:16p | ARARAT VA | 276-251-5271 | RM70 | | 1 | 0.00 | 0.00 |
| 04:17p | ARARAT VA | 276-251-1325 | RM70 | | 2 | 0.00 | 0.00 |
| 04:18p | ARARAT VA | 276-251-5271 | RM70 | | 2 | 0.00 | 0.00 |
| 06:05p | LORIS SC | 843-756-1283 | RM70 | | 2 | 0.00 | 0.00 |
| 06:08p | LORIS SC | 843-756-1283 | RM70 | | 3 | 0.00 | 0.00 |
| **Thursday, 11/08** | | | | | | | |
| 07:08p | INCOMI CL | 843-504-2797 | ESM1 | M2MC | 5 | 0.00 | 0.00 |
| **Friday, 11/09** | | | | | | | |
| 04:13p | ARARAT VA | 276-251-5271 | RM70 | | 2 | 0.00 | 0.00 |
| 04:14p | ARARAT VA | 276-251-5271 | RM70 | | 1 | 0.00 | 0.00 |
| 04:17p | ARARAT VA | 276-251-5271 | RM70 | | 2 | 0.00 | 0.00 |
| **Saturday, 11/10** | | | | | | | |
| 12:43p | SHOALS NC | 336-326-8686 | UNW9 | | 2 | 0.00 | 0.00 |
| 01:01p | EASTCO SC | 843-246-9734 | UNW9 | | 2 | 0.00 | 0.00 |
| 01:49p | CHARLO NC | 980-254-1295 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 01:50p | CALL WAIT | 980-254-1295 | ESM1 | M2MC | 2 | 0.00 | 0.00 |
| **Sunday, 11/11** | | | | | | | |
| 02:14p | SHOALS NC | 336-326-8686 | UNW9 | | 2 | 0.00 | 0.00 |
| 03:52p | SUMTER SC | 803-840-2002 | UNW9 | | 2 | 0.00 | 0.00 |
| 04:05p | INCOMI CL | 803-840-2002 | UNW9 | | 23 | 0.00 | 0.00 |
| **Monday, 11/12** | | | | | | | |
| 10:48a | ARARAT VA | 276-251-5271 | RM70 | | 2 | 0.00 | 0.00 |
| 01:00p | INCOMI CL | 602-639-5758 | RM70 | | 26 | 0.00 | 0.00 |
| **Tuesday, 11/13** | | | | | | | |
| 09:03a | ARARAT VA | 276-251-5271 | RM70 | | 2 | 0.00 | 0.00 |
| 09:41a | MOUNT NC | 336-786-5166 | RM70 | | 2 | 0.00 | 0.00 |
| 10:56a | INCOMI CL | 866-575-4108 | RM70 | | 1 | 0.00 | 0.00 |
| 12:59p | INCOMI CL | 434-592-4309 | RM70 | | 1 | 0.00 | 0.00 |
| 01:08p | LORIS SC | 843-756-1283 | RM70 | | 15 | 0.00 | 0.00 |
| **Wednesday, 11/14** | | | | | | | |
| 11:38a | INCOMI CL | 843-504-2797 | ESM1 | M2MC | 13 | 0.00 | 0.00 |
| 07:20p | CHARLO NC | 980-254-1295 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| **Thursday, 11/15** | | | | | | | |
| 06:40a | INCOMI CL | 276-251-1325 | RM70 | | 1 | 0.00 | 0.00 |
| 01:57p | CHARLO NC | 980-254-1295 | ESM1 | M2MC | 2 | 0.00 | 0.00 |
| **Friday, 11/16** | | | | | | | |
| 10:26a | CHARLO NC | 980-254-1295 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 01:12p | INCOMI CL | 276-251-5271 | RM70 | | 3 | 0.00 | 0.00 |
| 01:26p | WMYRTL SC | 843-902-6075 | ESM1 | M2MC | 2 | 0.00 | 0.00 |
| 02:19p | CHARLO NC | 980-254-1295 | ESM1 | M2MC | 2 | 0.00 | 0.00 |
| 03:08p | MOUNT NC | 336-786-4137 | RM70 | | 2 | 0.00 | 0.00 |
| 05:10p | INCOMI CL | 980-254-1295 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| **Saturday, 11/17** | | | | | | | |
| 01:07p | INCOMI CL | 843-504-2797 | ESM1 | M2MC | 7 | 0.00 | 0.00 |
| **Sunday, 11/18** | | | | | | | |
| 08:55a | EASTCO SC | 843-246-9734 | UNW9 | | 2 | 0.00 | 0.00 |
| 02:33p | INCOMI CL | 276-755-5008 | UNW9 | | 1 | 0.00 | 0.00 |
| 03:04p | JACKSO NC | 910-915-3672 | UNW9 | | 1 | 0.00 | 0.00 |
| 04:13p | INCOMI CL | 276-755-5008 | UNW9 | | 2 | 0.00 | 0.00 |
| 05:37p | INCOMI CL | 276-755-5008 | UNW9 | | 1 | 0.00 | 0.00 |
| **Monday, 11/19** | | | | | | | |
| 08:32a | JACKSO NC | 910-915-3672 | RM70 | | 1 | 0.00 | 0.00 |
| 09:21a | ARARAT VA | 276-251-5271 | RM70 | | 2 | 0.00 | 0.00 |
| 09:24a | JACKSO NC | 910-915-3672 | RM70 | | 1 | 0.00 | 0.00 |
| 10:38a | MOUNT NC | 336-789-5202 | RM70 | | 1 | 0.00 | 0.00 |
| 01:22p | WMYRTL SC | 843-902-6075 | ESM1 | M2MC | 2 | 0.00 | 0.00 |
| 01:26p | CHARLO NC | 704-541-5144 | RM70 | | 2 | 0.00 | 0.00 |
| 01:53p | JACKSO NC | 910-915-3672 | RM70 | | 2 | 0.00 | 0.00 |
| 02:19p | INCOMI CL | 980-254-1295 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 04:09p | INCOMI CL | 843-902-6075 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 04:09p | INCOMI CL | 843-902-6075 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 04:10p | WMYRTL SC | 843-902-6075 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 04:10p | WMYRTL SC | 843-902-6075 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 04:10p | WMYRTL SC | 843-902-6075 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 04:11p | WMYRTL SC | 843-902-6075 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 04:11p | WMYRTL SC | 843-902-6075 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 04:13p | WMYRTL SC | 843-902-6075 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 04:22p | INCOMI CL | 843-902-6075 | ESM1 | M2MC | 7 | 0.00 | 0.00 |
| 04:45p | INCOMI CL | 276-251-5271 | RM70 | | 1 | 0.00 | 0.00 |
| 06:45p | INCOMI CL | 276-755-5008 | RM70 | | 1 | 0.00 | 0.00 |
| 07:30p | INCOMI CL | 843-246-9734 | RM70 | | 3 | 0.00 | 0.00 |
| **Tuesday, 11/20** | | | | | | | |
| 09:09a | CHARLO NC | 980-254-1295 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 03:56p | INCOMI CL | 803-840-2002 | RM70 | | 2 | 0.00 | 0.00 |
| 03:59p | SUMTER SC | 803-840-2002 | RM70 | | 9 | 0.00 | 0.00 |
| **Thursday, 11/22** | | | | | | | |
| 09:53a | INCOMI CL | 843-504-2797 | ESM1 | M2MC | 3 | 0.00 | 0.00 |
| 09:59a | WMYRTL SC | 843-504-2797 | ESM1 | M2MC | 3 | 0.00 | 0.00 |
| 07:11p | NO SUM SC | 803-469-8448 | RM70 | | 2 | 0.00 | 0.00 |
| 07:38p | SUMTER SC | 803-840-2002 | RM70 | | 1 | 0.00 | 0.00 |
| 07:41p | SUMTER SC | 803-840-2002 | RM70 | | 2 | 0.00 | 0.00 |
| 08:21p | INCOMI CL | 803-968-0270 | RM70 | | 4 | 0.00 | 0.00 |
| **Friday, 11/23** | | | | | | | |
| 03:31p | CHARLO NC | 980-254-1295 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 08:06p | LORIS SC | 843-756-1283 | RM70 | | 1 | 0.00 | 0.00 |
| **Saturday, 11/24** | | | | | | | |
| 11:35a | CHARLO NC | 980-254-1295 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 11:36a | EASTCO SC | 843-246-9734 | UNW9 | | 1 | 0.00 | 0.00 |
| 11:40a | LORIS SC | 843-756-1283 | UNW9 | | 1 | 0.00 | 0.00 |
| 11:41a | WMYRTL SC | 843-504-2797 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 02:08p | CHARLO NC | 980-254-1295 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 02:09p | INCOMI CL | 843-246-9734 | UNW9 | | 3 | 0.00 | 0.00 |
| 02:18p | CHARLO NC | 704-552-0036 | UNW9 | | 1 | 0.00 | 0.00 |
| 02:59p | LORIS SC | 843-756-1283 | UNW9 | | 11 | 0.00 | 0.00 |
| **Sunday, 11/25** | | | | | | | |
| 10:45a | CHARLO NC | 704-643-4134 | UNW9 | | 1 | 0.00 | 0.00 |
| 05:08p | LORIS SC | 843-756-1283 | UNW9 | | 16 | 0.00 | 0.00 |
| **Monday, 11/26** | | | | | | | |
| 06:45a | INCOMI CL | 276-251-1325 | RM70 | | 1 | 0.00 | 0.00 |



