CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB 03 2014

JULIA C. DUDLEY, CLERK
BY: HMcDraco
DEPUTY CLERK

Christopher B. Julian

474 Orchard View Drive

Ararat Virginia, 24053

980-254-1295

Christopher.b.julian@gmail.com

Pro Se  *Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

*DANVILLE DISTRICT*

| | |
|---|---|
| CHRISTOPHER B. AND RENEE G. JULIAN<br><br>Plaintiff(s),<br><br>vs.<br><br>James Rigney, Et Al,<br><br>Defendant(s). | Case Number: 4:13CV00054<br><br>CHRISTOPHER B. AND RENEE G. JULIAN'S DECLARATION, IN SUPPORT OF OPPOSITION TO DEFENDANT RIGNEY ET AL MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) AND 12(B)(1). |

I, Christopher B. Julian, declare as follows:

1. I am a Plaintiff in the above-entitled case.

2. I have personal knowledge of the following facts, and, if called as a witness, I could and would competently testify thereto.

3. On October 10, 2012, I met with James F. Rigney and one as yet unnamed associate when they visited my farm for a site inspection. During that encounter I provided James F. Rigney with an application for a Farm Ownership Loan (FO) based on information he

Declaration in Support of Opposition to Rigney Et al Motion          CASE NO.: 4:13CV00054

previously provided me by mail, each of the relevant documents was as of September 30 2012.

4. I had never previously met or talked with any other Farm Service Loan officer or Manager nor I had I ever previously met in person with any Farm Service Loan Officer or Manager.

5. The Only Farm Service Loan Officer with whom I had ever had any discussions prior to this date was James F. Rigney.

6. Plaintiffs were put on guard by unususal acts and statements as well as strange behavior of the associate with Mr. Rigney who we understood to have identified himself as Mr Bowman a common local affluent name. I, Christopher B. Julian, was so guarded by the strange initial behavior that I began a recording of the conversation as soon as I could do so without notice.

7. Shortly after October 10 2012, I received in the mail FSA-2303 dated October 10, 2012. Exhibit(AO).

8. Sometime in the fourth week of October 2012 FSA-2304 dated October 19, 2012. Exhibit (AP ).

9. On November 13, 2012 Plaintiffs received a second notice of incomplete application FSA-2305 dated November 9, 2012. Complaint Exhibit D, Dkt No 3-4 at 1.

10. The Document FSA-2305 dated November 9, 2012 Complaint Exhibit D, Dkt No 3-4 at 1. was received in an envelope hand addressed and inexplicably Post Marked October 22, 2012 Exhibit (AQ).

11. On November 13, 2012 disturbed by the Document FSA-2305 because it requested information not previously listed as missing in the application and it threatened to quash our application and left little time for response. I phoned Exhibit(AS) but did not talk with James F. Rigney and I kept the envelope, something I rarely do because the postmark was inexplicable to me at the time.

12. I attempted through FOIA a request to obtain proof this document was an intentional attempt to defraud the plaintiffs application and evidence of a conspiracy to defraud and

Declaration in Support of Opposition to Rigney Et al Motion        CASE NO.: 4:13CV00054

Page 2 of 4

coo borating evidence of intent to deceive in the declination letter. *See* FOIA request specifically discussed in Complaint (Exhibit W item 2 and Exhibit AD) P 9 item 2.

13. No member, body, Agency, or individual has ever provided Plaintiffs with notice of a requirement under the FTCA nor even the existence of the FTCA prior to filing of a motion in defense.

**I Declare under penalty of perjury that the foregoing is true and correct.**

**Executed On February 3 2014, In Ararat, Virginia.**

*[signature]*

Christopher B. Julian Plaintiff Pro -Se

*[signature]*

Renee G Julian Plaintiff Pro SE

Christopher B. and Renee G. Julian Pro-Se

474 Orchard View Drive

Ararat Va. 24053

christopher.b.julian@gmail.com

980-254-1295

Christopher B. Julian

*[signature]*

Renée G. Julian *[signature]*

Declaration in Support of Opposition to Rigney Et al Motion    CASE NO.: 4:13CV00054

*********************************************************************

I hereby certify that on February 3 2014 a true and correct copy of the foregoing instrument has been forwarded by first class mail to counsel of record.

_____
Christopher B. Julian Pro-Se

_____
Renee G. Julian Pro-Se

*********************************************************************