United States
Department of
Agriculture

Pittsylvania County Farm Service Agency
19783 US Highway 29 S, Suite D
Chatham, VA 24531

Official Business

ADDRESS SERVICE REQUESTED

USDA

24050351874

Christopher Barton Julian
Renee Graham Julian
474 Orchard View Drive
Ararat, Va 24053

US POSTAGE $000.450
PITNEY BOWES