This form is available electronically.
FSA-2304
(12-28-09)

U.S. DEPARTMENT OF AGRICULTURE
Farm Service Agency
19783 U.S. HWY #29, Suite D     Phone (434)432-9455
Chatham, VA  24531                    Fax (434)432-0548

Position 4

## NOTICE OF INCOMPLETE APPLICATION

October 19, 2012

Christopher Barton Julian
Renee Graham Julian
474 Orchard View Drive
Ararat, VA  24053

Your application for Farm Service Agency loan assistance was received on **October 10, 2012**. However, certain details are missing from the application. We must receive the following information by **November 8, 2012** so that we can continue processing your request for assistance.

1) FSA-2002, "Three-Year Financial History", or similar form acceptable to the agency.
   **Note:** Your signature is requested on the FSA-2002 or the documents you submitted.
2) Verification of any non-farm income (i.e., social security, rental income, pension). (Blue Ridge Springs Orchard, LLC and school system for substitute teaching)
3) The New or Updated CCC-902 and supporting documentation as needed by the Patrick County FSA. This includes all farming interest of the FLP applicant, whether as an individual, or member of, or interest holder in an entity or joint operation. (Husband and Wife)
4) AD-1026, "Highly Erodible Land Conservation and Wetland Conservation Certification".
5) A detailed copy of any plans and specifications for the improvements you intend to make. A detailed description of any planned development, the proposed schedule and cost estimate.

Please provide these items as soon as possible to avoid delays. Should you have any questions about what is required, or if you are having difficulty obtaining the required information, please contact this office at Pittsylvania County Farm Service Agency, 19783 US HWY 29, Suite D, Chatham, VA 24531 or telephone (434)432-9455.

| 1A. Authorized Agency Official Name | B. Signature | C. Title |
|---|---|---|
| James F. Rigney, Jr. | *James F. Rigney* | Farm Loan Officer |

The U.S. Department of Agriculture (USDA) prohibits discrimination in all of its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, political beliefs, genetic information, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Assistant Secretary for Civil Rights, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Stop 9410, Washington, DC  20250-9410, or call toll-free at (866) 632-9992 (English) or (800) 877-8339 (TDD) or (866) 377-8642 (English Federal-relay) or (800) 845-6136 (Spanish Federal-relay). USDA is an equal opportunity provider and employer.