Christopher Julian
474 Orchard View Drive
Ararat, VA 24053



7011 2970 0000 4133 0349

CERTIFIED MAIL

**Federal District Court Danville Division**
**Clerks Office**
P.O. Box 1400,
Danville, VA 24543