## DeCoster, Katherine M.

| | |
|---|---|
| **From:** | DeCoster, Katherine M. |
| **Sent:** | Tuesday, October 29, 2013 10:06 AM |
| **To:** | 'christopher.b.julian' |
| **Subject:** | RE: Case # 4:13-cv-00054 |
| **Attachments:** | Julian - Notice of Appearance.pdf; Julian - Extension.pdf; Julian - MtoD.pdf |

Mr. Julian,

I apologize for any confusion. I was unaware that you are not on the e-filing system. I have attached all filed documents. Thank you.

--
Katie DeCoster
Assistant Attorney General
Civil Litigation Division
Office of the Attorney General
204 Abingdon Place
Abingdon, Virginia 24211
Telephone: 276.628.2759
Fax: 276.628.4375

**From:** christopher.b.julian [mailto:christopher.b.julian@gmail.com]
**Sent:** Monday, October 28, 2013 8:00 PM
**To:** DeCoster, Katherine M.
**Cc:** christopher.b.julian@gmail.com Julian
**Subject:** Case # 4:13-cv-00054


Katherine DeCoster
(VSB No. 82696)
Assistant Attorney General
Office of the Attorney General
204 Abingdon Place
Abingdon, VA 24211,


October 28, 2013


Regards case number 4:13-cv-00054 Christopher B. and Renee G. Julian Vs Rigney Et al.

Ms. DeCoster,

**EXHIBIT**

1
Case 4:13-cv-00054-JLK-RSB  Document 59-1  Filed 05/23/14  Page 1 of 2  Pageid#: 976

You have filed several motions in this case and on Friday, October 25, 2013, I received notice from the court. However, as of end of today October 28, 2013, I have not received service on any of these motions.


Christopher B. & Renee G Julian
Pro-Se
474 Orchard View Drive
Ararat, VA. 24053
Christopher.b.Julian@gmail.com
980-254-1295