**DeCoster, Katherine M.**

| | |
|---|---|
| **From:** | Christopher Julian [christopher.b.julian@gmail.com] |
| **Sent:** | Tuesday, October 29, 2013 6:40 PM |
| **To:** | DeCoster, Katherine M. |
| **Subject:** | Re: Case # 4:13-cv-00054 |

Ms. DeCoster,

Thank you for the prompt response.

Christopher B. & Renee G Julian

Pro-Se

474 Orchard View Drive

Ararat, VA. 24053

Christopher.b.Julian@gmail.com

980-254-1295

On Tue, Oct 29, 2013 at 10:06 AM, DeCoster, Katherine M. <kdecoster@oag.state.va.us> wrote:

Mr. Julian,

I apologize for any confusion. I was unaware that you are not on the e-filing system. I have attached all filed documents. Thank you.

--

Katie DeCoster

Assistant Attorney General

Civil Litigation Division

Office of the Attorney General


EXHIBIT
2

1

204 Abingdon Place

Abingdon, Virginia 24211

Telephone: 276.628.2759

Fax: 276.628.4375

**From: christopher.b.julian** [mailto:christopher.b.julian@gmail.com]
**Sent:** Monday, October 28, 2013 8:00 PM
**To:** DeCoster, Katherine M.
**Cc:** christopher.b.julian@gmail.com Julian
**Subject:** Case # 4:13-cv-00054

Katherine DeCoster

(VSB No. 82696)

Assistant Attorney General

Office of the Attorney General

204 Abingdon Place

Abingdon, VA 24211,

October 28, 2013

Regards case number 4:13-cv-00054 Christopher B. and Renee G. Julian Vs Rigney Et al.

Ms. DeCoster,

You have filed several motions in this case and on Friday, October 25, 2013, I received notice from the court. However, as of end of today October 28, 2013, I have not received service on any of these motions.

Christopher B. & Renee G Julian

Pro-Se

474 Orchard View Drive

Ararat, VA. 24053

Christopher.b.Julian@gmail.com

980-254-1295