

Christopher Julian <christopher.b.julian@gmail.com>

## MOTION 4:13-cv-00054JLK
2 messages

**Christopher Julian** <christopher.b.julian@gmail.com>		Sun, Nov 10, 2013 at 1:56 PM
To: HeatherM@vawd.uscourts.gov

Heather,

   Not sure it's ok to ask this, But, I mailed a motion to the clerks office yesterday. It needs to be recorded by Wednesday and with the holiday on monday im a little concerned. Can I ask you to let me know if the clerks office receives it by Wednesdays mail? I will drive to Danville Wednesday afternoon to get it recorded if it has not been received.

If your not supposed to assists in this manner I understand.

No problem.

Thank you for all the kindness so far.

Chris Julian Pro-se


**Christopher Julian** <christopher.b.julian@gmail.com>		Mon, Jun 2, 2014 at 9:04 PM
To: Christopher Julian <christopher.b.julian@gmail.com>

**Exhibit AT**