

Christopher Julian <christopher.b.julian@gmail.com>

## Re: General
4 messages

**websitecontacts@ca4.uscourts.gov** <websitecontacts@ca4.uscourts.gov>  Thu, Nov 14, 2013 at 10:54 AM
To: Christopher Julian <Christopher.b.julian@gmail.com>

Dear Mr. Julian:

The information you requested is available on our website on the Judicial Conduct & Disability page ( http://www.ca4.uscourts.gov/rules-and-procedures/judicial-conduct-disability ). This web page includes links to the Rules for Judicial-Conduct and Judicial-Disability Proceedings and a Judicial Complaint Form.

Thank you.

---
Office of the Clerk
U.S. Court of Appeals for the Fourth Circuit
1100 E. Main Street, Suite 501
Richmond, VA 23219
(804) 916-2700

Message below was received by websitecontacts@ca4.uscourts.gov on 11/14/2013 9:08:15 AM.

| | |
|---|---|
| Full Name: | Christopher Julian |
| Email Address: | Christopher.b.julian@gmail.com |
| Phone Number: | 980-254-1295 |
| Request Type: | General |
| Case Number: | 13-00054 |

Details:
I want proper forms or direction on filing a complaint against the courtt/judge in my 4th circuit case.

**Christopher Julian** <christopher.b.julian@gmail.com>  Thu, Nov 14, 2013 at 1:29 PM
To: websitecontacts@ca4.uscourts.gov

Well, Actually

My complaint does not fit within the parameters defined on these pages. My complaint is not of Judicial miss conduct or of Disability. It is however, a complaint on the conduct of the Court which for plaintiffs raises questions of prejudicial treatment and has lowered our confidence in the neutrality of the court. The evidence of these actions can be found in the case history on the ETF/CM system for our case.

Perhaps there is another forum for such issues you can guide me to.

Chris Julian - Pro-Se
474 Orchard View Drive

**Exhibit AU**

Ararat, VA. 24053

**websitecontacts@ca4.uscourts.gov** <websitecontacts@ca4.uscourts.gov>  Thu, Nov 14, 2013 at 5:20 PM
To: Christopher Julian <christopher.b.julian@gmail.com>

Dear Mr. Julian:

Additional information regarding judicial conduct is available at

    Judicial Conduct & Disability Act Resources

    Code of Conduct & Ethics Regulations

---

Office of the Clerk
U.S. Court of Appeals for the Fourth Circuit
1100 E. Main Street, Suite 501
Richmond, VA 23219

From: Christopher Julian <christopher.b.julian@gmail.com>
To:   websitecontacts@ca4.uscourts.gov
Date: 11/14/2013 01:30 PM
Subject:  Re: General

**Christopher Julian** <christopher.b.julian@gmail.com>  Mon, Jun 2, 2014 at 6:41 PM
To: Christopher Julian <christopher.b.julian@gmail.com>



Exhibit AU