

U. S. Department of Justice

United States Attorney
Western District of Virginia

| | |
|---|---|
| Timothy J. Heaphy<br>United States Attorney | Street Address (overnight mail)　　Mailing Address<br>310 First Street, SW, Room 906　　P. O. Box 1709<br>Roanoke, Virginia 24011　　Roanoke, Virginia 240081709<br>Telephone: 540-857-2250<br>Fax: 540-857-2614 |

July 3, 2014

The Honorable Jackson L. Kiser
Senior United States District Judge
United States District Court
P. O. Box 1400
Danville, VA 24543

    Re:    Christopher B. Julian, et al. v. USDA, et al.
            Civil Action No. 4:13-CV-00054

Dear Judge Kiser:

    Pursuant to paragraph (2) of your Pretrial Order entered on January 15, 2014, please allow this letter to serve as a status report. Undersigned counsel, on behalf of the U.S. Department of Agriculture ("USDA"), plans to file a Motion for Summary Judgment regarding judicial review of the final agency decision of the USDA. In the view of the USDA, the Court's resolution of this forthcoming motion will be the only matter the Court needs to address prior to a potential trial.

                                      Very truly yours,

                                      TIMOTHY J. HEAPHY
                                      United States Attorney

                                      Kartic Padmanabhan
                                      Assistant United States Attorney

KP:jwm

    cc:    Mr. Christopher B. Julian
            Ms. Renee G. Julian