IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER B. JULIAN and RENEE G. JULIAN, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 4:13-CV-00054 |
| v. | ) ) ) | |
| THOMAS J. VILSACK, SECRETARY OF AGRICULTURE U.S. DEPARTMENT OF AGRICULTURE, | ) ) ) ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Thomas J. Vilsack, Secretary, United States Department of Agriculture (hereinafter "Defendant"), by counsel, and respectfully moves this Court for summary judgment.

A Memorandum of Law in support of this Motion is being filed contemporaneously.

          Respectfully submitted,

          TIMOTHY J. HEAPHY
          United States Attorney

Date: July 16, 2014

/s/ Kartic Padmanabhan
Kartic Padmanabhan
Assistant United States Attorney
Virginia Bar No. 74167
P. O. Box 1709
Roanoke, VA 24008
Phone: (540) 857-2250
Email: kartic.padmanabhan@usdoj.gov

1

OF COUNSEL:

Dorian Henriquez-Simons, Attorney
United States Department of Agriculture
Office of Regional Counsel
1718 Peachtree Road
Suite 576
Atlanta, GA   30309

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2014, I filed the foregoing Defendant's Motion for Summary Judgment using the Court's CM/ECF system, and mailed a true and correct copy thereof by the United States Postal Service to the following non-CM/ECF participants:

Christopher B. Julian
Renee G. Julian
474 Orchard View Drive
Ararat, VA  24053

/s/ Kartic Padmanabhan
Kartic Padmanabhan
Assistant United States Attorney

2