IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER B. JULIAN and RENEE G. JULIAN, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 4:13-CV-00054 |
| v. | ) ) ) | |
| THOMAS J. VILSACK, SECRETARY OF AGRICULTURE U.S. DEPARTMENT OF AGRICULTURE, | ) ) ) ) ) | |
| Defendant. | ) | |

**MOTION TO CANCEL JURY TRIAL**

The Defendant, by counsel, Kartic Padmanabhan, Assistant United States Attorney, moves the Court for the entry of an Order cancelling the jury trial currently set for September 4-5, 2014. *See* Dkt. No. 33. In support thereof, the Defendant states as follows:

On March 24, 2014, this Court dismissed all of Plaintiffs' claims with the exception of their request for judicial review of the final decision of the USDA. *See* Dkt. No. 45. On July 16, 2014, Defendant filed a Motion for Summary Judgment addressing this sole remaining issue. *See* Dkt. Nos. 65, 66. Judicial review of final decisions of the USDA National Appeals Division (NAD) is to be in accordance with the Administrative Procedures Act (APA) under Chapter 7 of Title 5 of the United States Code. *See Balfour Land Co., L.P. v. United States*, No. 7:08-cv-34 (HL), 2009 WL 1796068, at *4 (M.D. Ga. June 22, 2009). In reviewing a Motion for Summary Judgment based upon a decision rendered by a federal administrative agency, the District Court's scope of review is limited and should afford great deference to the agency's action. *See id.*

1

In addition, where the court reviews the decision of an administrative agency, the summary judgment motion "stands in a somewhat unusual light, in that the administrative record provides the complete factual predicate for the court's review." *See Fener v. Hunt,* 971 F. Supp. 1025, 1030 (W.D. Va. 1997) (quoting *Krichbaum v. Kelley,* 844 F. Supp. 1107, 1110 (W.D. Va. 1994)). *See also Mahon v. United States Dep't of Agric.,* 485 F.3d 1247, 1253 (11th Cir. 2007) (Summary judgment is particularly appropriate in cases in which a district court is asked to review a decision rendered by a federal administrative agency). Because the factual record is closed, the "plaintiff's burden on summary judgment is not materially different from his ultimate burden on the merits." *Fener*, 971 F. Supp. at 1030. Therefore, in the Defendant's view, the hearing on Defendant's Motion for Summary Judgment will resolve the remaining issue in this case and will obviate the need for any further development of the facts by way of a trial.

Undersigned counsel attempted to contact Plaintiffs regarding this motion but was unable to reach them.

                                            Respectfully submitted,

                                            TIMOTHY J. HEAPHY
                                            United States Attorney

Date: <u>July 28, 2014</u>                <u>/s/ Kartic Padmanabhan</u>
                                            Kartic Padmanabhan
                                            Assistant United States Attorney
                                            Virginia State Bar No. 74167
                                            P. O. Box 1709
                                            Roanoke, VA 24008-1709
                                            Phone: (540) 857-2254
                                            Kartic.padmanabhan@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on July 28, 2014, I caused the foregoing Motion to Cancel Jury Trial to be electronically filed with the Court using the CM/EFC system, and mailed a true copy thru the United States Postal Service to the following non-CM/ECF participants:

Christopher B. Julian
Renee G. Julian
474 Orchard View Drive
Ararat, VA  24053

/s/ Kartic Padmanabhan
Kartic Padmanabhan
Assistant United States Attorney