IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER B. JULIAN and <br> RENEE G. JULIAN, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS J. VILSACK, <br> SECRETARY OF AGRICULTURE <br> U.S. DEPARTMENT OF AGRICULTURE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 4:13-CV-00054 |

## ORDER

The Defendant, by counsel, Kartic Padmanabhan, Assistant United States Attorney, has moved this Court for a cancellation of the jury trial scheduled for September 4-5, 2014. For good cause shown, it is hereby

**O R D E R E D**

the trial in this matter is CANCELLED.

ENTERED this _____ day of _____, 2014.

_____
SENIOR UNITED STATES DISTRICT JUDGE