CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
AUG 01 2014
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

RECEIVED
U.S. MARSHALS SERVICE
ROANOKE, VA
2014 JUN 16 A 11:05

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| CHRISTOPHER B. JULIAN, ET AL | 4:13CV00054 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JAMES RIGNEY, ET AL | Show Cause Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Christopher B. Julian, Pro Se Plaintiff
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
474 Orchard View Drive, Ararat, VA 24053

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 2
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Cell number: 980-254-1295
Work number: 276-398-1216

Signature of Attorney other Originator requesting service on behalf of:
H McDonald, Deputy in Charge
☐ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 434-793-7147 x: 2
DATE: 6/13/14

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 84
District to Serve No. 84
Signature of Authorized USMS Deputy or Clerk: cmduraeulee
Date: 6/16/14

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Chris Julian

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 06/24/2014  Time: 13:40 ☒ pm

Signature of U.S. Marshal or Deputy: Paul A. Tylton

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 325.00 | 89.60 | | | | $0.00 |

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13