IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER B. JULIAN, ET AL | Action No: 4:13CV00054 |
| | Date: 8/7/14 |
| vs. | Judge: Jackson L. Kiser |
| | Court Reporter: Judy Webb |
| JAMES RIGNEY, ET AL | Deputy Clerk: Heather McDonald |

Plaintiff Attorney(s)

Christopher B. Julian and Renee G. Julian, Pro Se Plaintiffs

Defendant Attorney(s)

Katherine M. DeCoster, Esq. and Rhodes B. Ritenour, Esq. for Wanda Johnson

Kartic Padmanabhan, Esq. for United States Department of Agriculture

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Motion Hearing as to Documents [52] Motion for Sanctions, [53] Motion for Sanctions and [65] Motion for Summary Judgment; Show Cause Hearing as to Document [62] Order to Show Cause. Arguments on Documents [52] and [53] Motions. Court overrules Documents [52] and [53] Motions as stated in the record. Court questions Pro Se Plaintiffs as to Document [62] Order to Show Cause. Court instructs the referenced postings be filed in the record. Court finds Pro Se Plaintiffs made false accusations of criminal and ethical misconduct and will not tolerate it. Court imposes monetary sanction of $500.00 joint and severally. Arguments on Document [65] Motion. Order forthcoming.

Time in Court: 2:58 – 3:34 = 0:36