# blueridgesprings

FILED IN OPEN COURT
DATE 8|7|14
BY AMcOrmod
DEPUTY CLERK
Danville DIVISION, W.D. of VA

## I want to tell the story of Blue Ridge Springs Orchard

<u>DECEMBER 30, 2013</u> BY <u>CBJULIAN</u>

# Dear ACLU of VA

Dear ACLU,

I have tried for sometime to get someone to take an interest in my legal challenges. I'm hoping since my case is all about Government corruption stealing the civil rights of the people, specifically the right to Due Process and the Right to equal justice under the law as well as challenging the Governments sovereign immunity for violation of the sovereigns laws and abrogating the judicial system the ACLU might have an interest in my case.

I believe I have standing, and substantial, hard and circumstantial evidence to support the allegations; The USDA is operating an organized fraudulent racketeering operation denying individuals constitutional rights while usurping the judicial system to hide incompetent administration of the people's resources and to manage legal risk expenses. I believe I can show how this is being done and provide the evidence to support the allegations, however, I believe to truly take the actions that should be taken to shut down or fix the tyranny, oppression, and financial devastation on U.S. Citizens and to expose the depth of corruption in this illegal operation will take a great deal more resources than I will be able to supply alone.

I have filed a lawsuit in Federal District Court of Virginia Western District Case# 4:2013-CV-00054JLK claiming a RICO violation. Multiple things have occurred with my case I perceive as prejudicial by the court. Giving me pause as to the Judicial interest in protecting the government in this matter. I currently have been waiting 45 days for the court to rule on a motion by the State Attorney General to dismiss, 'their involvement in the case ?' I have taken this action Pro-Se and think it beneficial to keep that status, however, I want someone, organization, or media to take an interest in this case to ensure that justice prevails. Please feel free to review the case docket on pacer.gov or call and ask for any information.

Tens of Thousands of farmers have been ruined by this organization in the past. The organization has a decades long history of civil rights violations, The process they have developed to mitigate the legal risk from these violations, in my opinion is a fraudulent racketeering operation designed to allow members

Case 4:13-cv-00054-JLK-RSB   Document 75   Filed 08/07/14   Page 1 of 25   Pageid#: 1043

to commit crimes hiding behind sovereign immunity to avoid responsibility or accountability for the corrupt incompetent administration of the people's resources. They do this and smile while destroying the lives of those their supposed to serve.

Can you help?

Thanks for taking the time to read.
Chris Julian
474 Orchard View Drive
Ararat, VA 24053

Christopher.b.julian@gmail.com
980-254-1295

About these ads (http://en.wordpress.com/about-these-ads/)

This entry was posted in Our Story. Bookmark the permalink.

Create a free website or blog at WordPress.com. | The Misty Lake Theme.

Follow

# Follow "blueridgesprings"

Powered by WordPress.com

# blueridgesprings

## I want to tell the story of Blue Ridge Springs Orchard

APRIL 1, 2014 BY CBJULIAN

# Corrupt Federal District Court

**America** This is a Federal District Court making false statements in defense of criminal activities by the RICO  USDA.

This is just one of Dozens of examples of corruption in the ruling of our case by the Federal District Court of Danville VA.  Are they making arguments for the defense, or looking at the facts provided in the evidence?

- Truth in lending laws require lenders to provide an applicant with a copy of their credit report, when they paid for and request it.
- Yes we only requested a copy after the loan denial  because we knew James Rigney FSA/USDA had not preformed the requirements of his job by obtaining one.
- FSA denied the loan for requesting to pay off debt we did not have.
- Our credit report proved the allegation was false.
- Every educated lender knows an individual can obtain their own credit report without damaging their credit why would we want them to pull one for us two months after they denied the loan?
- We were monitoring our credit monthly with MYFICO. That's how we knew they had never pulled the report.
- How do you deny a loan without ever looking at the applicants credit especially when your rules expressly specify you do so?



5th 2013 report to Plaintiff(s) as if it were the requested copy of the credit report used in making the loan evaluation. Exhibit K Page 1 Plaintiff(s) allege that "USDA et al" collected a fee with the loan application specifically for the acquisition of a credit report - a report they did not obtain prior to declining the loan. Exhibit L pages 1 & 2 Plaintiff(s) contend that program rules specifically require the loan officer upon marking a loan application complete to obtain a credit report. Exhibit M. Therefore, "USDA et al" committed fraud in accepting payment for a service never provided.

