IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER B. JULIAN, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 4:13-cv-00054 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JAMES RIGNEY, ET AL., | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendants. | ) | |

On June 13, 2014, I issued an Order directing Plaintiffs Christopher and Renee Julian ("Plaintiffs") to come forth and show cause why they should not be sanctioned for their wholly inappropriate and utterly contemptuous filings and internet postings regarding this Court and me personally.[*] (Order, June 13, 2014 [ECF No. 62].) Plaintiffs appeared before me on August 7, 2014, and Mr. Julian responded to the Show Cause Order in a manner characteristic of his prior filings. For the reasons stated in the aforementioned Show Cause Order and for those reasons stated in open court, I find that Plaintiffs have violated the rules of professionalism and decorum that govern the nation's court system and should be sanctioned accordingly. Pursuant to the court's inherent power to sanction errant litigants, Plaintiffs are hereby **ORDERED** to pay the sum of five hundred dollars ($500.00) to the Clerk of Court within thirty (30) days from the date of this Order. This obligation is imposed on the Plaintiffs jointly and severally. Plaintiffs are advised that failure to heed this Order in the time prescribed may result in further sanctions.

---

[*] Plaintiffs' Reply to Response to Plaintiffs' Motions for Sanctions against Katherine DeCoster, Esq., explicitly referenced Mr. Julian's personal blog. (See Pls.' Reply to Resp. to Mot. for Sanctions, pg. 4, June 6, 2014 [ECF No. 60].) Therefore, Mr. Julian's threats and accusations on his blog were incorporated by reference into the filing submitted by him and his wife.

- 1 -

The Clerk is directed to forward a copy of this Order to Plaintiffs and all counsel of record.

Entered this 7th day of August, 2014.

                                               s/Jackson L. Kiser
                                               SENIOR UNITED STATES DISTRICT JUDGE