IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER B. JULIAN and RENEE G. JULIAN, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 4:13-cv-00054 |
| v. | ) ) | **ORDER** |
| JAMES RIGNEY, ET AL., | ) ) ) | By: Hon. Jackson L. Kiser Senior United States District Judge |
| Defendants. | ) | |

This matter is before the Court on Defendant United States Department of Agriculture's ("USDA") Motion for Summary Judgment. For the reasons stated in the accompanying Memorandum Opinion, I hereby **GRANT** Defendant's Motion for Summary Judgment [ECF No. 65]. Defendant's Motion to Cancel Jury Trial [ECF No. 70] is **DISMISSED AS MOOT**. The Clerk is directed to enter judgment for the Defendant and dismiss this case from the active docket of the Court.

The Clerk is directed to forward a copy of this Order and the accompanying Memorandum Opinion to Plaintiffs and all counsel of record.

Entered this 15th day of August, 2014.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE