UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1925
(4:13-cv-00054-JLK-RSB)

_____

CHRISTOPHER B. JULIAN; RENEE G. JULIAN

   Plaintiffs - Appellants

v.

UNITED STATES DEPARTMENT OF AGRICULTURE; JAMES RIGNEY, USDA Farm Service Agency Farm Loan Officer; RONALD A. KRASZEWSKI, USDA Farm Service Agency Farm Loan Manager; WANDA JOHNSON, Virginia Agricultural Mediation Program Project Director; J. CALVIN PARRISH, USDA Farm Service Agency State Executive Director; JERRY L. KING, USDA National Appeals Division Hearing Officer; BARBARA MCLEAN; CHRIS P. BEYERHELM, USDA Farm Service Agency Deputy Administrator for Farm Loan Programs; ROGER KLURFELD, USDA National Appeals Division Director

   Defendants - Appellees

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of Virginia at Danville |
|---|---|
| Originating Case Number | 4:13-cv-00054-JLK-RSB |
| Date notice of appeal filed in originating court: | 09/04/2014 |

| Appellant (s) | Christopher B. Julian and Renee G. Julian |
|---|---|
| Appellate Case Number | 14-1925 |
| Case Manager | Cathy Tyree Herb 804-916-2704 |