September 8, 2014

_____

RECORD REQUEST

_____

No. 14-1925,  Christopher Julian v. USDA
             4:13-cv-00054-JLK-RSB

TO:   Julia C. Dudley

Please transmit the record in the above-referenced case to this office. If the record is transmitted in electronic form, please ensure that any paper or sealed portions of the record are also transmitted to this office. For appeals in social security cases, please transmit any social security records filed in the district court. For appeals in criminal cases, the presentence report is required. If there is anything that will delay transmission of the record, please notify me.

Cathy Tyree Herb, Deputy Clerk
804-916-2704