CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 08 2014

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

Christopher B. Julian
474 Orchard View Drive
Ararat VA, 24053

September 5, 2014

### Exaction Payment:

Please find enclosed the $500 Payment in full on the order of Senior Federal Judge Jackson L. Kiser dated 8/7/2014 docket #76 in case number 4:13-cv- 0054- JLK-RSB who found himself not guilty of an *assumed* accusation of corruption and criminal acts which he referred to as false allegations of criminal and unethical behavior by his court.

Apparently, Senior Judge Jackson L. Kiser found nothing unethical about presiding over hearings where he believed Plaintiffs had made allegations he was guiltily of criminal and unethical behavior. Nor did Senior Judge Jackson L. Kiser find anything unethical about finding himself not guilty of *assumed* accusations of corruption or of exaction fining Plaintiffs for his self-proclaimed innocence. But, He is accountable and responsible for the orders he signs.

### Presumptive Conclusion:

When allowed to Judge themselves for offences, no Liar is ever guilty of a crime.

Christopher B. Julian
Moral, Ethical, Factual, and Truthful - High-Ground