ON BACK!

Atty 9-6-14

U.S. District Court Danville
Office of Clerk
P.O. Box 1400
Danville, VA 24543