**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 10, 2014

_____

RECORD FOLLOW-UP NOTICE
_____

No. 14-1925,    Christopher Julian v. USDA
                4:13-cv-00054-JLK-RSB

TO:    Julia C. Dudley
       UNITED STATES DISTRICT COURT
       Western District of Virginia
       700 Main Street
       Danville, VA 24543

The electronic transmission of the record did not come through correctly. Please re-transmit the electronic record in this case. Please ensure that any paper or sealed portions of the record are also transmitted to this office. For appeals in criminal cases, the presentence report is also required.

If there is a problem that is delaying transmission of the record, please notify me.

Cathy Tyree Herb, Deputy Clerk
804-916-2704