UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1480
(4:13-cv-00054-JLK-RSB)

_____

CHRISTOPHER B. JULIAN; RENEE G. JULIAN

        Plaintiffs - Appellants

v.

UNITED STATES DEPARTMENT OF AGRICULTURE; JAMES RIGNEY, USDA Farm Service Agency Farm Loan Officer; RONALD A. KRASZEWSKI, USDA Farm Service Agency Farm Loan Manager; WANDA JOHNSON, Virginia Agricultural Mediation Program Project Director; J. CALVIN PARRISH, USDA Farm Service Agency State Executive Director; JERRY L. KING, USDA National Appeals Division Hearing Officer; BARBARA MCLEAN; CHRIS P. BEYERHELM, USDA Farm Service Agency Deputy Administrator for Farm Loan Programs; ROGER KLURFELD, USDA National Appeals Division Director

        Defendants - Appellees

_____

No. 14-1925
(4:13-cv-00054-JLK-RSB)

_____

CHRISTOPHER B. JULIAN; RENEE G. JULIAN

        Plaintiffs - Appellants

v.

UNITED STATES DEPARTMENT OF AGRICULTURE; JAMES RIGNEY,

USDA Farm Service Agency Farm Loan Officer; RONALD A. KRASZEWSKI, USDA Farm Service Agency Farm Loan Manager; WANDA JOHNSON, Virginia Agricultural Mediation Program Project Director; J. CALVIN PARRISH, USDA Farm Service Agency State Executive Director; JERRY L. KING, USDA National Appeals Division Hearing Officer; BARBARA MCLEAN; CHRIS P. BEYERHELM, USDA Farm Service Agency Deputy Administrator for Farm Loan Programs; ROGER KLURFELD, USDA National Appeals Division Director

   Defendants - Appellees

_____

O R D E R

_____

  The court consolidates case No. 14-1480 and case No. 14-1925.

        For the Court--By Direction

        <u>/s/ Patricia S. Connor, Clerk</u>