UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1480

CHRISTOPHER B. JULIAN; RENEE G. JULIAN,

        Plaintiffs - Appellants,

    v.

UNITED STATES DEPARTMENT OF AGRICULTURE; JAMES RIGNEY, USDA Farm Service Agency Farm Loan Officer; RONALD A. KRASZEWSKI, USDA Farm Service Agency Farm Loan Manager; WANDA JOHNSON, Virginia Agricultural Mediation Program Project Director; J. CALVIN PARRISH, USDA Farm Service Agency State Executive Director; JERRY L. KING, USDA National Appeals Division Hearing Officer; BARBARA MCLEAN; CHRIS P. BEYERHELM, USDA Farm Service Agency Deputy Administrator for Farm Loan Programs; ROGER KLURFELD, USDA National Appeals Division Director,

        Defendants - Appellees.

No. 14-1925

CHRISTOPHER B. JULIAN; RENEE G. JULIAN,

        Plaintiffs – Appellants,

    v.

UNITED STATES DEPARTMENT OF AGRICULTURE; JAMES RIGNEY, USDA Farm Service Agency Farm Loan Officer; RONALD A. KRASZEWSKI, USDA Farm Service Agency Farm Loan Manager; WANDA JOHNSON, Virginia Agricultural Mediation Program Project Director; J. CALVIN PARRISH, USDA Farm Service Agency State Executive Director; JERRY L. KING, USDA National Appeals Division Hearing Officer; BARBARA MCLEAN; CHRIS P. BEYERHELM, USDA Farm Service Agency Deputy Administrator for Farm Loan

Programs; ROGER KLURFELD, USDA National Appeals Division Director,

    Defendants - Appellees.

---

Appeals from the United States District Court for the Western District of Virginia, at Danville. Jackson L. Kiser, Senior District Judge. (4:13-cv-00054-JLK-RSB)

---

Submitted: November 20, 2014   Decided: November 24, 2014

---

Before KING and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Christopher B. Julian; Renee G. Julian, Appellants Pro Se. Kartic Padmanabhan, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia; Katherine Michelle DeCoster, Assistant Attorney General, Abingdon, Virginia; Rhodes Beahm Ritenour, Deputy Attorney General, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher B. Julian and Renee G. Julian appeal the district court's orders denying relief on their civil complaint against the United States Department of Agriculture, seven federal employees, and one state employee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Julian v. U.S. Dep't of Agric.</u>, No. 4:13-cv-00054-JLK-RSB (W.D. Va. Mar. 24, 2014; Aug. 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>