UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1480 (L)
(4:13-cv-00054-JLK-RSB)
_____

CHRISTOPHER B. JULIAN; RENEE G. JULIAN

       Plaintiffs - Appellants

v.

UNITED STATES DEPARTMENT OF AGRICULTURE; JAMES RIGNEY,
USDA Farm Service Agency Farm Loan Officer; RONALD A. KRASZEWSKI,
USDA Farm Service Agency Farm Loan Manager; WANDA JOHNSON, Virginia
Agricultural Mediation Program Project Director; J. CALVIN PARRISH, USDA
Farm Service Agency State Executive Director; JERRY L. KING, USDA National
Appeals Division Hearing Officer; BARBARA MCLEAN; CHRIS P.
BEYERHELM, USDA Farm Service Agency Deputy Administrator for Farm Loan
Programs; ROGER KLURFELD, USDA National Appeals Division Director

       Defendants - Appellees

_____

No. 14-1925
(4:13-cv-00054-JLK-RSB)
_____

CHRISTOPHER B. JULIAN; RENEE G. JULIAN

       Plaintiffs - Appellants

v.

UNITED STATES DEPARTMENT OF AGRICULTURE; JAMES RIGNEY,

USDA Farm Service Agency Farm Loan Officer; RONALD A. KRASZEWSKI, USDA Farm Service Agency Farm Loan Manager; WANDA JOHNSON, Virginia Agricultural Mediation Program Project Director; J. CALVIN PARRISH, USDA Farm Service Agency State Executive Director; JERRY L. KING, USDA National Appeals Division Hearing Officer; BARBARA MCLEAN; CHRIS P. BEYERHELM, USDA Farm Service Agency Deputy Administrator for Farm Loan Programs; ROGER KLURFELD, USDA National Appeals Division Director

        Defendants - Appellees

———————————————

M A N D A T E

———————————————

The judgment of this court, entered November 24, 2014, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*