CHRISTOPHER B. JULIAN
474 ORCHARD VIEW DR
ARARAT, VA 24053-3516

Page: 4 of 9
Bill Cycle Date: 11/07/12 - 12/06/12
Account: 534027307103

Visit us online at: www.att.com


**980 254-1277**
CHRISTOPHER JULIAN

## Call Detail - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Airtime Min | Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| **Tuesday, 11/27** | | | | | | | |
| 03:25p | CHARLO NC | 980-254-1295 | ESM1 | M2MC | 2 | 0.00 | 0.00 |
| 06:31p | INCOMI CL | 980-254-1295 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 07:12p | ARARAT VA | 276-251-8024 | RM70 | | 1 | 0.00 | 0.00 |
| 07:14p | ARARAT VA | 276-251-8024 | RM70 | | 2 | 0.00 | 0.00 |
| **Wednesday, 11/28** | | | | | | | |
| 03:46p | CHARLO NC | 980-254-1295 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 03:58p | MOUNT NC | 336-789-8222 | RM70 | | 1 | 0.00 | 0.00 |
| **Thursday, 11/29** | | | | | | | |
| 11:01a | LORIS SC | 843-756-1283 | RM70 | | 1 | 0.00 | 0.00 |
| 11:11a | LORIS SC | 843-756-1283 | RM70 | | 2 | 0.00 | 0.00 |
| 03:56p | INCOMI CL | 980-254-1295 | ESM1 | M2MC | 3 | 0.00 | 0.00 |
| 05:36p | INCOMI CL | 276-251-5271 | RM70 | | 2 | 0.00 | 0.00 |
| **Friday, 11/30** | | | | | | | |
| 08:16a | CHARLO NC | 980-254-1295 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 10:59a | SUMTER SC | 803-840-2002 | RM70 | | 2 | 0.00 | 0.00 |
| 04:20p | MOUNT NC | 336-789-9999 | RM70 | | 1 | 0.00 | 0.00 |
| **Saturday, 12/01** | | | | | | | |
| 12:29p | EASTCO SC | 843-246-9734 | UNW9 | | 1 | 0.00 | 0.00 |
| 12:31p | INCOMI CL | 843-246-9734 | UNW9 | | 10 | 0.00 | 0.00 |
| 03:49p | INCOMI CL | 843-246-9734 | UNW9 | | 4 | 0.00 | 0.00 |
| 04:08p | CHARLO NC | 980-254-1295 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 04:33p | INCOMI CL | 704-288-8754 | UNW9 | | 13 | 0.00 | 0.00 |
| 05:03p | INCOMI CL | 843-246-9734 | UNW9 | | 2 | 0.00 | 0.00 |
| **Sunday, 12/02** | | | | | | | |
| 02:02p | SHOALS NC | 336-326-8686 | UNW9 | | 1 | 0.00 | 0.00 |
| 04:36p | WINSTN NC | 336-306-8686 | UNW9 | | 1 | 0.00 | 0.00 |
| 04:36p | WINSTN NC | 336-306-8686 | UNW9 | | 1 | 0.00 | 0.00 |
| 04:37p | SHOALS NC | 336-326-8686 | UNW9 | | 1 | 0.00 | 0.00 |
| 08:54p | INCOMI CL | 276-251-1325 | UNW9 | | 2 | 0.00 | 0.00 |
| **Monday, 12/03** | | | | | | | |
| 06:33a | INCOMI CL | 276-692-6204 | RM70 | | 2 | 0.00 | 0.00 |
| 11:34a | CHARLO NC | 980-254-1295 | ESM1 | M2MC | 2 | 0.00 | 0.00 |
| 12:15p | CHARLO NC | 980-254-1295 | ESM1 | M2MC | 2 | 0.00 | 0.00 |
| 12:17p | CHARLO NC | 980-254-1295 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 12:21p | CHARLO NC | 980-254-1295 | ESM1 | M2MC | 2 | 0.00 | 0.00 |
| 12:51p | CHARLO NC | 980-254-1295 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 07:02p | INCOMI CL | 434-592-4309 | RM70 | | 1 | 0.00 | 0.00 |
| **Tuesday, 12/04** | | | | | | | |
| 03:18p | CHARLO NC | 980-254-1295 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 03:20p | CHARLO NC | 704-552-0036 | RM70 | | 7 | 0.00 | 0.00 |
| 04:17p | INCOMI CL | 980-254-1295 | ESM1 | M2MC | 2 | 0.00 | 0.00 |
| **Wednesday, 12/05** | | | | | | | |
| 05:16p | INCOMI CL | 843-504-2797 | ESM1 | M2MC | 8 | 0.00 | 0.00 |
| Subtotal | | | | | 336 | 0.00 | 0.00 |