11. Plaintiff(s) were asked to sign 2 agreements for the purpose of mediation. 1. An agreement to

Corrupt Federal Court Exhibit L

Untitled

Case 4:13-cv-00054-JLK-RSB Document 45 Filed 03/24/14 Page 34 of 45 Pageid#: 535

The $20.25 credit report fee, on the other hand, if considered as part of a single stand-alone transaction, presents a closer question. What this argument ignores, however, is the true nature of the fee. Plaintiffs did not pay $20.25 for a credit report. There was no expectation that Plaintiffs would necessarily receive a copy, and one was not even requested until their loan had been denied and Plaintiffs were engaged in mediation months later. Instead, the fee is more accurately characterized as a line-item expense contributing to an application fee for the loan. Plaintiffs paid $20.25 to submit their application for consideration, which is what they allege

Untitled 2

(http://blueridgesprings.files.wordpress.com/2014/04/corrupt-court.png)

Federal Court corruption

The court has absolutely no argument, nor evidence or anything contrary to the evidence provided, to support the contention this was an application fee. The FSA document stated its a Credit Report Fee and the fee is based on the type of credit report to be obtained. **America** This is a Federal District Court making false statements in defense of criminal activities by the RICO USDA. See FSA application checklist Exhibit L & M here (https://drive.google.com/?tab=mo&authuser=0#folders/0B30xwgYbDw5ldmh1eFJJcmhXOHM)

About these ads (http://en.wordpress.com/about-these-ads/)

This entry was posted in Federal District Court and tagged Corruption, Federal Court, FSA, legal, RICO, USDA. Bookmark the permalink.

Blog at WordPress.com. | The Misty Lake Theme.

Follow

# Follow "blueridgesprings"

Powered by WordPress.com

# blueridgesprings

# I want to tell the story of Blue Ridge Springs Orchard

APRIL 7, 2014 BY CBJULIAN

# Manifest Injustice

The USDA is a Racketeer Influenced Corrupt Organization in conjunction with FSA, NAD, and affiliated state Mediation programs it is conducting a Racketeer Influenced enterprise for the financial purpose of mitigating legal expenses and covering up for the failure of poor management and training. Their protecting employees in the commission of crimes while destroying farmers, businesses, and lives. Read below how the Federal District Court of Virginia is Aiding and Abetting this racketeering operation.

Below is the General Complaint form for Pro-Se litigants found on the Federal District Courts Western District of Virginia web site. The Court of Judge Jackson L. Kiser.

Note: the Instructions. Provide Basic facts of your claim. The description of facts should be Specific. **Do not give any legal arguments or cite cases or statues.**

Before filing the complaint I called the clerks office and complained that I did not find it possible to meet filing requirements with those instructions. The only answer given was, they would take it up with Management.



The Federal Rules of Civil procedure

**Rule 8(a)2**. Says the Pleading should contain "a short and plain statement of the claim showing that the pleader is entitled to relief".

**Rule 9(f) States** "Time and Place: An allegation of time or place is material when testing the sufficiency of a pleading.

**Rule 15(a)2** States the Court should **freely** give leave when justice so requires.

The best Pro_Se guide we found for the Federal Courts was that of California. It states very emphatically however, a complaint should be 25 pages or less, otherwise its not a brief.

Read our complaint it is designed to provide as much about what, when, where, and how it occurred "in time sequence", as possible and provide specific evidence with the complaints exhibits proving allegations are true but, adhering to the instructions not to make legal arguments, cite cases, or statues. Read the Complaint. (https://drive.google.com/? tab=mo&authuser=0#folders/0B30xwgYbDw5ldmh1eFJJcmhXOHM)

Don't ask us **WHY** these criminals did what they did. We have been denied discovery for that. But, none of that has anything to do with the discovery along the way that the whole USDA mediation, and Administrative appeals program is a Racketeering Operation supplemented by intentional legal loop holes left in there program operations and an abuse of Sovereign Immunity to protect their criminal(s) behavior. **This is a major reason why the courts ruling in our case is so corrupt!**