**Rate Code:**
ESM1 = Unltd Mobile to AT&T Mobile
RM70 = 700 Anytime w/Rollover Shared
UNW9 = Unlimited Night & Weekend

**Feature Code:**
M2MC = Expanded Mobile To Mobile

## Data Detail

| Time | To/From | Type/Unit | Rate Code | |
|---|---|---|---|---|
| **Saturday, 11/17** | | | | |
| 05:12p Rcvd | 910-915-3672 | Text Message | TMI10S | 0.20 |
| 05:16p Sent | 910-915-3672 | Text Message | TMI10S | 0.20 |
| **Sunday, 11/18** | | | | |
| 10:14a Rcvd | 910-915-3672 | Text Message | TMI10S | 0.20 |
| **Wednesday, 11/21** | | | | |
| 10:14p Rcvd | 336-755-1031 | MTM TEXT MESSAG | TMI10S | 0.20 |
| Subtotal for Text Messages: 4 | | | | 0.80 |
| **Tuesday, 11/06** | | | | |
| 12:44a | Data Transfer | 32,609KB | IPGB7 | 0.00 |
| 09:26a | Data Transfer | 13KB | IPGB7 | 0.00 |
| 09:54a | Data Transfer | 27KB | IPGB7 | 0.00 |
| 10:05a | Data Transfer | 15,802KB | IPGB7 | 0.00 |
| 03:04p | Data Transfer | 13,384KB | IPGB7 | 0.00 |
| **Wednesday, 11/07** | | | | |
| 12:28a | Data Transfer | 125,480KB | IPGB7 | 0.00 |
| 02:40p | Data Transfer | 10KB | IPGB7 | 0.00 |
| 02:47p | Data Transfer | 112,038KB | IPGB7 | 0.00 |
| **Thursday, 11/08** | | | | |
| 12:16a | Data Transfer | 47,010KB | IPGB7 | 0.00 |
| 03:33p | Data Transfer | 52,662KB | IPGB7 | 0.00 |
| 11:59p | Data Transfer | 32,281KB | IPGB7 | 0.00 |
| **Friday, 11/09** | | | | |
| 07:30a | Data Transfer | 22KB | IPGB7 | 0.00 |
| 03:27p | Data Transfer | 41KB | IPGB7 | 0.00 |
| 03:28p | Data Transfer | 81KB | IPGB7 | 0.00 |
| 03:41p | Data Transfer | 130,173KB | IPGB7 | 0.00 |
| **Saturday, 11/10** | | | | |
| 08:38p | Data Transfer | 119,260KB | IPGB7 | 0.00 |
| **Sunday, 11/11** | | | | |
| 10:17a | Data Transfer | 1KB | IPGB7 | 0.00 |
| 10:54a | Data Transfer | 16KB | IPGB7 | 0.00 |
| 11:58a | Data Transfer | 7KB | IPGB7 | 0.00 |
| 12:42p | Data Transfer | 62,916KB | IPGB7 | 0.00 |
| **Monday, 11/12** | | | | |
| 12:25a | Data Transfer | 53,818KB | IPGB7 | 0.00 |
| **Tuesday, 11/13** | | | | |
| 12:26a | Data Transfer | 433KB | IPGB7 | 0.00 |
| 01:13a | Data Transfer | 3,295KB | IPGB7 | 0.00 |
| 06:08a | Data Transfer | 40,074KB | IPGB7 | 0.00 |
| 02:37p | Data Transfer | 14KB | IPGB7 | 0.00 |