○ **The court granted absolutely no leave to amend the original complaint.**

○ The judge stated during the one and only hearing **"I have the discretion of permitting you to do it if I think it will help but, you don't have a right to amend your pleading."** As if to say **Justice be damned! Transcript page (https://drive.google.com/? tab=mo&authuser=0#folders/0B30xwgYbDw5leVhfSTBTUilidFk)**

- Told not to site statues, cases, or make legal arguments how in hell do you make allegations with sufficient specificity, reference sections, tell the whole story in under 25 pages? Told not to make the legal arguments and then denied an opportunity to correct deficiencies primarily a result the courts instructions is criminal.

- Throughout the courts ruling, on numerous items in the complaint, The court argues we did not make the appropriate legal arguments. Cite the laws broken or provide sufficient support for our allegations. In opposition to the courts instructions!

- Additionally, they mock us for attempting in reply briefs for trying to rectify issues caused primarily by those very instructions.

## I call that Manifest Injustice.

Here is one of numerous examples from Page 38 of the courts ruling. Read the Ruling (https://drive.google.com/?tab=mo&authuser=0#folders/0B30xwgYbDw5leVhfSTBTUjlidFk).

of their credit report during NCAMP mediation. (Compl. 7, 15–16.) The FCRA provides a private cause of action to enforce certain provisions of the statute. *See Saunders v. Branch Banking and Trust Co. of Va.*, 526 F.3d 142, 149 (4th Cir. 2008). Beyond their conclusion that it was unlawful, however, Plaintiffs fail to allege with any specificity how Federal Defendants violated the FCRA, or even which section(s) of the FCRA they allegedly violated. Without any additional information, Plaintiffs fail to make out even a prima facie case for a violation of the FCRA. Accordingly, Plaintiffs' FCRA claims are dismissed for failure to state a claim.

Having formerly worked in Banking it is commonly accepted knowledge there are only 3 valid reasons under the FCRA to accesses someone's credit file.

1. If you have a valid application for Credit.
2. If you have provided the creditor with pre-approved credit.
3. If you are currently a creditor.

Having denied our application in November 2012 FSA was none of the above in February 2013. Mr James Rigney FSA Farm Loan Officer and Mr. Ronald Kreaszewski FSA Farm Loan Manager claim to be loan officers but fail to exhibit even basic lending industry knowledge.

This case was Filed with a civil cover sheet cause of action for Racketeering under the RICO statue 18 U.S.C. 1961 and is and always has been on the courts docket as such. See the Complaint Cover Sheet. (https://drive.google.com/?tab=mo&authuser=0#folders/0B30xwgYbDw5ldmh1eFJJcmhXQHM)

The court instructed us not to cite statues, cases, or make legal arguments in the complaint. But, the court has dismissed this cause of action without ever allowing the complaint to be amended to correct deficiencies caused by their own instructions.

- We have never had the opportunity to plead the RICO requirements.

- Cite the Violation of predicate acts with specificity as required in a RICO filing.

- Cite the Violation of Torturous acts with specificity as required

Note; However, the court was provided not only the allegation of these acts but more than sufficient evidence provided as exhibits to prove them to a preponderance of the evidence.

- Cite the violation of other statues and evidence of uncharged crimes, admissible to prove the existence of the enterprise, A RICO Conspiracy, A defendants participation in both the continuity of the pattern of racketeering activity and other matters.

- Make the legal arguments to support this cause of action and construct the pattern of activity to which the defendants aided and abetted the commission of the enterprises criminal function. While establishing the requisite continuity of a RICO charge. Establishing the long term pattern of USDA in running this enterprise to the detriment of US Farmers.

- Establish the fact that this enterprise will continue to operate and commit criminal and constitutional violations of law unless stopped by the Judicial system.

- Establish the argument that the courts have consistently held that RICO's provisions demonstrate a clear congressional intent that RICO be interpreted to apply to the activities that corrupt public or governmental entities and the provisions of 1961(4) as unambiguously encompassing governmental units. ). See United States v. Angelilli, 660 F.2d 23, 31-33 (2d Cir. 1981)

- If the statue applies to Governmental units it must also apply to Government agencies. Furthermore, it must therefore be considered a congressional abrogation of sovereign immunity when the governmental unit charged is an agency of the U.S. government else the law is inapplicable to employees and agencies of the sovereign.