CHRISTOPHER B. JULIAN
474 ORCHARD VIEW DR
ARARAT, VA 24053-3516

Page: 5 of 9
Bill Cycle Date: 11/07/12 - 12/06/12
Account: 534027307103

Visit us online at: www.att.com

**980 254-1277**
**CHRISTOPHER JULIAN**

## Data Detail - Continued

| Time | To/From | Type/Unit | Rate Code | |
|---|---|---:|---|---:|
| Tuesday, 11/13 | | | | |
| 02:59p | Data Transfer | 223KB | IPGB7 | 0.00 |
| Wednesday, 11/14 | | | | |
| 12:38a | Data Transfer | 4KB | IPGB7 | 0.00 |
| 07:57a | Data Transfer | 13KB | IPGB7 | 0.00 |
| 07:59a | Data Transfer | 6KB | IPGB7 | 0.00 |
| 08:08a | Data Transfer | 173,219KB | IPGB7 | 0.00 |
| 11:58p | Data Transfer | 63,637KB | IPGB7 | 0.00 |
| Thursday, 11/15 | | | | |
| 02:12p | Data Transfer | 66KB | IPGB7 | 0.00 |
| 03:09p | Data Transfer | 7KB | IPGB7 | 0.00 |
| 03:23p | Data Transfer | 69,388KB | IPGB7 | 0.00 |
| Friday, 11/16 | | | | |
| 12:32a | Data Transfer | 30,609KB | IPGB7 | 0.00 |
| 09:41a | Data Transfer | 1,606KB | IPGB7 | 0.00 |
| 02:37p | Data Transfer | 7KB | IPGB7 | 0.00 |
| 02:47p | Data Transfer | 8KB | IPGB7 | 0.00 |
| 02:54p | Data Transfer | 42KB | IPGB7 | 0.00 |
| 03:36p | Data Transfer | 51KB | IPGB7 | 0.00 |
| 05:19p | Data Transfer | 6,219KB | IPGB7 | 0.00 |
| 09:33p | Data Transfer | 129KB | IPGB7 | 0.00 |
| Saturday, 11/17 | | | | |
| 12:39a | Data Transfer | 296KB | IPGB7 | 0.00 |
| 01:07p | Data Transfer | 45KB | IPGB7 | 0.00 |
| 01:45p | Data Transfer | 1,683KB | IPGB7 | 0.00 |
| Sunday, 11/18 | | | | |
| 12:49a | Data Transfer | 6KB | IPGB7 | 0.00 |
| 08:56a | Data Transfer | 24KB | IPGB7 | 0.00 |
| 02:34p | Data Transfer | 6KB | IPGB7 | 0.00 |
| 03:05p | Data Transfer | 7KB | IPGB7 | 0.00 |
| 04:15p | Data Transfer | 7KB | IPGB7 | 0.00 |
| 05:38p | Data Transfer | 31KB | IPGB7 | 0.00 |
| Monday, 11/19 | | | | |
| 12:38a | Data Transfer | 4,429KB | IPGB7 | 0.00 |
| 10:37a | Data Transfer | 556,573KB | IPGB7 | 0.00 |
| Tuesday, 11/20 | | | | |
| 12:06a | Data Transfer | 32,866KB | IPGB7 | 0.00 |
| 03:24p | Data Transfer | 84KB | IPGB7 | 0.00 |
| 03:35p | Data Transfer | 58KB | IPGB7 | 0.00 |
| 06:18p | Data Transfer | 19KB | IPGB7 | 0.00 |
| Wednesday, 11/21 | | | | |
| 12:31a | Data Transfer | 23KB | IPGB7 | 0.00 |
| 07:48a | Data Transfer | 7KB | IPGB7 | 0.00 |
| 10:06a | Data Transfer | 12KB | IPGB7 | 0.00 |
| 10:19a | Data Transfer | 7KB | IPGB7 | 0.00 |
| 10:45a | Data Transfer | 7KB | IPGB7 | 0.00 |
| 11:16a | Data Transfer | 8KB | IPGB7 | 0.00 |
| 11:33a | Data Transfer | 7KB | IPGB7 | 0.00 |
| 11:52a | Data Transfer | 10KB | IPGB7 | 0.00 |
| 12:28p | Data Transfer | 17KB | IPGB7 | 0.00 |
| 12:40p | Data Transfer | 82KB | IPGB7 | 0.00 |
| Wednesday, 11/21 | | | | |
| 03:01p | Data Transfer | 18KB | IPGB7 | 0.00 |
| 03:27p | Data Transfer | 2,115,673KB | IPGB7 | 0.00 |
| Thursday, 11/22 | | | | |
| 12:32a | Data Transfer | 12,232KB | IPGB7 | 0.00 |
| 07:11p | Data Transfer | 6KB | IPGB7 | 0.00 |
| 07:39p | Data Transfer | 6KB | IPGB7 | 0.00 |
| 07:42p | Data Transfer | 92KB | IPGB7 | 0.00 |
| Friday, 11/23 | | | | |
| 12:42a | Data Transfer | 8,082KB | IPGB7 | 0.00 |
| Saturday, 11/24 | | | | |
| 12:40a | Data Transfer | 148KB | IPGB7 | 0.00 |
| 11:37a | Data Transfer | 700KB | IPGB7 | 0.00 |
| Sunday, 11/25 | | | | |
| 12:37a | Data Transfer | 969KB | IPGB7 | 0.00 |
| Monday, 11/26 | | | | |
| 12:26a | Data Transfer | 21KB | IPGB7 | 0.00 |
| 06:46a | Data Transfer | 13KB | IPGB7 | 0.00 |
| 02:40p | Data Transfer | 150KB | IPGB7 | 0.00 |
| 03:14p | Data Transfer | 3,987KB | IPGB7 | 0.00 |
| Tuesday, 11/27 | | | | |
| 12:44a | Data Transfer | 3KB | IPGB7 | 0.00 |
| 07:40a | Data Transfer | 16KB | IPGB7 | 0.00 |
| 03:25p | Data Transfer | 142KB | IPGB7 | 0.00 |
| 07:16p | Data Transfer | 20KB | IPGB7 | 0.00 |
| Wednesday, 11/28 | | | | |
| 12:16a | Data Transfer | 19KB | IPGB7 | 0.00 |
| 10:59a | Data Transfer | 20KB | IPGB7 | 0.00 |
| 01:08p | Data Transfer | 1KB | IPGB7 | 0.00 |
| 01:12p | Data Transfer | 7KB | IPGB7 | 0.00 |
| 01:28p | Data Transfer | 7KB | IPGB7 | 0.00 |
| 01:50p | Data Transfer | 2KB | IPGB7 | 0.00 |
| 02:13p | Data Transfer | 1KB | IPGB7 | 0.00 |
| 02:34p | Data Transfer | 18KB | IPGB7 | 0.00 |
| 03:01p | Data Transfer | 4KB | IPGB7 | 0.00 |
| 03:02p | Data Transfer | 6KB | IPGB7 | 0.00 |
| 03:06p | Data Transfer | 1,047KB | IPGB7 | 0.00 |
| Thursday, 11/29 | | | | |
| 12:44a | Data Transfer | 15KB | IPGB7 | 0.00 |
| 07:21a | Data Transfer | 4,076KB | IPGB7 | 0.00 |
| 11:01a | Data Transfer | 53KB | IPGB7 | 0.00 |
| 11:22a | Data Transfer | 7KB | IPGB7 | 0.00 |
| 11:31a | Data Transfer | 7KB | IPGB7 | 0.00 |
| 03:43p | Data Transfer | 45,067KB | IPGB7 | 0.00 |
| Friday, 11/30 | | | | |
| 12:52a | Data Transfer | 40,567KB | IPGB7 | 0.00 |
| 07:52a | Data Transfer | 35KB | IPGB7 | 0.00 |
| 08:16a | Data Transfer | 32,231KB | IPGB7 | 0.00 |
| 03:17p | Data Transfer | 6KB | IPGB7 | 0.00 |
| 03:21p | Data Transfer | 10,163KB | IPGB7 | 0.00 |
| 07:22p | Data Transfer | 29KB | IPGB7 | 0.00 |
| 08:37p | Data Transfer | 10KB | IPGB7 | 0.00 |
| Saturday, 12/01 | | | | |
| 12:46a | Data Transfer | 30KB | IPGB7 | 0.00 |
| 12:29p | Data Transfer | 7KB | IPGB7 | 0.00 |
| 12:40p | Data Transfer | 2,248KB | IPGB7 | 0.00 |