- Establish the argument that the FTCA is unconstitutional where the charges of a RICO violation are applicable to an Agency of the US Government. It is simply manifest injustice to require a plaintiff to obtain permission from a Racketeer Influenced Corrupt Organization **"USDA/FSA"** , permission to Sue the Agency for Operating a Racketeer Influenced Corrupt Organization.

- Cite  case law to support this charge under Chapter 18 1961. The existence of which is voluminous.

However, evidently this court supports the conclusion that Government Agencies and it's employees are free to run and participate in racketeering operations committing crimes against the people. And, the Judiciary will protect their operations and their criminals from any restitution, allowing them to destroy the lives of those they are paid to serve. The courts ruling and memorandum in support thereof supports this conclusion.

This Courts ruling completely fulfills, **aiding and abetting, the commission of the USDA RICO enterprises financial and participant goals.**

○ Segregating the commission of multiple crimes of negligence, fraud, perjury, discrimination and denial of service from the unlawful denial of a loan causing significant financial harm.

1. **If the loan denial is upheld, there is no financial cause of action for the multitude of torts and other criminal acts.**
2. **If the Criminal acts are segregated from the loan denial as if they had no bearing on the loan decision then a true and fair assessment of the loan decision is denied and a failure to provide a fair procedure occurs. There are occurrences of negligence that support the contention that the loan denial was erroneous from the start.**
3. **Cumulatively they are <u>manifest injustice</u> and provide the financial incentive for the USDA to operate this RICO enterprise against farmers a core component of interstate commerce in the United States.**

○ Allowing the criminals that committed the acts of negligence, fraud, perjury, discrimination, denial of service, corrupt acts, aiding and abetting the commission of the USDA RICO enterprises financial goals, to escape any accountability or responsibility for the corrupt and criminal acts committed against a civilian who sought Congressional mandated government service's.

○ Devastating the lives of many needlessly and simply walking free from any responsibility or accountability under a widely abused despicable shroud of sovereign immunity.

This court has provided a **"completed"** denial of plaintiffs due process right to present relevant evidence before a fair tribunal with a neutral judge, and to equal justice under the law. A complete and utter snub to the fifth and fourteenth amendment rights of Due Process. A legal obligation with the central promise and assurance that all levels of American government must operate within the law ("legality") and provide fair procedures.

The entire memorandum of support by this court, appears written by Attorneys for the defense. I ask you? Tell a Pro-Se not to cite statues, cases, or make legal arguments. Then deny a single opportunity to amend the complaint.

Does that sound like a court seeking to effect justice or a court seeking to protect criminals?

Would you want your case back in the hands of this court if your appeal were granted?

The USDA is a Racketeer Influenced Corrupt Organization in conjunction with FSA, NAD, and affiliated state Mediation programs and is conducting a Racketeer Influenced enterprise for the financial purpose of mitigating legal expenses and protecting employees in the commission of crimes.

○ They have such significant numbers of well placed logic errors in their programs they can only be viewed as intentionally placed to provide legal loopholes.
○ There actions against Farmers corruptly effect interstate commerce in the United States.
○ They are Running a racket, **"a scam of intentional design"**, stealing constitutional due process rights of Farmers and protecting criminal activities of members of their organization with sovereign

immunity.

- They are manifesting individual employees with no training, no education, no support, and unqualified to preform their jobs the legal support of Chevron deference. The intentional design of which provides individual challengers inequality in the application rules, regulations, the law and ultimately denial of a fair process and equal justice.
- They claim nothing to hide yet the rulings they publish contain only the information they want the public to have opportunity to view. All the brief fillings any arguments made by an appellant are completely hidden. They disclose only the summary information "right, wrong, intentionally misstated, even down right false they want seen. Corruptly covering up the Truth.

This villainous use of government funding tortures farmers, their families, ruins businesses and destroys lives all at tax payer expense.　　It has been going on for 3 decades and only public outrage will stop the abuse, cruelty, and absolute despotism and tyranny　Because,

The Federal Court system is and has been aiding and abetting　this Government run Racketeering operation.