CHRISTOPHER B. JULIAN
474 ORCHARD VIEW DR
ARARAT, VA 24053-3516

Page: 6 of 9
Bill Cycle Date: 11/07/12 - 12/06/12
Account: 534027307103

Visit us online at: www.att.com



**980 254-1277**
**CHRISTOPHER JULIAN**

## Data Detail - Continued

| Time | To/From | Type/Unit | Rate Code | |
|---|---|---|---|---|
| Saturday, 12/01 | | | | |
| 04:20p | Data Transfer | 83,514KB | IPGB7 | 0.00 |
| Sunday, 12/02 | | | | |
| 12:04a | Data Transfer | 20,440KB | IPGB7 | 0.00 |
| 12:15p | Data Transfer | 98KB | IPGB7 | 0.00 |
| 03:01p | Data Transfer | 1,724KB | IPGB7 | 0.00 |
| 04:19p | Data Transfer | 7KB | IPGB7 | 0.00 |
| 04:37p | Data Transfer | 28KB | IPGB7 | 0.00 |
| 08:55p | Data Transfer | 35KB | IPGB7 | 0.00 |
| Monday, 12/03 | | | | |
| 12:55a | Data Transfer | 2KB | IPGB7 | 0.00 |
| 06:34a | Data Transfer | 40KB | IPGB7 | 0.00 |
| 08:33a | Data Transfer | 8KB | IPGB7 | 0.00 |
| 12:15p | Data Transfer | 54,400KB | IPGB7 | 10.00 |
| Tuesday, 12/04 | | | | |
| 12:49a | Data Transfer | 14,068KB | IPGB7 | 0.00 |
| 07:38a | Data Transfer | 180KB | IPGB7 | 0.00 |
| 03:09p | Data Transfer | 20KB | IPGB7 | 0.00 |
| 03:15p | Data Transfer | 7KB | IPGB7 | 0.00 |
| 03:18p | Data Transfer | 119KB | IPGB7 | 0.00 |
| 03:26p | Data Transfer | 9,706KB | IPGB7 | 0.00 |
| 06:39p | Data Transfer | 39KB | IPGB7 | 0.00 |
| Wednesday, 12/05 | | | | |
| 12:39a | Data Transfer | 23KB | IPGB7 | 0.00 |
| 03:30p | Data Transfer | 315KB | IPGB7 | 0.00 |
| Thursday, 12/06 | | | | |
| 12:43a | Data Transfer | 23KB | IPGB7 | 0.00 |
| 07:47a | Data Transfer | 11KB | IPGB7 | 0.00 |
| 07:56a | Data Transfer | 1KB | IPGB7 | 0.00 |
| Subtotal for KB's: | | 4,245,784KB | | 10.00 |

| Monday, 12/03 | | | | | |
|---|---|---|---|---|---|
| 01:28p | Rcvd | 843-246-9734 | Pict Video MSG | MUEN | 0.30 |
| 01:29p | Rcvd | 843-246-9734 | Pict Video MSG | MUEN | 0.30 |
| Subtotal for Picture/Video Messages: 2 | | | | | 0.60 |
| Total Data Detail | | | | | 11.40 |

**Rate Code:**
IPGB7 = 4GB Data_Tethering
MUEN = Pay Per Use Pic/Video Messages
TMI10S = Pay Per Use Text/Instant Messaging

**980 254-1295**
**CHRISTOPHER JULIAN**

## Call Detail

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add'l Charges |
|---|---|---|---|---|---|---|---|
| Wednesday, 11/07 | | | | | | | |
| 08:40a | CHARLO NC | 704-552-0036 | RM70 | | 16 | 0.00 | 0.00 |
| Friday, 11/09 | | | | | | | |
| 04:12p | INCOMI CL | 434-432-8387 | RM70 | | 4 | 0.00 | 0.00 |
| Saturday, 11/10 | | | | | | | |
| 01:49p | CHARLO NC | 980-254-1277 | ESM1 | M2MC | 2 | 0.00 | 0.00 |
| Monday, 11/12 | | | | | | | |
| 03:39p | MOUNT NC | 336-789-5888 | RM70 | | 2 | 0.00 | 0.00 |
| Tuesday, 11/13 | | | | | | | |
| 08:09a | MONROE NC | 704-288-8754 | RM70 | | 1 | 0.00 | 0.00 |
| 08:09a | CHARLO NC | 704-552-0036 | RM70 | | 8 | 0.00 | 0.00 |
| 08:17a | HILLSV VA | 276-779-5383 | RM70 | | 2 | 0.00 | 0.00 |
| 02:13p | CHATHA VA | 434-432-8387 | RM70 | | 3 | 0.00 | 0.00 |
| Wednesday, 11/14 | | | | | | | |
| 10:51a | INCOMI CL | 276-733-4772 | RM70 | | 8 | 0.00 | 0.00 |
| 07:20p | INCOMI CL | 980-254-1277 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 08:37p | CHARLO NC | 704-552-0036 | RM70 | | 4 | 0.00 | 0.00 |
| Thursday, 11/15 | | | | | | | |
| 07:27a | INCOMI CL | 276-237-8108 | RM70 | | 1 | 0.00 | 0.00 |
| 11:12a | INCOMI CL | 276-237-8108 | RM70 | | 7 | 0.00 | 0.00 |
| 09:07p | CHARLO NC | 704-552-0036 | UNW9 | | 5 | 0.00 | 0.00 |
| Friday, 11/16 | | | | | | | |
| 09:53a | GALAX VA | 276-237-8108 | RM70 | | 1 | 0.00 | 0.00 |
| 10:26a | INCOMI CL | 980-254-1277 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 11:50a | INCOMI CL | 336-786-4138 | RM70 | | 2 | 0.00 | 0.00 |
| 02:19p | INCOMI CL | 980-254-1277 | ESM1 | M2MC | 2 | 0.00 | 0.00 |
| 05:10p | CHARLO NC | 980-254-1277 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| Sunday, 11/18 | | | | | | | |
| 02:01p | INCOMI CL | 276-237-8108 | UNW9 | | 1 | 0.00 | 0.00 |
| 07:09p | CHARLO NC | 704-552-0036 | UNW9 | | 15 | 0.00 | 0.00 |
| Monday, 11/19 | | | | | | | |
| 02:19p | CHARLO NC | 980-254-1277 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| Tuesday, 11/20 | | | | | | | |
| 09:09a | INCOMI CL | 980-254-1277 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 11:18a | CHARLO NC | 980-254-1277 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 12:33p | HILLSV VA | 276-733-4772 | RM70 | | 2 | 0.00 | 0.00 |
| Wednesday, 11/21 | | | | | | | |
| 05:54p | CHARLO NC | 704-552-0036 | RM70 | | 1 | 0.00 | 0.00 |
| 06:12p | HILLSV VA | 276-733-4772 | RM70 | | 8 | 0.00 | 0.00 |
| Friday, 11/23 | | | | | | | |
| 01:14p | Toll F CL | 800-883-8290 | RM70 | | 1 | 0.00 | 0.00 |
| 03:31p | INCOMI CL | 980-254-1277 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| Saturday, 11/24 | | | | | | | |
| 11:35a | INCOMI CL | 980-254-1277 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| Monday, 11/26 | | | | | | | |
| 07:38a | GALAX VA | 276-237-8108 | RM70 | | 1 | 0.00 | 0.00 |
| Tuesday, 11/27 | | | | | | | |
| 07:22a | INCOMI CL | 276-779-5383 | RM70 | | 2 | 0.00 | 0.00 |
| 01:15p | MOUNT NC | 336-786-5166 | RM70 | | 3 | 0.00 | 0.00 |
| 03:25p | INCOMI CL | 980-254-1277 | ESM1 | M2MC | 2 | 0.00 | 0.00 |
| 06:18p | CHARLO NC | 980-254-1277 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 06:31p | CHARLO NC | 980-254-1277 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 07:44p | CHARLO NC | 704-552-0036 | RM70 | | 13 | 0.00 | 0.00 |
| Wednesday, 11/28 | | | | | | | |
| 07:23a | INCOMI CL | 276-779-5383 | RM70 | | 2 | 0.00 | 0.00 |