**Manifest Injustice!!!**

This RICO charge may never have been brought before against the USDA　because of the wealth power and corruption of Government. Or because, No one else whom, had ever been victim to multiple predicate acts under this Statue by this enterprise recognized the potential of filling under Chapter 18, 1961. Or most likely because the Victims are primarily poor and unable to get legal help. There is however, thousands of individuals whom have been victims of this enterprise and whose experience only adds significantly to the weight of,　and the pattern of,　racketeering activity we have encountered and been victimized by.

Please follow along with our blog as we　continue to critic the courts ruling, provide updates on the case, and begin publishing　this story beginning to end with full details. Hopefully by the time we finish the racket will be exposed.

**Manifest Injustice**

About these ads (http://en.wordpress.com/about-these-ads/)

This entry was posted in <u>Federal District Court</u> and tagged <u>Federal Court Corruption</u>, <u>Federal District Court</u>, <u>FSA</u>, <u>Manifest Injustice</u>, <u>SCOTUS</u>, <u>USDA</u>. Bookmark the <u>permalink</u>.

<u>Blog at WordPress.com</u>. | <u>The Misty Lake Theme</u>.

Follow

# Follow "blueridgesprings"

Powered by WordPress.com

# blueridgesprings

# I want to tell the story of Blue Ridge Springs Orchard

APRIL 22, 2014 BY CBJULIAN

# A Question of Corruption?

AMERICA pause "AMERICA" pause **COME ON!**

**REALLY ?**

**What about it America?** Should you be required to get permission from a **"corrupt racketeering operation" PERMISSION** to sue a **racketeer** for being a **"corrupt racketeering organization"?** Is that any kind of logical?

**Is the USDA free to run a Racketeer Influenced Corrupt Organizations with impunity protected by sovereign immunity? Should we as American citizens not be outraged if that's the case?**

Can you believe the Federal District Court Dismissed 90% of the charges in our case based on a lack of Jurisdiction. Which they grant for failing to request permission from the USDA to file suit against them. From the courts memorandum

of opinion page 15 **see Memorandum Of Opinion here. (https://drive.google.com/? tab=mo&authuser=0#folders/0B30xwgYbDw5leVhfSTBTUjlidFk)**

o

First, Plaintiffs not only fail to invoke the FTCA in the Complaint, but actively *reject* its

application to their case in subsequent pleadings. In response to Federal Defendants' Motion to

Dismiss, Plaintiffs argue that they "did not file this action as a suit[] for negligence under the

Federal Tort Claims [Act]," and "consequently, its provisions should have no bearing on

jurisdiction in this action." (Mem. of Law in Opp'n to Defs.' Mot. to Dismiss 16 [ECF No. 38].)

Of course, as masters of their claims, Plaintiffs may reject the FTCA as a jurisdictional basis.[16]

Without supplying an alternative waiver of sovereign immunity, however, Plaintiffs leave the

Court without jurisdiction to hear these claims.

- o

- o **BUT** We filed this suit not for Negligence, Fraud, Perjury, Discrimination, Denial of Service, Illegal access of our credit files, or taking money for services never provided.
- o **But,** for Racketeering under **Chapter, 18 U.S. Code § 1961** The court acknowledges reading this. **IT IS ALSO ON THE CIVIL COVER SHEET AND HOW THE CASE IS DOCKETED ON PACER.GOV. Venue is defined for 18 U.S. Code §1961 in 18 U.S. Code §1965**

# 18 U.S. Code § 1965 - Venue and process

Current through Pub. L. 113–88. (See Public Laws for the current Congress.)

|  US Code  |  Notes  |  Updates  |
|-----------|---------|-----------|

**(a)** Any civil action or proceeding under this chapter against any person may be instituted in the district court of the United States for any district in which such person resides, is found, has an agent, or transacts his affairs.