CHRISTOPHER B. JULIAN  
474 ORCHARD VIEW DR  
ARARAT, VA 24053-3516  

**Page:** 7 of 9  
**Bill Cycle Date:** 11/07/12 - 12/06/12  
**Account:** 534027307103

Visit us online at: **www.att.com**

**980 254-1295**
CHRISTOPHER JULIAN

## Call Detail - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| Wednesday, 11/28 | | | | | | | |
| 09:21a | INCOMI CL | 276-779-5383 | RM70 | | 2 | 0.00 | 0.00 |
| 10:33a | HILLSV VA | 276-779-5383 | RM70 | | 1 | 0.00 | 0.00 |
| 03:46p | INCOMI CL | 980-254-1277 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| Thursday, 11/29 | | | | | | | |
| 07:53a | INCOMI CL | 276-779-5383 | RM70 | | 3 | 0.00 | 0.00 |
| 03:04p | HILLSV VA | 276-779-5383 | RM70 | | 1 | 0.00 | 0.00 |
| 03:06p | CHARLO NC | 980-254-1277 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 03:23p | CHARLO NC | 980-254-1277 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 03:56p | CHARLO NC | 980-254-1277 | ESM1 | M2MC | 3 | 0.00 | 0.00 |
| Friday, 11/30 | | | | | | | |
| 08:16a | INCOMI CL | 980-254-1277 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 01:38p | Toll F CL | 800-883-8290 | RM70 | | 4 | 0.00 | 0.00 |
| 08:23p | CHARLO NC | 704-552-0036 | RM70 | | 5 | 0.00 | 0.00 |
| 10:49p | INCOMI CL | 276-237-8108 | UNW9 | | 2 | 0.00 | 0.00 |
| Saturday, 12/01 | | | | | | | |
| 03:05p | CHARLO NC | 704-552-0036 | UNW9 | | 25 | 0.00 | 0.00 |
| 03:30p | CHARLO NC | 704-552-0036 | UNW9 | | 15 | 0.00 | 0.00 |
| 04:24p | EASTCO SC | 843-246-9734 | UNW9 | | 2 | 0.00 | 0.00 |
| Monday, 12/03 | | | | | | | |
| 11:34a | INCOMI CL | 980-254-1277 | ESM1 | M2MC | 2 | 0.00 | 0.00 |
| 12:15p | INCOMI CL | 980-254-1277 | ESM1 | M2MC | 2 | 0.00 | 0.00 |
| 01:56p | WINSTN NC | 336-399-8449 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 01:56p | WINSTN NC | 336-399-8449 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 01:58p | INCOMI CL | 336-399-8449 | ESM1 | M2MC | 2 | 0.00 | 0.00 |
| 06:46p | WINSTN NC | 336-399-8449 | ESM1 | M2MC | 2 | 0.00 | 0.00 |
| Tuesday, 12/04 | | | | | | | |
| 09:13a | INCOMI CL | 866-847-1251 | RM70 | | 1 | 0.00 | 0.00 |
| 09:30a | HILLSV VA | 276-733-4772 | RM70 | | 1 | 0.00 | 0.00 |
| 09:33a | INCOMI CL | 276-733-4772 | RM70 | | 9 | 0.00 | 0.00 |
| 01:58p | MOUNT NC | 336-789-2372 | RM70 | | 6 | 0.00 | 0.00 |
| 03:19p | INCOMI CL | 980-254-1277 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 04:17p | CHARLO NC | 980-254-1277 | ESM1 | M2MC | 2 | 0.00 | 0.00 |
| Wednesday, 12/05 | | | | | | | |
| 03:28p | CHARLO NC | 980-254-1277 | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| Thursday, 12/06 | | | | | | | |
| 04:00p | ARARAT VA | 276-251-5271 | RM70 | | 2 | 0.00 | 0.00 |
| 04:05p | INCOMI CL | 276-251-5271 | RM70 | | 1 | 0.00 | 0.00 |
| 07:28p | CHARLO NC | 704-552-0036 | RM70 | | 9 | 0.00 | 0.00 |
| Subtotal | | | | | 239 | 0.00 | 0.00 |