(http://blueridgesprings.files.wordpress.com/2014/04/venue.jpg)

The US Courts have consistently held that **18 U.S. Code § 1964(c) Applies to Government entities**. From the Memorandum to which the court refers above. **See it in entirety here** (https://drive.google.com/?tab=mo&authuser=0#folders/0B30xwgYbDw5lM25OZ0VRREJ5SjQ)

**"enterprise".**  This is clearly a violation of Title 18 U.S.C §1961(4). *See* United States v.

Angelilli, 660 F.2d 23, 31-33 (2d Cir. 1981) " We view the language of 1961(4) as

unambiguously encompassing governmental units, ... and the substance of RICO'S provisions

demonstrate a clear congressional intent that RICO be interpreted to apply to the activities that

corrupt public or governmental entities."), cert . denied, 455 U.S. 910 (1982); *See* also G. Robert

(http://blueridgesprings.files.wordpress.com/2014/04/rico-applies-to-government-entities.jpg)

RICO 1961(4)

**(4)** "enterprise" includes any individual, partnership, corporation, association, or other
legal entity, and any union or group of individuals associated in fact although not a legal
entity;

(http://blueridgesprings.files.wordpress.com/2014/04/rico-19614-enterprise.jpg)

RICO 1964(C)

**(c)** Any person injured in his business or property by reason of a violation of section 1962
of this chapter may sue therefor in any appropriate United States district court and shall
recover threefold the damages he sustains and the cost of the suit, including a reasonable
attorney's fee, except that no person may rely upon any conduct that would have been
actionable as fraud in the purchase or sale of securities to establish a violation of section
1962. The exception contained in the preceding sentence does not apply to an action
against any person that is criminally convicted in connection with the fraud, in which case
the statute of limitations shall start to run on the date on which the conviction becomes
final.

Congress has given Chapter 18 1961 private attorney general status by specifying the payment of
attorney's fees and providing incentive in the form of Treble Damages to private parties in pursuing a
suit under this statue. A status vindicating a policy Congress considered of the highest priority."

**Private attorney general** is an informal term usually used today in the United States to refer to a private party who brings a lawsuit considered to be in the public interest, i.e., benefiting the general public and not just the plaintiff.[1] The person considered "private attorney general" is entitled to recover attorney's fees if he or she prevails. The rationale behind this principle is to provide extra incentive to private citizens to pursue suits that may be of benefit to society at large.

Again under **1964(C)** Venue is appropriate in any **United States District court.**

**America Come On!** If a Federal Statue is viewed by the courts to unambiguously encompass governmental units and the provisions demonstrate a clear congressional intent that RICO be interpreted to apply to the activities that corrupt public or governmental entities. Surely they had no intention that a RICO enterprise inside the US Government would be protected by sovereign immunity. Does the court contend this Federal law does not apply to the USDA or U.S. Government agencies and its personnel? **Is the USDA free to run a Racketeer Influenced Corrupt Organization with impunity protected by sovereign immunity? Should we as American citizens not be outraged if that's the case?**

As to providing the court the argument above. They have not allowed a single amendment to the complaint although they instructed us not to make legal arguments, cite statues, or cases in the original complaint. See our blog post on **Manifest injustice.**

**Furthermore as to other crimes "TORTS' not considered predicates under Rico** the courts have held the commission of other crimes are evidentiary in the establishment of a pattern of activity for the furtherance of a RICO's operations. As to protection from suit for the crimes committed by USDA personnel we have challenged the constitutionality of the **FTCA** provision requiring permission to sue when the suit is for racketeering.

It is **unconstitutional** to require a plaintiff to get permission from a **"corrupt racketeering operation" PERMISSION** to sue this *racketeer* for being a **"corrupt racketeering organization"?** It simply shocks the American conscious to require that we ask a corrupt USDA for permission to sue them for being corrupt. Its **manifest injustice.**

While the Federal Court references information from the same page in their memorandum "they say" they never saw the constitutional challenge. Furthermore, they ignored all the other challenges to the **FTCA** found on page 17 (Mem Of Law in Opp to Def Mot to dismiss 17 [ECF 38] ) Under the heading **FTCA** . Note the reference in the first excerpt above. **See it in entirety here** (https://drive.google.com/?tab=mo&authuser=0#folders/0B30xwgYbDw5lM25OZ0VRREJ5SjQ) Please feel free to read the entire memorandum.

conspiracies of corruption at every proper venue of grievance. Should any different

response be expected in the filing of an administrative claim 28 U.S.C. 2671-2680" with

a Racketeer Influenced Corrupt Organization?