**Rate Code:**
ESM1 = Unltd Mobile to AT&T Mobile
RM70 = 700 Anytime w/Rollover Shared
UNW9 = Unlimited Night & Weekend

**Feature Code:**
M2MC = Expanded Mobile To Mobile

## Data Detail

| Time | To/From | Type/Unit | | Rate Code | |
|---|---|---|---|---|---|
| Monday, 11/26 | | | | | |
| 10:32a Sent | 704-287-5757 | Text Message | | TMI10S | 0.20 |
| 11:21a Rcvd | 704-287-5757 | Text Message | | TMI10S | 0.20 |
| 11:34a Sent | 704-287-5757 | Text Message | | TMI10S | 0.20 |
| Friday, 11/30 | | | | | |
| 04:37p Sent | 704-287-5757 | Text Message | | TMI10S | 0.20 |
| Monday, 12/03 | | | | | |
| 08:50p Rcvd | 43895 | Text Message | | TMI10S | 0.20 |
| 09:05p Rcvd | 43895 | Text Message | | TMI10S | 0.20 |
| Thursday, 12/06 | | | | | |
| 04:03p Rcvd | 832-356-4823 | Text Message | | TMI10S | 0.20 |
| Subtotal for Text Messages: 7 | | | | | 1.40 |
| Tuesday, 11/06 | | | | | |
| 12:12a | Data Transfer | 22KB | | IPGB7 | 0.00 |
| 08:53a | Data Transfer | 135KB | | IPGB7 | 0.00 |
| 12:41p | Data Transfer | 46KB | | IPGB7 | 0.00 |
| 01:30p | Data Transfer | 23KB | | IPGB7 | 0.00 |
| 01:56p | Data Transfer | 8KB | | IPGB7 | 0.00 |
| 02:44p | Data Transfer | 676KB | | IPGB7 | 0.00 |
| 04:40p | Data Transfer | 403KB | | IPGB7 | 0.00 |
| 06:20p | Data Transfer | 127KB | | IPGB7 | 0.00 |
| Wednesday, 11/07 | | | | | |
| 12:34a | Data Transfer | 37KB | | IPGB7 | 0.00 |
| 08:00a | Data Transfer | 1,047KB | | IPGB7 | 0.00 |
| 12:05p | Data Transfer | 946KB | | IPGB7 | 0.00 |
| 05:37p | Data Transfer | 6KB | | IPGB7 | 0.00 |
| 06:03p | Data Transfer | 65KB | | IPGB7 | 0.00 |
| Thursday, 11/08 | | | | | |
| 12:09a | Data Transfer | 71KB | | IPGB7 | 0.00 |
| 08:13a | Data Transfer | 2,070KB | | IPGB7 | 0.00 |
| 01:11p | Data Transfer | 3,502KB | | IPGB7 | 0.00 |
| 02:17p | Data Transfer | 321KB | | IPGB7 | 0.00 |
| 04:39p | Data Transfer | 47KB | | IPGB7 | 0.00 |
| Friday, 11/09 | | | | | |
| 12:25a | Data Transfer | 59KB | | IPGB7 | 0.00 |
| 07:50a | Data Transfer | 6KB | | IPGB7 | 0.00 |
| 07:52a | Data Transfer | 1,042KB | | IPGB7 | 0.00 |
| 11:15a | Data Transfer | 12KB | | IPGB7 | 0.00 |
| 12:01p | Data Transfer | 208KB | | IPGB7 | 0.00 |
| 12:16p | Data Transfer | 11KB | | IPGB7 | 0.00 |
| 12:26p | Data Transfer | 7KB | | IPGB7 | 0.00 |
| 12:28p | Data Transfer | 1KB | | IPGB7 | 0.00 |
| 12:30p | Data Transfer | 11KB | | IPGB7 | 0.00 |
| 12:45p | Data Transfer | 6,158KB | | IPGB7 | 0.00 |
| 03:10p | Data Transfer | 273KB | | IPGB7 | 0.00 |
| 04:41p | Data Transfer | 125KB | | IPGB7 | 0.00 |
| 06:42p | Data Transfer | 72KB | | IPGB7 | 0.00 |
| Saturday, 11/10 | | | | | |
| 09:02p | Data Transfer | 39,775KB | | IPGB7 | 0.00 |
| Monday, 11/12 | | | | | |
| 12:33a | Data Transfer | 17,346KB | | IPGB7 | 0.00 |
| 07:52a | Data Transfer | 1,264KB | | IPGB7 | 0.00 |
| 12:43p | Data Transfer | 143KB | | IPGB7 | 0.00 |