7. To the extent there are multitudes of actionable offenses Under the FTCA of negligence,

fraud "misrepresentation", violations of the Fair credit-reporting act "FCRA" which

should not go unaddressed nor barred of presentation to a jury, although, they are not

predicate acts of the RICO allegation and might be properly brought the United States.

Plaintiffs would argue the following:

a. It would be in this instant RICO filing a violation of plaintiffs constitutional right

to Due process to require Plaintiffs to request permission "l.e make an

administrative claim 28 U.S.C. 2671-2680" to a Racketeer Influenced Corrupt

Organization for permission to file suit against the RICO for being a Racketeer

otion in Opposition to Rigney Et AL Motion to Dismiss  CASE NO.: 4:13CV00054

Influenced Corrupt Organization.

b. As a General Rule RICO is Not Preempted by Other Statutes. The issue whether

other statutes pre-empt RICO charges has arisen in both civil and criminal RICO

cases. This issue is addressed in OCRS' Civil RICO Manual (Oct. 2007) at 272-

82. Briefly, RICO was designed to augment existing civil and criminal remedies.

**But They never saw it.**

     *F. Constitutional Challenge to the FTCA*

     In their response to Federal Defendants' Motion to Dismiss, Plaintiffs assert that "[t]his motion for argument presents a constitutional challenge to the provisions of the FTCA as it conflicts with the provisions of Title 18 § 1964(c)." (Mem. of Law in Opp'n to Defs.' Mot. to Dismiss 25 [ECF No. 38].) This argument is presented under the heading "One Small Historical Note," and no additional explanation is provided. (*Id.* at 24–25.) Without presenting any

- 38 -

ase 4:13-cv-00054-JLK-RSB    Document 45    Filed 03/24/14    Page 39 of 45    Pageid#: 540

argument in support of this assertion, Plaintiffs' alleged constitutional challenge is dismissed for failure to state a claim.

(http://blueridgesprings.files.wordpress.com/2014/04/courts-denial-of-seeing-challenge.jpg)

They never saw it, even though the challenge is under the Heading **FTCA** and the court cited other statements from the same section. Corrupt Federal Court protecting a corrupt Federal Agency? Who pays the Judges salary?

This court also denies Attorney's Fees are a valid request although they cite a different statue again not the statue charged in this case.

relief on the legal rights or interests of third parties."). Further, attorney's fees are not available for self-representation. *See, e.g., Kay v. Ehrler*, 499 U.S. 432, 433–38 (1991) (holding that even an attorney who represented himself in a successful civil rights case could not recover attorney's fees under 42 U.S.C. § 1988).

Come On America Really? No Attorneys don't get paid for taking a private attorney general role bu, I'm not an Attorney I'm a Pro-Se and the Court knows that. Are you going to stand up and help fight this corruption or continue to allow the USDA to run a racketeering operation detrimental to the farming operations of this nation? They have already ruined thousands of poor farmers. Tell congress to stop the madness. Read more on USDA civil rights abuse history here. (http://www.nrcs.usda.gov/Internet/FSE_DOCUMENTS/nrcs141p2_015583.pdf)

Find more articles on the USDA's Civil rights history on our website blueridgesprings.com (http://blueridgesprings.com/yourusda.html)

o  This Court has Created it's own defense in direct conflict with the evidence. See our Blog **Corrupt Federal Court**

o  Denied the application of Federal Statues for Obstruction of Justice regarding Perjury by a USDA employee. See our Blog **Lies, Lying, liar.**

o  Ignored the Federal Rules of Civil Procedure by not allowing a single amendment to a complaint. See our Blog **Manifest Injustice.**

o  Should this Court and this Judge be added as Defendants for Aiding and Abetting the commission of USDA's RICO enterprise. By allowing Enterprise personnel to avoid accountability or responsibility for criminal acts? For Aiding the Enterprise in denying our right to present evidence and have a fair unbiased hearing. For Violating our civil right to a fair grievance process?

Federal Rules of Civil procedure say a plaintiffs complaint is to be interpreted in a light most favorable to the plaintiff but, this courts memorandum is written almost completely in a light most favorable to the defense, almost, as though the defense had written it themselves. On other items reflecting the courts lack of neautrality see our blog **"Legal Conundrum Federal Rules of Civil Procedure"** More to come on the lack of neutrality in this courts opinion.