CHRISTOPHER B. JULIAN
474 ORCHARD VIEW DR
ARARAT, VA 24053-3516

Page: 8 of 9
Bill Cycle Date: 11/07/12 - 12/06/12
Account: 534027307103

Visit us online at: www.att.com



**980 254-1295**
**CHRISTOPHER JULIAN**

## Data Detail - Continued

| Time | To/From | Type/Unit | Rate Code | |
|---|---|---:|---|---:|
| **Monday, 11/12** | | | | |
| 01:07p | Data Transfer | 428KB | IPGB7 | 0.00 |
| 06:28p | Data Transfer | 35KB | IPGB7 | 0.00 |
| 06:37p | Data Transfer | 22KB | IPGB7 | 0.00 |
| **Tuesday, 11/13** | | | | |
| 12:37a | Data Transfer | 110KB | IPGB7 | 0.00 |
| 06:29a | Data Transfer | 17KB | IPGB7 | 0.00 |
| 07:17a | Data Transfer | 953KB | IPGB7 | 0.00 |
| 02:14p | Data Transfer | 177KB | IPGB7 | 0.00 |
| 04:08p | Data Transfer | 117KB | IPGB7 | 0.00 |
| 04:34p | Data Transfer | 8KB | IPGB7 | 0.00 |
| 05:03p | Data Transfer | 270KB | IPGB7 | 0.00 |
| 06:08p | Data Transfer | 24,134KB | IPGB7 | 0.00 |
| **Wednesday, 11/14** | | | | |
| 12:08a | Data Transfer | 23,649KB | IPGB7 | 0.00 |
| 08:24a | Data Transfer | 1KB | IPGB7 | 0.00 |
| 08:25a | Data Transfer | 1,578KB | IPGB7 | 0.00 |
| 01:15p | Data Transfer | 304KB | IPGB7 | 0.00 |
| 05:54p | Data Transfer | 24KB | IPGB7 | 0.00 |
| 06:09p | Data Transfer | 40KB | IPGB7 | 0.00 |
| 06:55p | Data Transfer | 6KB | IPGB7 | 0.00 |
| 07:10p | Data Transfer | 11KB | IPGB7 | 0.00 |
| 07:18p | Data Transfer | 14KB | IPGB7 | 0.00 |
| 07:44p | Data Transfer | 27KB | IPGB7 | 0.00 |
| 08:40p | Data Transfer | 27KB | IPGB7 | 0.00 |
| **Thursday, 11/15** | | | | |
| 12:40a | Data Transfer | 13KB | IPGB7 | 0.00 |
| 07:27a | Data Transfer | 56,980KB | IPGB7 | 0.00 |
| 04:43p | Data Transfer | 83KB | IPGB7 | 0.00 |
| 06:00p | Data Transfer | 72KB | IPGB7 | 0.00 |
| 09:11p | Data Transfer | 9KB | IPGB7 | 0.00 |
| **Friday, 11/16** | | | | |
| 12:11a | Data Transfer | 34KB | IPGB7 | 0.00 |
| 09:46a | Data Transfer | 1KB | IPGB7 | 0.00 |
| 09:50a | Data Transfer | 13,616KB | IPGB7 | 0.00 |
| 12:18p | Data Transfer | 648KB | IPGB7 | 0.00 |
| 03:45p | Data Transfer | 627KB | IPGB7 | 0.00 |
| 05:00p | Data Transfer | 1,830KB | IPGB7 | 0.00 |
| 09:24p | Data Transfer | 30KB | IPGB7 | 0.00 |
| 09:39p | Data Transfer | 8KB | IPGB7 | 0.00 |
| 09:41p | Data Transfer | 2,154KB | IPGB7 | 0.00 |
| **Saturday, 11/17** | | | | |
| 12:41a | Data Transfer | 80,723KB | IPGB7 | 0.00 |
| 03:09p | Data Transfer | 199,423KB | IPGB7 | 0.00 |
| 11:58p | Data Transfer | 339,059KB | IPGB7 | 0.00 |
| **Monday, 11/19** | | | | |
| 12:24a | Data Transfer | 20,420KB | IPGB7 | 0.00 |
| 10:21a | Data Transfer | 130KB | IPGB7 | 0.00 |
| 11:54a | Data Transfer | 6KB | IPGB7 | 0.00 |
| 11:58a | Data Transfer | 1,726KB | IPGB7 | 0.00 |
| 04:19p | Data Transfer | 13KB | IPGB7 | 0.00 |
| **Monday, 11/19** (cont.) | | | | |
| 05:46p | Data Transfer | 6KB | IPGB7 | 0.00 |
| 05:52p | Data Transfer | 85KB | IPGB7 | 0.00 |
| **Tuesday, 11/20** | | | | |
| 12:52a | Data Transfer | 1,126KB | IPGB7 | 0.00 |
| 12:27p | Data Transfer | 518KB | IPGB7 | 0.00 |
| 05:45p | Data Transfer | 43,381KB | IPGB7 | 0.00 |
| **Wednesday, 11/21** | | | | |
| 12:45a | Data Transfer | 110,147KB | IPGB7 | 0.00 |
| 03:26p | Data Transfer | 5,119KB | IPGB7 | 0.00 |
| **Thursday, 11/22** | | | | |
| 12:26a | Data Transfer | 57,192KB | IPGB7 | 0.00 |
| **Friday, 11/23** | | | | |
| 12:10a | Data Transfer | 48,315KB | IPGB7 | 0.00 |
| **Saturday, 11/24** | | | | |
| 12:10a | Data Transfer | 32,660KB | IPGB7 | 0.00 |
| **Sunday, 11/25** | | | | |
| 12:10a | Data Transfer | 22,632KB | IPGB7 | 0.00 |
| 03:26p | Data Transfer | 836,707KB | IPGB7 | 0.00 |
| **Monday, 11/26** | | | | |
| 12:21a | Data Transfer | 37,239KB | IPGB7 | 0.00 |
| 08:23a | Data Transfer | 5,090KB | IPGB7 | 0.00 |
| 11:54a | Data Transfer | 14KB | IPGB7 | 0.00 |
| 01:07p | Data Transfer | 113KB | IPGB7 | 0.00 |
| 01:34p | Data Transfer | 1,940KB | IPGB7 | 0.00 |
| 05:12p | Data Transfer | 7KB | IPGB7 | 0.00 |
| 05:13p | Data Transfer | 6KB | IPGB7 | 0.00 |
| 05:27p | Data Transfer | 8KB | IPGB7 | 0.00 |
| 05:51p | Data Transfer | 19,333KB | IPGB7 | 0.00 |
| **Tuesday, 11/27** | | | | |
| 12:51a | Data Transfer | 120,953KB | IPGB7 | 0.00 |
| **Wednesday, 11/28** | | | | |
| 12:36a | Data Transfer | 89,658KB | IPGB7 | 0.00 |
| 08:00a | Data Transfer | 547KB | IPGB7 | 0.00 |
| 01:22p | Data Transfer | 10,500KB | IPGB7 | 0.00 |
| 04:51p | Data Transfer | 98KB | IPGB7 | 0.00 |
| 05:38p | Data Transfer | 10KB | IPGB7 | 0.00 |
| 05:48p | Data Transfer | 4KB | IPGB7 | 0.00 |
| 06:07p | Data Transfer | 19,826KB | IPGB7 | 0.00 |
| **Thursday, 11/29** | | | | |
| 12:29a | Data Transfer | 26,928KB | IPGB7 | 0.00 |
| 07:42a | Data Transfer | 6KB | IPGB7 | 0.00 |
| 08:19a | Data Transfer | 6KB | IPGB7 | 0.00 |
| 08:23a | Data Transfer | 528KB | IPGB7 | 0.00 |
| 11:43a | Data Transfer | 360KB | IPGB7 | 0.00 |
| 01:27p | Data Transfer | 16,474KB | IPGB7 | 0.00 |
| **Friday, 11/30** | | | | |
| 12:01a | Data Transfer | 213KB | IPGB7 | 0.00 |
| 08:40a | Data Transfer | 938KB | IPGB7 | 0.00 |
| 10:07a | Data Transfer | 20KB | IPGB7 | 0.00 |
| 10:22a | Data Transfer | 10KB | IPGB7 | 0.00 |
| 10:54a | Data Transfer | 8KB | IPGB7 | 0.00 |
| 11:14a | Data Transfer | 280KB | IPGB7 | 0.00 |
| 11:49a | Data Transfer | 6KB | IPGB7 | 0.00 |

CHRISTOPHER B. JULIAN
474 ORCHARD VIEW DR
ARARAT, VA 24053-3516

**Bill Cycle Date:** 11/07/12 - 12/06/12
**Account:** 534027307103

Visit us online at: **www.att.com**

**980 254-1295**
**CHRISTOPHER JULIAN**

**Data Detail** - Continued

| Time | To/From | Type/Unit | Rate Code | |
|---|---|---|---|---|
| Friday, 11/30 | | | | |
| 01:33p | Data Transfer | 13,101KB | IPGB7 | 0.00 |
| 04:17p | Data Transfer | 7KB | IPGB7 | 0.00 |
| 04:22p | Data Transfer | 196KB | IPGB7 | 0.00 |
| 05:15p | Data Transfer | 8KB | IPGB7 | 0.00 |
| 06:19p | Data Transfer | 6KB | IPGB7 | 0.00 |
| 06:23p | Data Transfer | 45,944KB | IPGB7 | 0.00 |
| Saturday, 12/01 | | | | |
| 12:46a | Data Transfer | 50,332KB | IPGB7 | 0.00 |
| Sunday, 12/02 | | | | |
| 12:26a | Data Transfer | 628,918KB | IPGB7 | 0.00 |
| Monday, 12/03 | | | | |
| 12:40a | Data Transfer | 257,641KB | IPGB7 | 0.00 |
| 06:48p | Data Transfer | 13KB | IPGB7 | 0.00 |
| Tuesday, 12/04 | | | | |
| 12:48a | Data Transfer | 471KB | IPGB7 | 0.00 |
| 08:01a | Data Transfer | 1,051KB | IPGB7 | 0.00 |
| 08:18a | Data Transfer | 27,303KB | IPGB7 | 0.00 |
| 10:13a | Data Transfer | 7KB | IPGB7 | 0.00 |
| 11:02a | Data Transfer | 633KB | IPGB7 | 0.00 |
| 12:41p | Data Transfer | 172KB | IPGB7 | 0.00 |
| 01:31p | Data Transfer | 1KB | IPGB7 | 0.00 |
| 01:38p | Data Transfer | 35,254KB | IPGB7 | 0.00 |
| Wednesday, 12/05 | | | | |
| 12:45a | Data Transfer | 105,403KB | IPGB7 | 0.00 |
| Subtotal for KB's: | | 3,521,094KB | | 0.00 |
| Total Data Detail | | | | 1.40 |

**Rate Code:**
IPGB7 = 4GB Data_Tethering
TMI10S = Pay Per Use Text/Instant Messaging