The Judge told us in the hearing we needed and attorney. What we really needed was an Honest Judge!

Next post to cover the beginning of our FSA story !

About these ads (http://en.wordpress.com/about-
these-ads/)

This entry was posted in Federal District Court and tagged farming, Federal District Court, FSA, legal, sovereign immunity, USDA. Bookmark the permalink.

Create a free website or blog at WordPress.com. | The Misty Lake Theme.

Follow

# Follow "blueridgesprings"

Powered by WordPress.com

# blueridgesprings

## I want to tell the story of Blue Ridge Springs Orchard

DECEMBER 25, 2013 BY CBJULIAN

# Today a special Warm Christmas Cheer!

To: Congress and the Senate for the incompetent portions of Dodd-Frank requiring creditors to hold unsecured credit in lieu of real estate secured debt. To the SBA for being worthless! To the USDA for crimes and criminal acts by their associates together with the administrative processes they use stealing constitutional rights avoiding accountability, responsibility and usurping the judicial system hiding from the law with sovereign immunity. For stealing rights to fair and equal justice, and due process. To Virginia State University Agricultural Mediation Program for their complete and utter dereliction of duty in handling our mediation request and failure to inform us of the loss of their mediation certification. To US Federal District Court for providing us with strong perceptions of prejudice in favor of Federal and State governments. To all of you! For Your contributions to the destruction of Our Lives, Our Livelihood, Our Dreams, Our Marriage, Family, Sanity, and now 2 of My Young Daughters Christmas's. For our lost faith in humanity, Government, and the Judiciary. May each of you find your place in Hell much sooner than you thought!

About these ads (http://en.wordpress.com/about-these-ads/)

This entry was posted in Federal District Court and tagged Farm Bill, FSA, legal, USDA. Bookmark the permalink.

Create a free website or blog at WordPress.com. | The Misty Lake Theme.

Follow

# Follow "blueridgesprings"

Powered by WordPress.com

# blueridgesprings

## I want to tell the story of Blue Ridge Springs Orchard

## About CBJULIAN

# I 've had the Following Jobs:

Bartender, Factory Worker, Carpenter, Alaskan Purse Seiner,
Electricians Helper, Side kick to a Professional Photographer,
Accountant, General Ledger Manager, Financial Analyst, Programmer,
Technical Team Manager, Apple & Peach Farmer, Husband,
Stay at Home Dad

## I've had the following accidents:

Hit with a broken baseball bat in the face
Had surgery for a growth in my cheek
Broke my legs jumping over a bush
Plunged into a frozen lake on a sled and was rescued
Broke Both my Legs snow skiing
Spent 6 months confined to wheel chair another six to crutches
Tore my ACL and it's still torn today

## All before the age of sixteen:

Was hospitalized 2 weeks for Mono
Scalded both my feet with boiling water while in the
Alaskan Wilderness alone
Broke my nose getting hit with a bear trap
Had the handle of a caulk gun pass through my left hand
Took a double barrel roll on a tractor and lived to tell it
Broke my left ankle and wrist pruning an apple tree
Shot a 16 penny nail through my left thumb
Hundreds of other cuts and bruises
Lived the last nine years sleeping with CPAP.

# I have done all the things below most well:

Golfed, Water skied, Jet Skied, Snow Skied even after my accident
Hang Glided, Became a Certified Scuba diver twice
Taken Private pilot Lessons, Built a home and worked on it for ten years
Framed a 5000+ sqft house, I'll take most anything apart
if I believe the fix will last, Managed my investments,
trading stocks and options over 20 years
Managed a technical team on some of the largest
General Ledger consolidations in US history.
Still married just once!

# Things I like to do most:

Spend time with my family, Work Outdoors (farming), Ride my scooter on the parkway
Hike, Swim, Cook I'm told I'm a very good cook, Drink wine, Love my Boston Terriers
Garden, CNBC junkie, Researching/experimenting with Propagating plants and shrubs
Making Wine, Always experimenting with food

Blog at WordPress.com. | The Misty Lake Theme.

Follow

# Follow "blueridgesprings"

Powered by WordPress.com